United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 22, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| **In re:** § | | |
| **Arthur Jacob Brass** § | | **Chapter 7** |
|    **Debtor** § | | **Case No. 21-60025** |
| § | | |
| **Vitol Inc.** § | | |
|    **Plaintiff** § | | |
| § | | |
| **v.** § | | **Adv. No. 21-06006** |
| § | | |
| **Arthur Jacob Brass** § | | |
|    **Defendant.** § | | |

## SIXTH STIPULATION AND AGREED ORDER

This Stipulation is entered into by and among, Arthur J. Brass ("**Debtor**") and Vitol, Inc. ("**Vitol**"). The Debtor and Vitol are collectively referred to as the "**Parties**".

## RECITALS

**WHEREAS**, on July 9, 2021, Vitol commenced this adversary proceeding against the Debtor.

**WHEREAS**, on December 8, 2021, the Court entered a Scheduling Order setting deadlines (as supplemented or amended from time to time thereafter, the "**Scheduling Order**").

**WHEREAS**, by agreement the Parties seek to make the following changes to the Scheduling Order.

**NOW, THEREFORE**, the Parties agree as follows:

1. The parties shall prepare, file, and upload a joint pretrial order for Court entry on or before **August 22, 2022 at 4:00 pm** prevailing Central time.

2. Each party shall file a list of exhibits and witnesses on or before **August 22, 2022 at 4:00 pm** prevailing Central Time.

3. All exhibits shall be exchanged with opposing counsel on or before **August 22, 2022 at 4:00 pm** prevailing Central Time.

4. The Court shall conduct a final pretrial hearing in this matter on **August 24, 2022 at 10:00 am**. Parties are not required to attend the pretrial hearing in person, but may attend remotely via the Court's audio and video connections as follows:

**Telephonic Participation**
Dial-in Telephone No: 832-917-1510
Conference Code: 590153

**Video Participation**
https://www.gotomeet.me/JudgeLopez

5.      Trial in this adversary proceeding shall take place on **August 30 and 31, 2022**, commencing each day at 9:00 am prevailing Central Time before the Honorable Christopher Lopez, U.S. Courthouse, 515 Rusk Avenue, Houston, TX 77002.

6.      Except as set forth above, this *Sixth Stipulation and Agreed Order* does not modify or change any of the other deadlines contained in the Scheduling Order.

Signed: July 19, 2022

_____
Christopher Lopez
United States Bankruptcy Judge

By:   */s/ Johnie Patterson*
Miriam T. Goott SBN 24048846
Johnie Patterson SBN 15601700
WALKER & PATTERSON, P.C.
P.O. Box 61301 Houston, TX 77208
mgoott@walkerandpatterson.com
713.956.5577 (telephone)

***Counsel for Defendant***

By:   */s/ Michael P. Cooley*
Keith M. Aurzada (SBN 24009880)
Michael P. Cooley (SBN 24034388)
Lindsey L. Robin (SBN 24091422)
REED SMITH LLP
2850 N. Harwood, Suite 1500
Dallas, Texas 75201
T:  469.680.4200
F:  469.680.4299
kaurzada@reedsmith.com
mpcooley@reedsmith.com
lrobin@reedsmith.com

 - and –

Michael H. Bernick (SBN 24078277)
Mason W. Malpass (SBN 24109502)
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002
T:  713.469.3834
F:  713.469.3899
mbernick@reedsmith.com
mmalpass@reedsmith.com

***Counsel for Plaintiff***