### WITNESS AND EXHIBIT LIST

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS VICTORIA DIVISION | |
|---|---|
| Main Case No:**21-60025** | Name of Debtor: **Arthur J. Brass** |
| Adversary Case No. **21-06006** | Style of Adversary: ***Vitol Inc. v. Brass*** |
| | |
| Witnesses: | |
| **Arthur Brass** | Judge:  **Lopez** |
| **Vitol Corporate Representative(s)** | |
| **Rebuttal/ Impeachment Witnesses** | |
| | Trial Date: **August 30, 2022 – August 31, 2022** |
| | Hearing Time: **9:00 am** |
| | Party's Name: **Debtor – Arthur J. Brass** |
| | Attorney's Name: **Miriam Goott and Johnie Patterson** |
| | Attorney's Phone: **713.956.5577** |
| | Nature of Proceeding: ***Trial Objection to Dischargeability of Debt*** |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | 5-18-15 Email early JV talk | | | | |
| 2 | 5-3-17 Kuo email to Bake | | | | |
| 3 | 6-26-17 Email re JV Business | | | | |
| 4 | 7-13-17 Emails re Gravity (Barth) | | | | |
| 5 | 7-13-17 Emails re Gravity (Kuo) | | | | |
| 6 | 7-25-17 Email Fay to Kuo (why NEWCO) | | | | |
| 7 | 7-25-17 Email string Newco personnel and costs | | | | |
| 8 | 7-31-17 Bake Email (regrets) | | | | |
| 9 | 7-31-17 Email re Chris Bake | | | | |
| 10 | 7-31-17 Email re GCAC Telcon | | | | |
| 11 | 8-8-17 Email re Personnel Costs | | | | |
| 12 | 8-10-17 Barth email | | | | |
| 13 | 8-17-17 Emails re Nick Fay rebukes Kuo | | | | |
| 14 | 8-21-17 Jason Email re Interim Financing | | | | |
| 15 | 9-27-17 Chris Bake email | | | | |
| 16 | 10-13-17 Dan Sargent Email | | | | |
| 17 | Bake and Fay emails | | | | |
| 18 | Email for Vitol_72920 | | | | |
| 19 | Email for Vitol_74289 | | | | |
| 20 | Email for Vitol_76284 | | | | |
| 21 | April 2018 Settlement Communication | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 22 | $1.2M check | | | | |
| 23 | Kuo Text Messages | | | | |
| 24 | Rio JSMA Fully Executed | | | | |
| 25 | Redline - Vitol JSMA NewCo Draft Jun 20 2017 Sent to Vitol Jun 20 2017 a.. | | | | |
| 26 | Copy of FULLER000005 (Native To Be Utilized) | | | | |
| 27 | Copy of VITOL_00072105 (Native To Be Utilized) | | | | |
| 28 | Copy of VITOL_00072920 (Native To Be Utilized) | | | | |
| 29 | Copy of VITOL_00074289 (Native To Be Utilized) | | | | |
| 30 | Copy of VITOL_00076284 (Native To Be Utilized) | | | | |
| 31 | Fuller Report | | | | |
| 32 | Rebuttal Report of Bob Broxson (rec'd 03.23.20) | | | | |
| 33 | Settlement Agreement | | | | |
| 34 | First Amended Complaint | | | | |
| 35 | Response To MSJ | | | | |
| 36 | Vitol Inc.'s Amended Emergency Motion For Leave | | | | |
| 37 | Initial Disclosures - Vitol | | | | |
| 38 | Vitol Responses to RFP | | | | |
| 39 | Vitol Responses to Rogs | | | | |
| 40 | Vitol's Responses to RFA | | | | |
| 41 | Rio-Vitol Assignment Agreement | | | | |
| 42 | Goldstein, Jason - full  (taken 05.16.19) | | | | |
| 43 | Goldstein, Jason Exhibits 18-29  (taken 05.16.19) | | | | |
| 44 | Perugini, Patrick - condensed (taken 06.29.2018) | | | | |
| 45 | Perugini, Patrick Ex 11-17 (taken 06.29.18) | | | | |
| 46 | Brass, Arthur - full (taken 06.28.18) | | | | |
| 47 | Brass, Arthur Exhibits 1-10 (taken 06.28.18) | | | | |
| 48 | Adversary Docket | | | | |
| 49 | Bankruptcy Docket | | | | |
| | ***Rebuttal/Impeachment Exhibits*** | | | | |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |

| | | | | |
|---|---|---|---|---|
| **8** | | | | |
| **9** | | | | |
| **10** | | | | |