IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| ARTHUR JACOB BRASS, | § | Case No. 21-60025 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| VITOL INC. | § | |
| | § | |
| v. | § | Adversary No. 21-06006 |
| | § | |
| ARTHUR JACOB BRASS | § | |

**PLAINTIFF VITOL INC.'S OBJECTIONS TO
DEFENDANT ARTHUR BRASS' TRIAL EXHIBITS**

Plaintiff Vitol Inc. ("**Plaintiff**") submits its *Objections* to the *Trial Exhibits* [Docket No. 104] identified by the Defendant Arthur Jacob Brass ("**Defendant**") as follows:

**EXHIBITS**

| Brass Ex. No. | Description | Objection |
|---|---|---|
| 1 | 5-18-15 Email early JV talk | |
| 2 | 5-3-17 Kuo email to Bake | |
| 3 | 6-26-17 Email re JV Business | FRE 106 (optional completeness) |
| 4 | 7-13-17 Emails re Gravity (Barth) | |
| 5 | 7-13-17 Emails re Gravity (Kuo) | |
| 6 | 7-25-17 Email Fay to Kuo (why NEWCO) | |
| 7 | 7-25-17 Email string Newco personnel and costs | |
| 8 | 7-31-17 Bake Email (regrets) | |
| 9 | 7-31-17 Email re Chris Bake | |
| 10 | 7-31-17 Email re GCAC Telcon | |
| 11 | 8-8-17 Email re Personnel Costs | |
| 12 | 8-10-17 Barth email | |
| 13 | 8-17-17 Emails re Nick Fay rebukes Kuo | |

| Brass Ex. No. | Description | Objection |
|---|---|---|
| 14 | 8-21-17 Jason Email re Interim Financing | |
| 15 | 9-27-17 Chris Bake email | |
| 16 | 10-13-17 Dan Sargent Email | |
| 17 | Bake and Fay emails | |
| 18 | Email for Vitol_72920 | |
| 19 | Email for Vitol_74289 | |
| 20 | Email for Vitol_76284 | |
| 21 | April 2018 Settlement Communication | |
| 22 | $1.2M check | |
| 23 | Kuo Text Messages | |
| 24 | Rio JSMA Fully Executed | |
| 25 | Redline - Vitol JSMA NewCo Draft Jun 20 2017 Sent to Vitol Jun 20 2017 a.._ | |
| 26 | Copy of FULLER000005 (Native To Be Utilized) | FRE 802 (hearsay) |
| 27 | Copy of VITOL_00072105 (Native To Be Utilized) | |
| 28 | Copy of VITOL_00072920 (Native To Be Utilized) | |
| 29 | Copy of VITOL_00074289 (Native To Be Utilized) | |
| 30 | Copy of VITOL_00076284 (Native To Be Utilized) | |
| 31 | Fuller Report | FRE 801 (hearsay); FRCP 26 (expert testimony not previously disclosed) |
| 32 | Rebuttal Report of Bob Broxson (rec'd 03.23.20) | FRE 801 (hearsay); FRCP 26 (expert testimony not previously disclosed) |
| 33 | Settlement Agreement | |
| 34 | First Amended Complaint | |
| 35 | Response To MSJ | |
| 36 | Vitol Inc.'s Amended Emergency Motion For Leave | |
| 37 | Initial Disclosures - Vitol | |
| 38 | Vitol Responses to RFP | |
| 39 | Vitol Responses to Rogs | |
| 40 | Vitol's Responses to RFA | |
| 41 | Rio-Vitol Assignment Agreement | |
| 42 | Goldstein, Jason - full (taken 05.16.19) | FRE 801 (hearsay) |
| 43(a) | Goldstein, Jason Exhibits 18-29 (taken 05.16.19) | FRE 801 (hearsay) |

| Brass Ex. No. | Description | Objection |
|---|---|---|
| 43(b) | Goldstein, Jason Exhibits 18-29 (taken 05.16.19) | FRE 801 (hearsay) |
| 44 | Perugini, Patrick - condensed (taken 06.29.2018) | FRE 801 (hearsay) |
| 45 | Perugini, Patrick Ex 11-17 (taken 06.29.18) | FRE 801 (hearsay) |
| 46 | Brass, Arthur - full (taken 06.28.18) | FRE 801 (hearsay) |
| 47 | Brass, Arthur Exhibits 1-10 (taken 06.28.18) | FRE 801 (hearsay) |
| 48 | Adversary Docket | |
| 49 | Bankruptcy Docket | |

Dated: **August 29, 2022.**

Respectfully submitted,

By: */s/ Keith M. Aurzada*
    Keith M. Aurzada (SBN 24009880)
    Michael P. Cooley (SBN 24034388)
    Bradley J. Purcell (SBN 24063965)
    Lindsey L. Robin (SBN 24091422)
**REED SMITH LLP**
2501 N. Harwood, Suite 1500
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
kaurzada@reedsmith.com
mpcooley@reedsmith.com
bpurcell@reedsmith.com
lrobin@reedsmith.com

*Attorneys for Vitol Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on **August 29, 2022**, a true and correct copy of the above foregoing document was served via the Court's Electronic Case Filing (ECF) system on all parties registered to receive electronic service in this matter, including counsel for the Defendant.

    */s/    Keith Miles Aurzada*
    Keith M. Aurzada