IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| Arthur Jacob Brass, | § | Case No. 21-60025 |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| Vitol Inc. | § | |
| | § | |
| v. | § | Adversary No. 21-06006 |
| | § | |
| Arthur Jacob Brass | § | |

**ADMITTED EXHIBITS**

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
| Vitol-1 | 2016-11-17 email re GCAC talking points (with attachment) | Sep. 7, 2022 | Vitol_4187-4188 |
| Vitol-3 | 2017-07-17 email re Purchase Citgo SHCF | Sep. 7, 2022 | Vitol_791 |
| Vitol-4 | 2017-07-21 email re Summary Truck Report | Sep. 21, 2022 | Vitol_1834 |
| Vitol-8 | 2017-08-01 email re cash needed | Sep. 16, 2022 | AJB_3997 |
| Vitol-9 | 2017-08-03 email re Payroll account | Sep. 16, 2022 | AJB_3960 |
| Vitol-12 | 2017-08-15 email 2 deals | Sep. 7, 2022 | GCAC_4631-4632 |
| Vitol-14 | 2017-08-21 email re interim financing structure bullets (with attachment) | Sep. 7, 2022 | GCAC_4694-4695 |
| Vitol-18 | 2017-09-15 email re VALT sale out of Rio-Mobile | Sep. 7, 2022 | GCAC_5167-5168 |

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
| Vitol-19 | 2017-09-25 email re Exxon purchase | Sep. 7, 2022 | GCAC_5427-5428 |
| Vitol-20 | 2017-09-25 email re 2 deals out of Rio Inventory | Sep. 16, 2022 | GCAC_5439-5444 |
| Vitol-21 | 2017-10-02 email re GCAC sale to valt out rio inventory | Sep. 21, 2022 | GCAC_5591-5593 |
| Vitol-22 | 2017-10-11 email re sale from GCAC to Gunvor | Sep. 7, 2022 | Vitol_801 |
| Vitol-23 | 2017-10-11 email re sale from GCAC to Gunvor | Sep. 7, 2022 | GCAC_5727-5728 |
| Vitol-25 | 2017-10-25 email re draft term sheet GCAC | Sep. 7, 2022 | Vitol_1083-1085 |
| Vitol-28 | 2017-11-16 email re Vitol Invoices | Sep. 21, 2022 | AJB_4098 |
| Vitol-35 | 2017-12-15 email re Wire to Vitol | Sep. 21, 2022 | AJB_4103 |
| Vitol-47 | 2018-01-26 email re Vitol | Sep. 21, 2022 | AJB_8 |
| Vitol-51 | 2018-02-13 Email re Fwd: | Sep. 21, 2022 | Vitol_194 |
| Vitol-54 **Not offered for truth of the matter asserted** | 2018-04-10 Email re GCAC sheet | Sep. 7, 2022 & Sep. 21, 2022 | Vitol_1529 |
| Vitol-75 (Redacted) | IBC Business Records | Aug. 31, 2022 NB: entire exhibit except pages 6-7 and blank pages | IBC_1-5, 8-16, 19-28, 33, 39, 43-52, 55-108, 111-124, 126-140, 143-150, 153-156, 161-194, 197-222, 235, 239-240, 247, 253-256, 259-260, 262-270, 272-278, 281-282, |

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
| | | | 285-286, 288, 290, 292, 299-304, 306-308, 311-324, 326, 329-1204, 1207-1266, 1269-1560, 1563-1567, 1569-1571, 1576, 1579, 1583-1584, 1599-1600, 1609-1612, 1615-1622, 1625-1626, 1628, 1630-1632, 1635-1794, 1797-1804, 1807-1822, 1824-1826, 1829-1838, 1843-1848, 1853-1854, 1857-1858, 1861-1868, 1871-1872, 1875-1876, 1878-1880, 1882-1886, 1891-1902, 1904, 1911-1930, 1935-1938, 1941-1942, 1945-1946, 1949-1954, 1957-1972, 1977-2327, 2330-2346, 2349-2362, 2367-2368, 2370-2371, 2373-2376, 2383-2406, 2426-2430, 2433-2434, 2440, 2442-2444, 2446, 2449-2450, 2457-2547, 2549-2553, 2555-2599, 2601-2620, 2633-2638, 2643-2646, 2649-2739, 2745-2754, 2759-2799 |
| Vitol-77 (Redacted) | Chubb Jewelry Rider | Sep. 21, 2022 | Chubb_143-174 (Jewelry Rider) |

| Exhibit | Description | Date Admitted | Bates Numbers |
|---|---|---|---|
| Vitol-80 (Redacted) | Cadence Business Records | Aug. 31, 2022 | Cadence_61-63, 139-140, 142-147, 149-155, 158-162, 164-166, 168-169, 171, 177-240 |
| Vitol-81-174 | 2017 Consolidated Balance Sheet | Aug. 31, 2022 | EEPB_174 |
| Vitol-81-175 | 2017 Consolidated Income Statement | Sep. 2, 2022 | EEPB_175 |
| Vitol-81-181 | 2018 Consolidated Balance Sheet | Sep. 2, 2022 | EEPB_181 |
| Vitol-81-190 | 2018 Consolidated Income Statement | Sep. 2, 2022 | EEPB_190 |
| Vitol-83 **Judicial Notice** | Certified Copy of Superior Crude – Original Petition | Sep. 21, 2022 | n/a |
| Vitol-86 **Judicial Notice** | Certified Copy of Vitol's Second Amended Counterclaim (2019) | Sep. 2, 2022 | n/a |
| Vitol-89 | 2020-11-19 Agreed Final Judgment | Sep. 21, 2022 | n/a |
| Vitol-93 | 2021-04-27 GCAC Bankruptcy Schedules | Sep. 21, 2022 | n/a |
| Vitol-100 (Redacted) | 2018-09-15 GCAC Tax Returns 2017 | Sep. 21, 2022 | Admitted except for transmittal pages |
| Vitol-124 (Redacted) | Selected Iberia Documents (produced by Debtor) | Aug. 31, 2022 | Debtor_5-9, 11-15, 17-29, 31-47, 49-103, 105-131, 133-139, 141-163, 165-181, 183-187, 189-201, 203, 205-219, 221-231, 233-243, 245-259, 261-279, 281-285, 287-299, |

| Exhibit | Description | Date Admitted | Bates Numbers |
|---------|-------------|---------------|---------------|
|         |             |               | 301-305, 307-311, 313-319, 321-327, 329-339, 341-371, 373-391, 393-413, 415-419, 421-429, 431-437, 439-457, 459-463, 465-481, 483-491, 493-519, 521-525, 527-531, 533-539, 541-545, 547-549, 551-553, 555-557, 559-561, 563, 565-567, 569-571, 573-575, 577-579, 581-583, 585-587, 589-597, 599-613, 615-619, 621-623, 625-629, 631-633, 635-724 |