# Eric Kuo

**From:** Patrick Perugini <pperugini@gcachouston.com>
**Sent:** Monday, July 17, 2017 9:11 AM
**To:** Reggie Nichols; FUEL OIL Contracts; Eric Kuo
**Subject:** RE: Purchase Citgo SHCF Tank Transfer 12-14 & 20-25 July

This contract will change

We are taking all 60 mbs in a 7/12-14 window and pricing ALL 60 mbs in the 7/12-14 window

Eric,

I believe in our favor, can you hedge the remaining bbls?

thanks

**From:** Reggie Nichols [mailto:rnichols@marketexchange.com]
**Sent:** Thursday, July 13, 2017 6:00 PM
**To:** fuelcontracts@vitol.com; Patrick Perugini <pperugini@gcachouston.com>; Eric Kuo <EJK@Vitol.com>
**Subject:** Purchase Citgo SHCF Tank Transfer 12-14 & 20-25 July

Hi Patrick and Eric,

Here is our confirmation of your purchase of Citgo short resid coker feed tank transferred during 12-14 and 20-25 July 2017.

Thanks,
Reggie



VITOL EXHIBIT
3
Adv. No.: 21-06006 8/30/2022

Confidential

VITOL_00000791