| | |
|---|---|
| **From:** | Eric Kuo |
| **Sent:** | Tuesday, August 15, 2017 11:40 AM CDT |
| **To:** | Patrick Perugini; Arthur Brass; Kale Krhovjak |
| **CC:** | Joe Mattingly; Kenny Hucker; George Grace |
| **Subject:** | RE: 2 deals |

**Hedge on 10kb: Bought 10kb Sep HS @ 44.50**

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Tuesday, August 15, 2017 10:40 AM
**To:** Eric Kuo; Arthur Brass; Kale Krhovjak
**Cc:** Joe Mattingly; Kenny Hucker; George Grace
**Subject:** 2 deals

Deal #1 – Rio inventory in Mobile
Seller: Hunt Refining Company
Buyer: Vitol
Volume: approx 4500 tons (approx. 25 mbs)
Price: $247/t
Location: FOB – Mobile, Al by buyer's vessel
Window: 8/16-18
Quality: PG 67-22 specifications
Credit: mutual between credit 3 ROI
Confirm attached

Deal #2 – Rio inventory in Mobile
Seller: Vitol
Buyer: GCAC
Volume: approx. 35,000 bbls
Price: $249
Location: FOB – Mobile, AL buyer's vessel
Window: 8/28-30
Quality: PG 67-22 and AC-30 specifications
Credit: Open 5 days after ROI


*Back up to deal #2*

*Deal #2 – Rio inventory in Mobile*
*Seller: GCAC*
*Buyer: Gunvor SA*
*Volume: approx. 35,000 bbls*
*Price: $251*
*Location: FOB – Mobile, AL buyer's vessel*
*Window: 8/28-30*



GCAC004631

*Quality: PG 67-22 and AC-30 specifications*
*Credit: 3 days after ROI*

To verify that the signature to this message is valid and trusted, click on the authentication stamp. Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.