| | |
|---|---|
| **From:** | Eric Kuo |
| **Sent:** | Monday, September 25, 2017 3:29 PM CDT |
| **To:** | Patrick Perugini; Mike Ruzek; Bernadette Scambray; Lance Abernathy; Jeannette Nguyen |
| **CC:** | Arthur Brass; Joe Mattingly; George Grace; Kenny Hucker |
| **Subject:** | RE: exxon purchase , bitumar sale |

Fri - we bot 75kb of Dec Brt at 56.39

Mon- we sold 75kb of Dec Brt at 57.19

Mon – we bot 75kb Nov HS at 48.80

---

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Monday, September 25, 2017 01:48 PM
**To:** Eric Kuo; Mike Ruzek
**Cc:** Arthur Brass; Joe Mattingly; George Grace; Kenny Hucker
**Subject:** exxon purchase , bitumar sale

Deal #1 – Vitol buys vtbs from Exxon
Seller: Exxon
Buyer: Vitol
Volume: 80 mbs +/- 10%
Price: Platts USGC HSFO mn - $8.00/bbls
Price days: 10/1-31
Location: FOB – Port Allen, LA
Window: 10/10-20 to be narrowed
Quality: as attached
Credit: 3 ROI

Deal #2 – Vitol sells asphalt to GCAC ( who then sells Bitumar) ==Eric hedged this sale on friday==
Seller: Vitol
Buyer: GCAC
Volume 80 mbs +/- 10%
Price: $285/t
Location: DAP – Baltimore ( will charter the Penn 90 for delivery)
Window: 10/ 20-25
Quality: meeting PG64-22 specifications
Credit: 3 ROI

Backup for deal #2
*Deal #2 – GCAC sells Bitumar*
*Seller: GCAC*
*Buyer: Bitumar*
*Volume 80 mbs +/- 10%*
*Price: $285/t*



VITOL EXHIBIT
19
Adv. No.: 21-06006 8/30/2022

GCAC005427

*Location: DAP – Baltimore ( will charter the Penn 90 for delivery)*
*Window: 10/ 20-25*
*Quality: meeting PG64-22 specifications*
*Credit: 3 ROI*

To verify that the signature to this message is valid and trusted, click on the authentication stamp.  Its function is to assist you to ensure that the email is indeed generated by a sender from @vitol.com

IMPORTANT: This email (including all attachments) is confidential and may be privileged. It may be read, copied and used only by the intended recipients, and must not be re-transmitted in any form without our consent. If you have received it in error, please contact us immediately by return email. Please then delete it and do not disclose its contents to any other person.

Security and reliability of email is not guaranteed. Communications should be verified from a mailed or faxed copy. All emails to anyone @vitol.com are communications to the firm and are not private or confidential to any named individual.

GCAC005428