# Eric Kuo

**From:** Patrick Perugini <pperugini@gcachouston.com>
**Sent:** Wednesday, October 11, 2017 9:54 AM
**To:** Eric Kuo
**Subject:** RE: Sale from GCAC to Gunvor SA out of Rio - Corpus Inventory

correct

**From:** Eric Kuo [mailto:ejk@Vitol.com]
**Sent:** Wednesday, October 11, 2017 7:53 AM
**To:** Patrick Perugini <pperugini@gcachouston.com>
**Subject:** RE: Sale from GCAC to Gunvor SA out of Rio - Corpus Inventory

Need to hedge the fixed price, right?

**From:** Patrick Perugini [mailto:pperugini@gcachouston.com]
**Sent:** Wednesday, October 11, 2017 09:52 AM
**To:** Eric Kuo; Arthur Brass
**Cc:** Kale Krhovjak; Mike Ruzek; Joe Mattingly; George Grace; Kenny Hucker
**Subject:** Sale from GCAC to Gunvor SA out of Rio - Corpus Inventory

Deal #1 – Rio inventory in Corpus
Seller: Vitol
Buyer: GCAC
Volume: approx. 5,000 MT +/- 10% Buyers Option
Price: $245.00/t
Location: FOB – Corpus Christi, TX  buyer's vessel
Window: October 15-18
Quality: attached
Payment:        Open Credit, 3 days after ROI

*Back up to deal #1*

*Deal #1 – Rio inventory in Corpus*
*Seller: GCAC*
*Buyer: Gunvor SA*
*Volume: approx. 5,000 MT +/- 10% Buyers Option*
*Price: $245.00/t*
*Location: FOB – Corpus Christi, TX  buyer's vessel*
*Window: October 15-18*
*Quality: attached*
*Payment:        Open Credit, 3 days after ROI*

**VITOL EXHIBIT 22**
Adv. No.: 21-06006 8/30/2022

1

Confidential                                                                                                                                               VITOL_00000801