**VITOL EXHIBIT 54**
Adv. No.: 21-06006  8/30/2022

| From: | Eric Kuo |
| --- | --- |
| To: | AJ Brass |
| Subject: | Fwd: GCAC Sheet |
| Date: | Tuesday, April 10, 2018 8:35:10 PM |
| Attachments: | GCAC Position 10 Apr 18.xlsx |
| | ATT00001.htm |

Begin forwarded message:

**From:** Mike Ruzek <mrr@Vitol.com>
**Date:** April 10, 2018 at 8:33:22 PM CDT
**To:** Eric Kuo <ejk@Vitol.com>
**Cc:** Tom Moran <tam@Vitol.com>, Mike Ruzek <mrr@Vitol.com>
**Subject: GCAC Sheet**

I cleaned up

Small change from the numbers earlier as I had to have the TCR calc out to April 10, 2018

| Value | Description |
| --- | --- |
| $3,769,093.46 | Product cost true up due Vitol |
| $1,339,628.68 | Deal related costs (Freight, Demurrage, Inspection, etc.) |
| $2,632,252.96 | Storage related costs (Tank lease, heat, throughput, take or pay) |
| $351,012.20 | TVM          April 10, 2018 |
| $200,890.09 | TCR          *Now reflects April 10th (was Mar 7th on earlier version)* |
| $6,244,480.00 | Hedging |
| $279,210.00 | Arc Mobile tank rental Jul '17 & Aug '17 ($139,605 x 2) |
| $256,589.95 | Freight Titanio delivery Deal #3 |
| **$15,073,157.34** | **Total Due Vitol** |