Gulf Coast Asphalt Company
Consolidated Balance Sheet
January 31, 2017

|  | Gulf Coast Asphalt Co | GCAC Holdings LLC | Gulf Crude Gathering | AG Bullet | Eliminate | Consolidated |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 33,947 | 3,436 | 211 | 5 | | 37,599 |
| Accounts Receivable Trade | 3,364,970 | | | 3,365 | | 3,368,335 |
| Accounts Receivable Trade Accrued | | | | | | 0 |
| Accounts Receivable Other | | | | | | 0 |
| Accounts Receivable Employees | 428,921 | | | | | 428,921 |
| Accounts Receivable Trifinery Inc | 10,856 | | | | | 10,856 |
| Accrued Interest Receivable | 34,734 | | | | | 34,734 |
| Due From Shareholders | 708,390 | | | | | 708,390 |
| Prepaid | 10,307 | | | | | 10,307 |
| Total Current Assets | 4,592,125 | 3,436 | 211 | 3,370 | | 4,599,142 |
| | | | | | | |
| **Property Plant and Equipment** | 0 | | | | | 0 |
| Accumulated Depreciation | | | | | | 0 |
| Net Property Plant & Equipment | 0 | 0 | | | | 0 |
| | | | | | | |
| **Other Assets** | | | | | | |
| Deposits & Bonds | 112,000 | | | | | 112,000 |
| Investments in Arc Terminals | 930,726 | | | | | 930,726 |
| Investments/Loan GCAC Holdings | 4,187,189 | | | | 4,187,189 | 0 |
| Investment Gulf Coast Crude | 2,108,804 | | | | 2,108,804 | 0 |
| Investment AJ Bullet | 37,831 | | | | 37,831 | 0 |
| Goodwill | 350,000 | | | | | 350,000 |
| Total Other Assets | 7,726,550 | 0 | | | 6,333,824 | 1,392,726 |
| | | | | | | |
| **Total Assets** | 12,318,675 | 3,436 | 211 | 3,370 | 6,333,824 | 5,991,868 |
| | | | | | | |
| **Liabilities and Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable Trade | 4,687,581 | | 79,310 | | | 4,766,891 |
| Accounts Payable Accrued | | | 1,000,000 | | | 1,000,000 |
| Accounts Payable Interest | | | | | | 0 |
| Iberia Bank Line of Credit | | | | | | 0 |
| Prepaid Sales | | | 1,547,409 | | | 1,547,409 |
| Accounts Payable Product | | | | | | 0 |
| Total Current Liabilities | 4,687,581 | 0 | 2,626,719 | 0 | | 7,314,300 |
| | | | | | | |
| **Long Term Debt** | | | | | | |
| Member Shareholder Loan | 240,000 | 4,187,189 | 2,108,804 | 37,831 | 6,333,824 | 240,000 |
| Total Long Term Debt | 240,000 | 4,187,189 | 2,108,804 | 37,831 | 6,333,824 | 240,000 |
| | | | | | | |
| **Total Liabilities** | 4,927,581 | 4,187,189 | 4,735,523 | 37,831 | 6,333,824 | 7,554,300 |
| | | | | | | |
| **Members' Equity** | | | | | | |
| Retained Earnings | 8,605,845 | -4,183,753 | -4,735,312 | -30,792 | | |

VITOL EXHIBIT
81-174
Adv. No.: 21-06006 8/30/2022

|  |  |  |  |  |  |  |
|---|---:|---:|---:|---:|---:|---:|
| Net Income | -1,214,751 |  |  | -3,669 |  | -1,218,420 |
| Distributions |  |  |  |  |  | 0 |
| Total Members' Equity | 7,391,094 | -4,183,753 | -4,735,312 | -34,461 |  | -1,562,432 |
| **Total Liabilities & Equity** | 12,318,675 | 3,436 | 211 | 3,370 | 6,333,824 | 5,991,868 |

Gulf Coast Asphalt Company
Consolidated Balance Sheet
February 28, 2017

| | Gulf Coast Asphalt Co | GCAC Holdings LLC | Gulf Crude Gathering | AG Bullet | Eliminate | Consolidated |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 327,731 | | 211 | 5 | | 327,947 |
| Accounts Receivable Trade | 1,541,163 | | | 3,365 | | 1,544,528 |
| Accounts Receivable Trade Accrued | | | | | | 0 |
| Accounts Receivable Other | | | | | | 0 |
| Accounts Receivable Employees | 429,454 | | | | | 429,454 |
| Accounts Receivable Trifinery Inc | -54,144 | | | | | -54,144 |
| Accrued Interest Receivable | 17,367 | | | | | 17,367 |
| Due From Shareholders | 408,390 | | | | | 408,390 |
| Prepaid | 14,952 | | | | | 14,952 |
| Total Current Assets | 2,684,913 | 0 | 211 | 3,370 | | 2,688,494 |
| | | | | | | |
| **Property Plant and Equipment** | 0 | | | | | 0 |
| Accumulated Depreciation | | | | | | 0 |
| Net Property Plant & Equipment | 0 | 0 | | | | 0 |
| | | | | | | |
| **Other Assets** | | | | | | |
| Deposits & Bonds | 112,000 | | | | | 112,000 |
| Investments in Arc Terminals | 930,726 | | | | | 930,726 |
| Investments/Loan GCAC Holdings | 4,183,753 | | | | 4,187,189 | -3,436 |
| Investment Gulf Coast Crude | 2,109,878 | | | | 2,108,804 | 1,074 |
| Investment AJ Bullet | 37,831 | | | | | 37,831 |
| Goodwill | 350,000 | | | | | 350,000 |
| Total Other Assets | 7,724,188 | 0 | | | 6,295,993 | 1,428,195 |
| | | | | | | |
| **Total Assets** | 10,409,101 | 0 | 211 | 3,370 | 6,295,993 | 4,116,689 |
| | | | | | | |
| **Liabilities and Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable Trade | 3,047,760 | | 79,310 | | | 3,127,070 |
| Accounts Payable Accrued | 164,505 | | 1,000,000 | | | 1,164,505 |
| Accounts Payable Interest | | | | | | 0 |
| Iberia Bank Line of Credit | | | | | | 0 |
| Prepaid Sales | | | 1,547,409 | | | 1,547,409 |
| Accounts Payable Product | | | | | | 0 |
| Total Current Liabilities | 3,212,265 | 0 | 2,626,719 | 0 | | 5,838,984 |
| | | | | | | |
| **Long Term Debt** | | | | | | |
| Member Shareholder Loan | 240,000 | 4,183,753 | 2,109,878 | 37,831 | | 6,571,462 |
| Total Long Term Debt | 240,000 | 4,183,753 | 2,109,878 | 37,831 | 0 | 6,571,462 |
| | | | | | | |
| **Total Liabilities** | 3,452,265 | 4,183,753 | 4,736,597 | 37,831 | 0 | 12,410,446 |
| | | | | | | |
| **Members' Equity** | | | | | | |
| Retained Earnings | 8,605,845 | -4,183,753 | -4,735,311 | -30,792 | | -344,011 |
| Net Income | -1,649,009 | | -1,075 | -3,669 | | -1,653,753 |
| Distributions | | | | | | 0 |
| Total Members' Equity | 6,956,836 | -4,183,753 | -4,736,386 | -34,461 | | -1,997,764 |
| | | | | | | |
| **Total Liabilities & Equity** | 10,409,101 | 0 | 211 | 3,370 | 0 | 10,412,682 |

Gulf Coast Asphalt Company
Consolidated Balance Sheet
March 31, 2017

|  | Gulf Coast Asphalt Co | GCAC Holdings LLC | Gulf Crude Gathering | AG Bullet | Eliminate | Consolidated |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 342,059 | | 211 | 5 | | 342,275 |
| Accounts Receivable Trade | 787,138 | | | 3,365 | | 790,503 |
| Accounts Receivable Trade Accrued | | | | | | 0 |
| Accounts Receivable Other | | | | | | 0 |
| Accounts Receivable Employees | 439,726 | | | | | 439,726 |
| Accounts Receivable Trifinery Inc | -54,144 | | | | | -54,144 |
| Accrued Interest Receivable | 26,050 | | | | | 26,050 |
| Due From Shareholders | 86,697 | | | | | 86,697 |
| Prepaid | 11,569 | | | | | 11,569 |
| Total Current Assets | 1,639,095 | 0 | 211 | 3,370 | | 1,642,676 |
| | | | | | | |
| **Property Plant and Equipment** | 0 | | | | | 0 |
| Accumulated Depreciation | | | | | | 0 |
| Net Property Plant & Equipment | 0 | 0 | | | | 0 |
| | | | | | | |
| **Other Assets** | | | | | | |
| Deposits & Bonds | 112,000 | | | | | 112,000 |
| Investments in Arc Terminals | 930,726 | | | | | 930,726 |
| Investments/Loan GCAC Holdings | 4,183,753 | | | | 4,183,753 | 0 |
| Investment Gulf Coast Crude | 2,109,878 | | | | 2,109,878 | 0 |
| Investment AJ Bullet | 37,831 | | | | 37,831 | 0 |
| Goodwill | 350,000 | | | | | 350,000 |
| Total Other Assets | 7,724,188 | 0 | | | 6,331,462 | 1,392,726 |
| | | | | | | |
| **Total Assets** | 9,363,283 | 0 | 211 | 3,370 | 6,331,462 | 3,035,402 |
| | | | | | | |
| **Liabilities and Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable Trade | 2,332,548 | | 79,310 | 745 | | 2,412,603 |
| Accounts Payable Accrued | 234,531 | | 1,000,000 | | | 1,234,531 |
| Accounts Payable Interest | | | | | | 0 |
| Iberia Bank Line of Credit | | | | | | 0 |
| Prepaid Sales | | | 1,547,409 | | | 1,547,409 |
| Accounts Payable Product | | | | | | 0 |
| Total Current Liabilities | 2,567,079 | 0 | 2,626,719 | 745 | | 5,194,543 |
| | | | | | | |
| **Long Term Debt** | | | | | | |
| Member Shareholder Loan | 240,000 | 4,183,753 | 2,109,878 | 37,831 | 6,331,462 | 240,000 |
| Total Long Term Debt | 240,000 | 4,183,753 | 2,109,878 | 37,831 | 6,331,462 | 240,000 |
| | | | | | | |
| **Total Liabilities** | 2,807,079 | 4,183,753 | 4,736,597 | 38,576 | 6,331,462 | 5,434,543 |
| | | | | | | |
| **Members' Equity** | | | | | | |
| Retained Earnings | 8,605,845 | -4,183,753 | -4,735,311 | -30,792 | | -344,011 |
| Net Income | -2,049,641 | | -1,075 | -4,414 | | -2,055,130 |
| Distributions | | | | | | 0 |
| Total Members' Equity | 6,556,204 | -4,183,753 | -4,736,386 | -35,206 | | -2,399,141 |
| | | | | | | |
| **Total Liabilities & Equity** | 9,363,283 | 0 | 211 | 3,370 | 6,331,462 | 3,035,402 |

Gulf Coast Asphalt Company
Consolidated Balance Sheet
April 30, 2017

|  | Gulf Coast Asphalt Co | GCAC Holdings LLC | Gulf Crude Gathering | AG Bullet | Eliminate | Consolidated |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 47,307 | | 211 | 5 | | 47,523 |
| Accounts Receivable Trade | 1,216,279 | | | 3,365 | | 1,219,644 |
| Accounts Receivable Trade Accrued | | | | | | 0 |
| Accounts Receivable Other | | | | | | 0 |
| Accounts Receivable Employees | 429,758 | | | | | 429,758 |
| Accounts Receivable Trifinery Inc | -54,144 | | | | | -54,144 |
| Accrued Interest Receivable | 34,733 | | | | | 34,733 |
| Due From Shareholders | 86,696 | | | | | 86,696 |
| Prepaid | 7,969 | | | | | 7,969 |
| Total Current Assets | 1,768,598 | 0 | 211 | 3,370 | | 1,772,179 |
| | | | | | | |
| **Property Plant and Equipment** | 0 | | | | | 0 |
| Accumulated Depreciation | | | | | | 0 |
| Net Property Plant & Equipment | 0 | 0 | | | | 0 |
| | | | | | | |
| **Other Assets** | | | | | | |
| Deposits & Bonds | 112,000 | | | | | 112,000 |
| Investments in Arc Terminals | 930,726 | | | | | 930,726 |
| Investments/Loan GCAC Holdings | 4,183,753 | | | | 4,183,753 | 0 |
| Investment Gulf Coast Crude | 2,109,878 | | | | 2,109,878 | 0 |
| Investment AJ Bullet | 37,831 | | | | 37,831 | 0 |
| Goodwill | 350,000 | | | | | 350,000 |
| Total Other Assets | 7,724,188 | 0 | | | 6,331,462 | 1,392,726 |
| | | | | | | |
| **Total Assets** | 9,492,786 | 0 | 211 | 3,370 | 6,331,462 | 3,164,905 |
| | | | | | | |
| **Liabilities and Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable Trade | 2,159,294 | | 79,310 | 745 | | 2,239,349 |
| Accounts Payable Accrued | 487,603 | | 1,000,000 | | | 1,487,603 |
| Accounts Payable Interest | | | | | | 0 |
| Deferred Credit | 210,685 | | | | | 210,685 |
| Prepaid Sales | | | 1,547,409 | | | 1,547,409 |
| Accounts Payable Product | | | | | | 0 |
| Total Current Liabilities | 2,857,582 | 0 | 2,626,719 | 745 | | 5,485,046 |
| | | | | | | |
| **Long Term Debt** | | | | | | |
| Member Shareholder Loan | 564,332 | 4,183,753 | 2,109,878 | 37,831 | 6,331,462 | 564,332 |
| Total Long Term Debt | 564,332 | 4,183,753 | 2,109,878 | 37,831 | 6,331,462 | 564,332 |
| | | | | | | |
| **Total Liabilities** | 3,421,914 | 4,183,753 | 4,736,597 | 38,576 | 6,331,462 | 6,049,378 |
| | | | | | | |
| **Members' Equity** | | | | | | |
| Retained Earnings | 8,605,845 | -4,183,753 | -4,735,311 | -30,792 | | -344,011 |
| Net Income | -2,534,973 | | -1,075 | -4,414 | | -2,540,462 |
| Distributions | | | | | | 0 |
| Total Members' Equity | 6,070,872 | -4,183,753 | -4,736,386 | -35,206 | | -2,884,473 |
| | | | | | | |
| **Total Liabilities & Equity** | 9,492,786 | 0 | 211 | 3,370 | 6,331,462 | 3,164,905 |

Gulf Coast Asphalt Company
Consolidated Balance Sheet
May 31, 2017

| | Gulf Coast Asphalt Co | GCAC Holdings LLC | Gulf Crude Gathering | AG Bullet | Eliminate | Consolidated |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 252,006 | | 211 | 5 | | 252,222 |
| Accounts Receivable Trade | 904,548 | | | 3,365 | | 907,913 |
| Accounts Receivable Trade Accrued | | | | | | 0 |
| Accounts Receivable Other | | | | | | 0 |
| Accounts Receivable Employees | 429,915 | | | | | 429,915 |
| Accounts Receivable Trifinery Inc | -54,144 | | | | | -54,144 |
| Accrued Interest Receivable | 43,417 | | | | | 43,417 |
| Due From Shareholders | 86,696 | | | | | 86,696 |
| Prepaid | 8,688 | | | | | 8,688 |
| Total Current Assets | 1,671,126 | 0 | 211 | 3,370 | | 1,674,707 |
| | | | | | | |
| **Property Plant and Equipment** | 0 | | | | | 0 |
| Accumulated Depreciation | | | | | | 0 |
| Net Property Plant & Equipment | 0 | 0 | | | | 0 |
| | | | | | | |
| **Other Assets** | | | | | | |
| Deposits & Bonds | 112,000 | | | | | 112,000 |
| Investments in Arc Terminals | 930,726 | | | | | 930,726 |
| Investments/Loan GCAC Holdings | 4,183,753 | | | | 4,183,753 | 0 |
| Investment Gulf Coast Crude | 2,109,878 | | | | 2,109,878 | 0 |
| Investment AJ Bullet | 37,831 | | | | 37,831 | 0 |
| Goodwill | 350,000 | | | | | 350,000 |
| Total Other Assets | 7,724,188 | 0 | | | 6,331,462 | 1,392,726 |
| | | | | | | |
| **Total Assets** | 9,395,314 | 0 | 211 | 3,370 | 6,331,462 | 3,067,433 |
| | | | | | | |
| **Liabilities and Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable Trade | 2,635,520 | | 79,310 | 745 | | 2,715,575 |
| Accounts Payable Accrued | 166,991 | | 1,000,000 | | | 1,166,991 |
| Accounts Payable Interest | | | | | | 0 |
| Deferred Credit | 210,685 | | | | | 210,685 |
| Prepaid Sales | | | 1,547,409 | | | 1,547,409 |
| Accounts Payable Product | | | | | | 0 |
| Total Current Liabilities | 3,013,196 | 0 | 2,626,719 | 745 | | 5,640,660 |
| | | | | | | |
| **Long Term Debt** | | | | | | |
| Member Shareholder Loan | 814,332 | 4,183,753 | 2,109,878 | 37,831 | 6,331,462 | 814,332 |
| Total Long Term Debt | 814,332 | 4,183,753 | 2,109,878 | 37,831 | 6,331,462 | 814,332 |
| | | | | | | |
| **Total Liabilities** | 3,827,528 | 4,183,753 | 4,736,597 | 38,576 | 6,331,462 | 6,454,992 |
| | | | | | | |
| **Members' Equity** | | | | | | |
| Retained Earnings | 8,605,845 | -4,183,753 | -4,735,311 | -30,792 | | -344,011 |
| Net Income | -3,038,059 | | -1,075 | -4,414 | | -3,043,548 |
| Distributions | | | | | | 0 |
| Total Members' Equity | 5,567,786 | -4,183,753 | -4,736,386 | -35,206 | | -3,387,559 |
| | | | | | | |
| **Total Liabilities & Equity** | 9,395,314 | 0 | 211 | 3,370 | 6,331,462 | 3,067,433 |

Gulf Coast Asphalt Company
Consolidated Balance Sheet
June 30, 2017

|  | Gulf Coast Asphalt Co | GCAC Holdings LLC | Gulf Crude Gathering | AG Bullet | Eliminate | Consolidated |
|---|---:|---:|---:|---:|---:|---:|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | -79,975 | | 17,838 | 5 | | -62,132 |
| Accounts Receivable Trade | 1,233,304 | | | 6,036 | | 1,239,340 |
| Accounts Receivable Trade Accrued | 246,940 | | | | | 246,940 |
| Accounts Receivable Other | | | | | | 0 |
| Accounts Receivable Employees | 429,915 | | | | | 429,915 |
| Accounts Receivable Trifinery Inc | -54,144 | | | | | -54,144 |
| Accrued Interest Receivable | 52,100 | | | | | 52,100 |
| Due From Shareholders | 86,696 | | | | | 86,696 |
| Prepaid | 7,698 | | | | | 7,698 |
| Total Current Assets | 1,922,534 | 0 | 17,838 | 6,041 | | 1,946,413 |
| | | | | | | |
| **Property Plant and Equipment** | 0 | | | | | 0 |
| Accumulated Depreciation | | | | | | 0 |
| Net Property Plant & Equipment | 0 | 0 | | | | 0 |
| | | | | | | |
| **Other Assets** | | | | | | |
| Deposits & Bonds | 112,000 | | | | | 112,000 |
| Investments in Arc Terminals | 930,726 | | | | | 930,726 |
| Investments/Loan GCAC Holdings | 4,183,753 | | | | 4,183,753 | 0 |
| Investment Gulf Coast Crude | 2,430,117 | | | | 2,430,117 | 0 |
| Investment AJ Bullet | 37,831 | | | | 37,831 | 0 |
| Goodwill | 350,000 | | | | | 350,000 |
| Total Other Assets | 8,044,427 | 0 | | | 6,651,701 | 1,392,726 |
| | | | | | | |
| **Total Assets** | 9,966,961 | 0 | 17,838 | 6,041 | 6,651,701 | 3,339,139 |
| | | | | | | |
| **Liabilities and Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable Trade | 2,898,804 | | 341,055 | 1,573 | | 3,241,432 |
| Accounts Payable Accrued | 258,190 | | 699,659 | | | 957,849 |
| Accounts Payable Interest | | | | | | 0 |
| Deferred Credit | 210,685 | | | | | 210,685 |
| Prepaid Sales | | | 1,547,409 | | | 1,547,409 |
| Accounts Payable Product | | | | | | 0 |
| Total Current Liabilities | 3,367,679 | 0 | 2,588,123 | 1,573 | | 5,957,375 |
| | | | | | | |
| **Long Term Debt** | | | | | | |
| Member Shareholder Loan | 1,039,332 | 4,183,753 | 2,430,117 | 37,831 | 6,651,701 | 1,039,332 |
| Total Long Term Debt | 1,039,332 | 4,183,753 | 2,430,117 | 37,831 | 6,651,701 | 1,039,332 |
| | | | | | | |
| **Total Liabilities** | 4,407,011 | 4,183,753 | 5,018,240 | 39,404 | 6,651,701 | 6,996,707 |
| | | | | | | |
| **Members' Equity** | | | | | | |
| Retained Earnings | 8,605,845 | -4,183,753 | -4,735,311 | -30,792 | | -344,011 |
| Net Income | -3,045,895 | | -265,091 | -2,571 | | -3,313,557 |
| Distributions | | | | | | 0 |
| Total Members' Equity | 5,559,950 | -4,183,753 | -5,000,402 | -33,363 | | -3,657,568 |
| | | | | | | |
| **Total Liabilities & Equity** | 9,966,961 | 0 | 17,838 | 6,041 | 6,651,701 | 3,339,139 |

Gulf Coast Asphalt Company
Consolidated Balance Sheet
December 31, 2017

| | Gulf Coast Asphalt Co | GCAC Holdings LLC | Gulf Crude Gathering | AG Bullet | Eliminate | Consolidated |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 4,623,136 | | 168 | 5 | | 4,623,309 |
| Accounts Receivable Trade | 712,898 | | | 6,331 | | 719,229 |
| Accounts Receivable Trade Accrued | 7,855,784 | | | | | 7,855,784 |
| Accounts Receivable Other | | | | | | 0 |
| Accounts Receivable Employees | 392,946 | | | | | 392,946 |
| Accounts Receivable Trifinery Inc | -54,144 | | | | | -54,144 |
| Accrued Interest Receivable | | | | | | 0 |
| Due From Shareholders | 2,998,569 | | | | | 2,998,569 |
| Prepaid | 6,995 | | | | | 6,995 |
| Total Current Assets | 16,536,184 | 0 | 168 | 6,336 | | 16,542,688 |
| | | | | | | |
| **Property Plant and Equipment** | 0 | | | | | 0 |
| Accumulated Depreciation | | | | | | 0 |
| Net Property Plant & Equipment | 0 | 0 | | | | 0 |
| | | | | | | |
| **Other Assets** | | | | | | |
| Deposits & Bonds | 32,000 | | | | | 32,000 |
| Investments in Arc Terminals | | | | | | 0 |
| Investments/Loan GCAC Holdings | 4,183,753 | | | | | 4,183,753 |
| Investment Gulf Coast Crude | 2,437,087 | | | | | 2,437,087 |
| Investment AJ Bullet | 39,347 | | | | | 39,347 |
| Deferred Debit | | | | | | 0 |
| Goodwill | 300,000 | | | | | 300,000 |
| Total Other Assets | 6,992,187 | 0 | | | 0 | 6,992,187 |
| | | | | | | |
| **Total Assets** | 23,528,371 | 0 | 168 | 6,336 | 0 | 23,534,875 |
| | | | | | | |
| **Liabilities and Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable Trade | 1,479,963 | | 342,315 | 745 | | 1,823,023 |
| Accounts Payable Accrued | 8,934,401 | | 699,659 | | | 9,634,060 |
| Accounts Payable Contingent Liability | 14,866,973 | | | | | 14,866,973 |
| Deferred Credit | | | | | | 0 |
| Prepaid Sales | | | 1,547,409 | | | 1,547,409 |
| Accounts Payable Product | | | | | | 0 |
| Total Current Liabilities | 25,281,337 | 0 | 2,589,383 | 745 | | 27,871,465 |
| | | | | | | |
| **Long Term Debt** | | | | | | |
| Member Shareholder Loan | 240,000 | 4,183,753 | 2,437,087 | 39,347 | | 6,900,187 |
| Total Long Term Debt | 240,000 | 4,183,753 | 2,437,087 | 39,347 | 0 | 6,900,187 |
| | | | | | | |
| **Total Liabilities** | 25,521,337 | 4,183,753 | 5,026,470 | 40,092 | 0 | 34,771,652 |
| | | | | | | |
| **Members' Equity** | | | | | | |
| Retained Earnings | 8,605,845 | -4,183,753 | -4,735,311 | -30,792 | | -344,011 |
| Net Income | -10,598,811 | | -290,991 | -2,964 | | -10,892,766 |
| Distributions | | | | | | 0 |
| Total Members' Equity | -1,992,966 | -4,183,753 | -5,026,302 | -33,756 | | -11,236,777 |
| | | | | | | |
| **Total Liabilities & Equity** | 23,528,371 | 0 | 168 | 6,336 | 0 | 23,534,875 |