Gulf Coast Asphalt Company
Consolidated Income Statement

|  | January 31, 2017 | | | | | One Month Ended January 31, 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total |
| **Revenues** | | | | | | | | | | |
| Trading Sales | | | | | 0 | | | | | 0 |
| Joint Venture Profits | -824,970 | | | | -824,970 | | | | | 0 |
| Asphalt Truck Rack | 539,177 | | | | 539,177 | | | | | 0 |
| Interest Income | 8,683 | | | | 8,683 | | | | | 0 |
| Gain on Sale of Asset | | | | | 0 | | | | | 0 |
| Misc Income | 4,750 | | | | 4,750 | | | | | 0 |
| Net Revenues | -272,360 | | 0 | | -272,360 | 0 | 0 | 0 | | 0 |
| **Cost of Sales** | | | | | | | | | | |
| Freight Expense Ship/Barge | 594 | | | | 594 | | | | | 0 |
| Freight Expense Trucks | | | | | 0 | | | | | 0 |
| Purchase Crude | | | | | 0 | | | | | 0 |
| Purchases Asphalts | 539,177 | | | | 539,177 | | | | | 0 |
| Purchases VTB'S | | | | | 0 | | | | | 0 |
| Total Cost of Sales | 539,771 | | 0 | | 539,771 | 0 | | 0 | | 0 |
| Gross Profit | -812,131 | | 0 | | -812,131 | 0 | 0 | 0 | | 0 |
| **Operating Expenses** | | | | | | | | | | |
| Insurance - Other | 6,976 | | | | 6,976 | | | | | 0 |
| Dock Watch | 5,120 | | | | 5,120 | | | | | 0 |
| Inspection /Analysis Expense | 16,722 | | | | 16,722 | | | | | 0 |
| Lab Expense | 11,469 | | | | 11,469 | | | | | 0 |
| Natural Gas | 14,619 | | | | 14,619 | | | | | 0 |
| Tank Expense | 139,605 | | | | 139,605 | | | | | 0 |
| Total Operating Expenses | 194,511 | | 0 | | 194,511 | 0 | | 0 | | 0 |
| **General & Administrative Expenses** | | | | | | | | | | |
| Airplane Maintainence | | | | | | | | | | 0 |
| Airplane Cleaning | | | | | | | | | | 0 |
| Airplane Fees | | | | | | | | | | |
| Airplane Jet Fuel | | | | | | | | | | |



VITOL EXHIBIT

81-175

Adv. No.: 21-06006 8/30/2022

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airplane Hanger Rent | | | | | | | | | | | 0 |
| Flight Training | | | | | | | | | | | 0 |
| Salaries and Wages | 85,768 | | | | 85,768 | | | | | | 0 |
| Salaries Bonuses | | | | | | | | | | | 0 |
| 401K Company Contribution | 5,308 | | | | 5,308 | | | | | | 0 |
| Payroll Taxes | 7,013 | | | | 7,013 | | | | | | 0 |
| Insurance - Health G&A | 21,193 | | | | 21,193 | | | | | | 0 |
| Insurance-Group Term Life | 1,109 | | | | 1,109 | | | | | | 0 |
| Insurance Other | | | | 3,769 | 3,769 | | | | | | 0 |
| Auto Expense | 2,701 | | | | 2,701 | | | | | | 0 |
| Business Promotion | 17,191 | | | | 17,191 | | | | | | 0 |
| Bad Debt | | | | | | | | | | | 0 |
| Bank Fees | 841 | | | | 841 | | | | | | 0 |
| Depreciation | | | | | | | | | | | 0 |
| Donations | | | | | | | | | | | 0 |
| Dues & Subscriptions | 10,792 | | | | 10,792 | | | | | | 0 |
| Goodwill Amortization | | | | | | | | | | | 0 |
| Interest Expense | | | | | | | | | | | 0 |
| Licenses, Fees & Permits | 1 | | | | 1 | | | | | | 0 |
| Office Supplies and Expense | 741 | | | | 741 | | | | | | 0 |
| Computer Expense | 1,910 | | | | 1,910 | | | | | | 0 |
| Postage | | | | | | | | | | | 0 |
| Professional Services | 15,186 | | | | 15,186 | | | | | | 0 |
| Outside Services | 4,313 | | | | 4,313 | | | | | | 0 |
| Rental | 1,685 | | | | 1,685 | | | | | | 0 |
| Sundry | 304 | | | -100 | 204 | | | | | | 0 |
| Taxes Other | | | | | | | | | | | 0 |
| Telephone | 2,544 | | | | 2,544 | | | | | | 0 |
| Travel & Lodging | 24,583 | | | | 24,583 | | | | | | 0 |
| Meals & Entertainment | 4,926 | | | | 4,926 | | | | | | 0 |
| Total General & Administrative Expenses | 208,109 | 0 | 0 | 3,669 | 211,778 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Other Income (Expense)** | | | | | | | | | | | |
| Prior Year Adjustment | | | | | 0 | | | | | | 0 |
| Unrealized Gain(Loss) on Asset | | | | | 0 | | | | | | 0 |
| Total Other Income (Expense) | 0 | 0 | | | 0 | 0 | 0 | | | | 0 |
| Income Before Taxes | -1,214,751 | 0 | 0 | -3,669 | -1,218,420 | 0 | 0 | 0 | 0 | 0 | 0 |

Gulf Coast Asphalt Company
Consolidated Income Statement

|  | February 28, 2017 | | | | | Two Months Ended Febuary 28, 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total |
| **Revenues** | | | | | | | | | | |
| Trading Sales | | | | | 0 | | | | | 0 |
| Joint Venture Profits | -2,846 | | | | -2,846 | -827,816 | | | | -827,816 |
| **Asphalt Truck Rack** | 302,953 | | | | 302,953 | 842,129 | | | | 842,129 |
| Interest Income | 8,683 | | | | 8,683 | 17,367 | | | | 17,367 |
| Gain on Sale of Asset | | | | | 0 | | | | | 0 |
| Misc Income | 900 | | | | 900 | 5,650 | | | | 5,650 |
| Net Revenues | 309,690 | | 0 | | 309,690 | 37,330 | 0 | 0 | | 37,330 |
| **Cost of Sales** | | | | | | | | | | |
| Freight Expense Ship/Barge | 430 | | | | 430 | 1,024 | | | | 1,024 |
| Freight Expense Trucks | | | | | 0 | | | | | 0 |
| Purchase Crude | | | | | 0 | | | | | 0 |
| Purchases Asphalts | 302,953 | | | | 302,953 | 842,129 | | | | 842,129 |
| Purchases VTB'S | | | | | 0 | | | | | 0 |
| Total Cost of Sales | 303,383 | | 0 | | 303,383 | 843,153 | | 0 | | 843,153 |
| Gross Profit | 6,307 | | 0 | | 6,307 | -805,823 | 0 | 0 | | -805,823 |
| **Operating Expenses** | | | | | | | | | | |
| Insurance - Other | 6,976 | | | | 6,976 | 13,952 | | | | 13,952 |
| Dock Watch | 10,302 | | | | 10,302 | 15,422 | | | | 15,422 |
| Inspection /Analysis Expense | 17,687 | | | | 17,687 | 34,409 | | | | 34,409 |
| Lab Expense | 26,558 | | | | 26,558 | 38,027 | | | | 38,027 |
| Natural Gas | | | | | 0 | 14,620 | | | | 14,620 |
| Tank Expense | 139,655 | | | | 139,655 | 279,260 | | | | 279,260 |
| Total Operating Expenses | 201,178 | | 0 | | 201,178 | 395,690 | | 0 | | 395,690 |
| **General & Administrative Expenses** | | | | | | | | | | |
| Airplane Maintainence | | | | | | | | | | 0 |
| Airplane Cleaning | | | | | | | | | | 0 |
| Airplane Fees | | | | | | | | | | 0 |
| Airplane Jet Fuel | | | | | | | | | | 0 |
| Airplane Hanger Rent | | | | | | | | | | 0 |
| Flight Training | | | | | | | | | | 0 |
| Salaries and Wages | 88,639 | | | | 88,639 | 174,406 | | | | 174,406 |
| Salaries Bonuses | | | | | | | | | | 0 |
| 401K Company Contribution | 3,078 | | | | 3,078 | 8,387 | | | | 8,387 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Payroll Taxes | 6,971 | | | | 6,971 | 13,984 | | | 13,984 |
| Insurance - Health G&A | 23,624 | | | | 23,624 | 44,817 | | | 44,817 |
| Insurance-Group Term Life | 1,109 | | | | 1,109 | 2,218 | | | 2,218 |
| Insurance Other | | | | | 0 | | | 3,769 | 3,769 |
| Auto Expense | 2,574 | | | | 2,574 | 5,274 | | | 5,274 |
| Business Promotion | 20,898 | | | | 20,898 | 38,089 | | | 38,089 |
| Bad Debt | | | | | | | | | 0 |
| Bank Fees | 968 | | | | 968 | 1,809 | | | 1,809 |
| Depreciation | | | | | | | | | 0 |
| Donations | 6,115 | | | | | 6,115 | | | 6,115 |
| Dues & Subscriptions | 4,905 | | | | 4,905 | 15,697 | | | 15,697 |
| Goodwill Amortization | | | | | | | | | 0 |
| Interest Expense | | | | | | | | | 0 |
| Licenses, Fees & Permits | | | | | 0 | 1 | | | 1 |
| Office Supplies and Expense | 102 | | | | 102 | 843 | | | 843 |
| Computer Expense | 966 | | | | 966 | 2,877 | | | 2,877 |
| Postage | | | | | | | | | 0 |
| Professional Services | 11,977 | | 1,075 | | 13,052 | 27,163 | | 1,075 | 28,238 |
| Outside Services | 18,797 | | | | 18,797 | 23,110 | | | 23,110 |
| Rental | 1,993 | | | | 1,993 | 3,678 | | | 3,678 |
| Sundry | 764 | | | | 764 | 1,068 | | -100 | 968 |
| Taxes Other | 371 | | | | 371 | 371 | | | 371 |
| Telephone | 2,524 | | | | 2,524 | 5,069 | | | 5,069 |
| Travel & Lodging | 35,700 | | | | 35,700 | 60,283 | | | 60,283 |
| Meals & Entertainment | 7,311 | | | | 7,311 | 12,237 | | | 12,237 |
| Total General & Administrative Expenses | 239,386 | 0 | 1,075 | 0 | 234,346 | 447,496 | 0 | 1,075 | 3,669 | 452,240 |

**Other Income (Expense)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Prior Year Adjustment | | | | | 0 | | | | 0 |
| Unrealized Gain(Loss) on Asset | | | | | 0 | | | | 0 |
| Total Other Income (Expense) | 0 | 0 | | | 0 | 0 | 0 | | 0 |
| | | | | | | | | | |
| Income Before Taxes | -434,257 | 0 | -1,075 | 0 | -429,217 | -1,649,009 | 0 | -1,075 | -3,669 | -1,653,753 |

Gulf Coast Asphalt Company
Consolidated Income Statement

|  | March 31, 2017 | | | | | Three Months Ended March 31, 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total |
| **Revenues** | | | | | | | | | | |
| Trading Sales | | | | | 0 | | | | | 0 |
| Joint Venture Profits | 120,784 | | | | 120,784 | -707,032 | | | | -707,032 |
| **Asphalt Truck Rack** | 295,186 | | | | 295,186 | 1,137,316 | | | | 1,137,316 |
| Interest Income | 8,683 | | | | 8,683 | 26,050 | | | | 26,050 |
| Gain on Sale of Asset | | | | | 0 | | | | | 0 |
| Misc Income | | | | | 0 | 5,650 | | | | 5,650 |
| Net Revenues | 424,653 | | 0 | | 424,653 | 461,984 | 0 | 0 | | 461,984 |
| **Cost of Sales** | | | | | | | | | | |
| Freight Expense Ship/Barge | | | | | 0 | 1,024 | | | | 1,024 |
| Freight Expense Trucks | | | | | 0 | | | | | 0 |
| Purchase Crude | | | | | 0 | | | | | 0 |
| Purchases Asphalts | 295,186 | | | | 295,186 | 1,137,316 | | | | 1,137,316 |
| Purchases VTB'S | | | | | 0 | | | | | 0 |
| Total Cost of Sales | 295,186 | | 0 | | 295,186 | 1,138,340 | | 0 | | 1,138,340 |
| Gross Profit | 129,467 | | 0 | | 129,467 | -676,356 | 0 | 0 | | -676,356 |
| **Operating Expenses** | | | | | | | | | | |
| Insurance - Other | 6,976 | | | | 6,976 | 20,928 | | | | 20,928 |
| Dock Watch | 11,242 | | | | 11,242 | 26,664 | | | | 26,664 |
| Inspection /Analysis Expense | 13,164 | | | | 13,164 | 47,572 | | | | 47,572 |
| Lab Expense | 25,364 | | | | 25,364 | 63,391 | | | | 63,391 |
| Natural Gas | 6,068 | | | | 6,068 | 20,688 | | | | 20,688 |
| Tank Expense | 139,605 | | | | 139,605 | 418,865 | | | | 418,865 |
| Total Operating Expenses | 202,419 | | 0 | | 202,419 | 598,108 | | 0 | | 598,108 |
| **General & Administrative Expenses** | | | | | | | | | | |
| Airplane Maintainence | | | | | | | | | | 0 |
| Airplane Cleaning | | | | | | | | | | 0 |
| Airplane Fees | | | | | | | | | | 0 |
| Airplane Jet Fuel | | | | | | | | | | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Airplane Hanger Rent | | | | | | | | | | 0 |
| Flight Training | | | | | | | | | | 0 |
| Salaries and Wages | 132,708 | | | | 132,708 | 307,114 | | | | 307,114 |
| Salaries Bonuses | | | | | | | | | | 0 |
| 401K Company Contribution | 4,824 | | | | 4,824 | 13,211 | | | | 13,211 |
| Payroll Taxes | 10,251 | | | | 10,251 | 24,234 | | | | 24,234 |
| Insurance - Health G&A | 23,272 | | | | 23,272 | 68,089 | | | | 68,089 |
| Insurance-Group Term Life | 1,369 | | | | 1,369 | 3,588 | | | | 3,588 |
| Insurance Other | | | | | 0 | | | | 3,769 | 3,769 |
| Auto Expense | 2,752 | | | | 2,752 | 8,027 | | | | 8,027 |
| Business Promotion | 31,037 | | | | 31,037 | 69,126 | | | | 69,126 |
| Bad Debt | | | | | | | | | | 0 |
| Bank Fees | 832 | | | | 832 | 2,641 | | | | 2,641 |
| Commissions | 15,100 | | | | 15,100 | 15,100 | | | | 15,100 |
| Depreciation | | | | | | | | | | 0 |
| Donations | 150 | | | | | 6,265 | | | | 6,265 |
| Dues & Subscriptions | 16,318 | | | | 16,318 | 32,015 | | | | 32,015 |
| Goodwill Amortization | | | | | | | | | | 0 |
| Interest Expense | | | | | | | | | | 0 |
| Licenses, Fees & Permits | | | | | 0 | 1 | | | | 1 |
| Office Supplies and Expense | 468 | | | | 468 | 1,311 | | | | 1,311 |
| Computer Expense | 4,905 | | | | 4,905 | 7,782 | | | | 7,782 |
| Postage | | | | | | | | | | 0 |
| Professional Services | 15,106 | | | | 15,106 | 42,270 | | 1,075 | | 43,345 |
| Outside Services | 13,698 | | | | 13,698 | 36,808 | | | | 36,808 |
| Rental | 1,982 | | | | 1,982 | 5,660 | | | | 5,660 |
| Sundry | 22,374 | | | | 22,374 | 23,441 | | | -100 | 23,341 |
| Taxes Other | 1,798 | | | 745 | 2,543 | 2,169 | | | 745 | 2,914 |
| Telephone | 7,348 | | | | 7,348 | 12,416 | | | | 12,416 |
| Travel & Lodging | 12,017 | | | | 12,017 | 72,301 | | | | 72,301 |
| Meals & Entertainment | 9,371 | | | | 9,371 | 21,608 | | | | 21,608 |
| Total General & Administrative Expenses | 327,680 | 0 | 0 | 745 | 328,275 | 775,177 | 0 | 1,075 | 4,414 | 780,666 |
| | | | | | | | | | | |
| **Other Income (Expense)** | | | | | | | | | | |
| Prior Year Adjustment | | | | | 0 | | | | | 0 |
| Unrealized Gain(Loss) on Asset | | | | | 0 | | | | | 0 |
| Total Other Income (Expense) | 0 | 0 | | | 0 | 0 | 0 | | | 0 |
| | | | | | | | | | | |
| Income Before Taxes | -400,632 | 0 | 0 | -745 | -401,227 | -2,049,641 | 0 | -1,075 | -4,414 | -2,055,130 |

Gulf Coast Asphalt Company
Consolidated Income Statement

|  | April 30, 2017 | | | | | Four Months Ended April 30, 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total |
| **Revenues** | | | | | | | | | | |
| Trading Sales | | | | | 0 | | | | | 0 |
| Joint Venture Profits | 24,917 | | | | 24,917 | -682,116 | | | | -682,116 |
| Asphalt Truck Rack | 525,816 | | | | 525,816 | 1,663,132 | | | | 1,663,132 |
| Interest Income | 8,683 | | | | 8,683 | 34,734 | | | | 34,734 |
| Gain on Sale of Asset | | | | | 0 | | | | | 0 |
| Misc Income | | | | | 0 | 5,650 | | | | 5,650 |
| Net Revenues | 559,416 | | 0 | | 559,416 | 1,021,400 | 0 | 0 | | 1,021,400 |
| **Cost of Sales** | | | | | | | | | | |
| Freight Expense Ship/Barge | | | | | 0 | 1,024 | | | | 1,024 |
| Freight Expense Trucks | 660 | | | | 660 | 660 | | | | 660 |
| Purchase Crude | 525,816 | | | | 525,816 | 1,663,132 | | | | 1,663,132 |
| Purchases Asphalts | | | | | 0 | | | | | 0 |
| Purchases VTB'S | | | | | 0 | | | | | 0 |
| Total Cost of Sales | 526,476 | | 0 | | 526,476 | 1,664,816 | | 0 | | 1,664,816 |
| Gross Profit | 32,940 | | 0 | | 32,940 | -643,416 | 0 | 0 | | -643,416 |
| **Operating Expenses** | | | | | | | | | | |
| Insurance - Other | 6,976 | | | | 6,976 | 27,904 | | | | 27,904 |
| Dock Watch | 13,041 | | | | 13,041 | 39,705 | | | | 39,705 |
| Inspection /Analysis Expense | 9,803 | | | | 9,803 | 57,375 | | | | 57,375 |
| Lab Expense | 10,875 | | | | 10,875 | 74,266 | | | | 74,266 |
| Natural Gas | 10,692 | | | | 10,692 | 31,380 | | | | 31,380 |
| Tank Expense | 139,605 | | | | 139,605 | 558,470 | | | | 558,470 |
| Total Operating Expenses | 190,992 | | 0 | | 190,992 | 789,100 | | 0 | | 789,100 |
| **General & Administrative Expenses** | | | | | | | | | | |
| Airplane Maintainence | | | | | | | | | | 0 |
| Airplane Cleaning | | | | | | | | | | 0 |
| Airplane Fees | | | | | | | | | | 0 |
| Airplane Jet Fuel | | | | | | | | | | 0 |

| | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Airplane Hanger Rent | | | | | | | | | 0 |
| Flight Training | | | | | | | | | 0 |
| Salaries and Wages | 129,254 | | | | 129,254 | 436,368 | | | 436,368 |
| Salaries Bonuses | 8,000 | | | | 8,000 | 8,000 | | | 8,000 |
| 401K Company Contribution | 3,917 | | | | 3,917 | 17,127 | | | 17,127 |
| Payroll Taxes | 10,000 | | | | 10,000 | 34,234 | | | 34,234 |
| Insurance - Health G&A | 23,272 | | | | 23,272 | 91,361 | | | 91,361 |
| Insurance-Group Term Life | 1,239 | | | | 1,239 | 4,827 | | | 4,827 |
| Insurance Other | | | | | 0 | | | 3,769 | 3,769 |
| Auto Expense | 3,688 | | | | 3,688 | 11,715 | | | 11,715 |
| Business Promotion | 54,662 | | | | 54,662 | 123,788 | | | 123,788 |
| Bad Debt | | | | | | | | | 0 |
| Bank Fees | 1,018 | | | | 1,018 | 3,659 | | | 3,659 |
| Commissions | | | | | 0 | 15,100 | | | 15,100 |
| Depreciation | | | | | | | | | 0 |
| Donations | 2,133 | | | | 2,133 | 8,398 | | | 8,398 |
| Dues & Subscriptions | 3,031 | | | | 3,031 | 35,046 | | | 35,046 |
| Goodwill Amortization | | | | | | | | | 0 |
| Interest Expense | | | | | | | | | 0 |
| Licenses, Fees & Permits | 2 | | | | 2 | 3 | | | 3 |
| Office Supplies and Expense | 1,547 | | | | 1,547 | 2,858 | | | 2,858 |
| Computer Expense | 1,079 | | | | 1,079 | 8,861 | | | 8,861 |
| Postage | | | | | | | | | 0 |
| Professional Services | 4,732 | | | | 4,732 | 47,002 | | 1,075 | 48,077 |
| Outside Services | 13,693 | | | | 13,693 | 50,502 | | | 50,502 |
| Rental | 1,892 | | | | 1,892 | 7,552 | | | 7,552 |
| Sundry | 22,528 | | | | 22,528 | 45,970 | | -100 | 45,870 |
| Taxes Other | | | | | 0 | 2,169 | | 745 | 2,914 |
| Telephone | 2,381 | | | | 2,381 | 14,798 | | | 14,798 |
| Travel & Lodging | 30,872 | | | | 30,872 | 103,172 | | | 103,172 |
| Meals & Entertainment | 8,340 | | | | 8,340 | 29,947 | | | 29,947 |
| Total General & Administrative Expenses | 327,280 | 0 | 0 | 0 | 327,280 | 1,102,457 | 0 | 1,075 | 4,414 | 1,107,946 |
| | | | | | | | | | |
| **Other Income (Expense)** | | | | | | | | | |
| Prior Year Adjustment | | | | | 0 | | | | 0 |
| Unrealized Gain(Loss) on Asset | | | | | 0 | | | | 0 |
| Total Other Income (Expense) | 0 | 0 | | | 0 | 0 | 0 | | 0 |
| | | | | | | | | | |
| Income Before Taxes | -485,332 | 0 | 0 | 0 | -485,332 | -2,534,973 | 0 | -1,075 | -4,414 | -2,540,462 |

Gulf Coast Asphalt Company
Consolidated Income Statement

|  | May 31, 2017 | | | | | Five Months Ended May 31, 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total |
| **Revenues** | | | | | | | | | | |
| Trading Sales | | | | | 0 | | | | | 0 |
| Joint Venture Profits | -18,896 | | | | -18,896 | -701,012 | | | | -701,012 |
| **Asphalt Truck Rack** | 490,817 | | | | 490,817 | 2,153,949 | | | | 2,153,949 |
| Interest Income | 8,683 | | | | 8,683 | 43,417 | | | | 43,417 |
| Gain on Sale of Asset | | | | | 0 | | | | | 0 |
| Misc Income | 2,429 | | | | 2,429 | 8,079 | | | | 8,079 |
| Net Revenues | 483,033 | | 0 | | 483,033 | 1,504,433 | 0 | 0 | | 1,504,433 |
| **Cost of Sales** | | | | | | | | | | |
| Freight Expense Ship/Barge | | | | | 0 | 1,024 | | | | 1,024 |
| Freight Expense Trucks | | | | | 0 | 660 | | | | 660 |
| Purchase Crude | | | | | 0 | | | | | 0 |
| Purchases Asphalts | 490,817 | | | | 490,817 | 2,153,949 | | | | 2,153,949 |
| Purchases VTB'S | | | | | 0 | | | | | 0 |
| Total Cost of Sales | 490,817 | | 0 | | 490,817 | 2,155,633 | | 0 | | 2,155,633 |
| Gross Profit | -7,784 | | 0 | | -7,784 | -651,200 | 0 | 0 | | -651,200 |
| **Operating Expenses** | | | | | | | | | | |
| Insurance - Other | 6,976 | | | | 6,976 | 34,880 | | | | 34,880 |
| Dock Watch | 11,386 | | | | 11,386 | 51,091 | | | | 51,091 |
| Inspection /Analysis Expense | 21,483 | | | | 21,483 | 78,859 | | | | 78,859 |
| Lab Expense | 9,951 | | | | 9,951 | 84,217 | | | | 84,217 |
| Natural Gas | 10,189 | | | | 10,189 | 41,568 | | | | 41,568 |
| Tank Expense | 139,605 | | | | 139,605 | 698,075 | | | | 698,075 |
| Total Operating Expenses | 199,590 | | 0 | | 199,590 | 988,690 | | 0 | | 988,690 |
| **General & Administrative Expenses** | | | | | | | | | | |
| Airplane Maintainence | | | | | | | | | | 0 |
| Airplane Cleaning | | | | | | | | | | 0 |
| Airplane Fees | | | | | | | | | | 0 |
| Airplane Jet Fuel | | | | | | | | | | 0 |
| Airplane Hanger Rent | | | | | | | | | | 0 |
| Flight Training | | | | | | | | | | 0 |
| Salaries and Wages | 132,215 | | | | 132,215 | 568,583 | | | | 568,583 |
| Salaries Bonuses | 8,000 | | | | 8,000 | 16,000 | | | | 16,000 |
| 401K Company Contribution | 5,128 | | | | 5,128 | 22,255 | | | | 22,255 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Taxes | 10,304 | | | | 10,304 | 44,538 | | | | 44,538 |
| Insurance - Health G&A | 23,477 | | | | 23,477 | 114,838 | | | | 114,838 |
| Insurance-Group Term Life | 1,239 | | | | 1,239 | 6,067 | | | | 6,067 |
| Insurance Other | | | | | 0 | | | | 3,769 | 3,769 |
| Auto Expense | 2,795 | | | | 2,795 | 14,510 | | | | 14,510 |
| Business Promotion | | | | | 0 | 123,788 | | | | 123,788 |
| Bad Debt | | | | | | | | | | 0 |
| Bank Fees | 783 | | | | 783 | 4,442 | | | | 4,442 |
| Commissions | | | | | 0 | 15,100 | | | | 15,100 |
| Depreciation | | | | | | | | | | 0 |
| Donations | | | | | 0 | 8,398 | | | | 8,398 |
| Dues & Subscriptions | 1,213 | | | | 1,213 | 36,259 | | | | 36,259 |
| Goodwill Amortization | | | | | | | | | | 0 |
| Interest Expense | 10,037 | | | | | 10,037 | | | | 10,037 |
| Licenses, Fees & Permits | | | | | 0 | 3 | | | | 3 |
| Office Supplies and Expense | 1,325 | | | | 1,325 | 4,183 | | | | 4,183 |
| Computer Expense | 2,607 | | | | 2,607 | 11,468 | | | | 11,468 |
| Postage | | | | | | | | | | 0 |
| Professional Services | 10,002 | | | | 10,002 | 57,004 | | 1,075 | | 58,079 |
| Outside Services | 11,082 | | | | 11,082 | 61,583 | | | | 61,583 |
| Rental | 9,355 | | | | 9,355 | 16,907 | | | | 16,907 |
| Sundry | 770 | | | | 770 | 46,740 | | | -100 | 46,640 |
| Taxes Other | 53,375 | | | | 53,375 | 55,544 | | | 745 | 56,289 |
| Telephone | 262 | | | | 262 | 15,060 | | | | 15,060 |
| Travel & Lodging | 7,700 | | | | 7,700 | 110,872 | | | | 110,872 |
| Meals & Entertainment | 4,043 | | | | 4,043 | 33,990 | | | | 33,990 |
| Total General & Administrative Expenses | 295,712 | 0 | 0 | 0 | 285,675 | 1,398,169 | 0 | 1,075 | 4,414 | 1,403,658 |
| | | | | | | | | | | |
| **Other Income (Expense)** | | | | | | | | | | |
| Prior Year Adjustment | | | | | 0 | | | | | 0 |
| Unrealized Gain(Loss) on Asset | | | | | 0 | | | | | 0 |
| Total Other Income (Expense) | 0 | 0 | | | 0 | 0 | 0 | | | 0 |
| | | | | | | | | | | |
| Income Before Taxes | -503,086 | 0 | 0 | 0 | -493,049 | -3,038,059 | 0 | -1,075 | -4,414 | -3,043,548 |

Gulf Coast Asphalt Company
Consolidated Income Statement

|  | June 30, 2017 | | | | | Six Months Ended June 30, 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total |
| **Revenues** | | | | | | | | | | |
| Trading Sales |  |  |  |  | 0 |  |  |  |  | 0 |
| Joint Venture Profits | 408,600 |  |  |  | 408,600 | -292,412 |  |  |  | -292,412 |
| Asphalt Truck Rack | 944,053 |  |  |  | 944,053 | 3,098,002 |  |  |  | 3,098,002 |
| Interest Income | 8,683 |  |  |  | 8,683 | 52,100 |  |  |  | 52,100 |
| Gain on Sale of Asset |  |  |  |  | 0 |  |  |  |  | 0 |
| Misc Income |  |  |  |  | 0 | 8,078 |  |  |  | 8,078 |
| Net Revenues | 1,361,336 |  | 0 |  | 1,361,336 | 2,865,768 | 0 | 0 |  | 2,865,768 |
| **Cost of Sales** | | | | | | | | | | |
| Freight Expense Ship/Barge |  |  | 264,016 |  | 264,016 | 1,024 |  | 264,016 |  | 265,040 |
| Freight Expense Trucks |  |  |  |  | 0 | 660 |  |  |  | 660 |
| Purchase Crude |  |  |  |  | 0 |  |  |  |  | 0 |
| Purchases Asphalts | 944,053 |  |  |  | 944,053 | 3,098,002 |  |  |  | 3,098,002 |
| Purchases VTB'S |  |  |  |  | 0 |  |  |  |  | 0 |
| Total Cost of Sales | 944,053 |  | 264,016 |  | 1,208,069 | 3,099,686 |  | 264,016 |  | 3,363,702 |
| Gross Profit | 417,283 |  | -264,016 |  | 153,267 | -233,918 | 0 | -264,016 |  | -497,934 |
| **Operating Expenses** | | | | | | | | | | |
| Insurance - Other | 6,976 |  |  |  | 6,976 | 41,856 |  |  |  | 41,856 |
| Dock Watch | 5,891 |  |  |  | 5,891 | 56,982 |  |  |  | 56,982 |
| Inspection /Analysis Expense | 2,931 |  |  |  | 2,931 | 81,790 |  |  |  | 81,790 |
| Lab Expense | 4,075 |  |  |  | 4,075 | 88,292 |  |  |  | 88,292 |
| Natural Gas | 10,231 |  |  |  | 10,231 | 51,799 |  |  |  | 51,799 |
| Tank Expense | 139,605 |  |  |  | 139,605 | 837,680 |  |  |  | 837,680 |
| Total Operating Expenses | 169,709 |  | 0 |  | 169,709 | 1,158,399 |  | 0 |  | 1,158,399 |
| **General & Administrative Expenses** | | | | | | | | | | |
| Airplane Maintainence |  |  |  |  |  |  |  |  |  | 0 |
| Airplane Cleaning |  |  |  |  |  |  |  |  |  | 0 |
| Airplane Fees |  |  |  |  |  |  |  |  |  | 0 |
| Airplane Jet Fuel |  |  |  |  |  |  |  |  |  | 0 |
| Airplane Hanger Rent |  |  |  |  |  |  |  |  |  | 0 |
| Flight Training |  |  |  |  |  |  |  |  |  | 0 |
| Salaries and Wages | 118,754 |  |  |  | 118,754 | 687,337 |  |  |  | 687,337 |
| Salaries Bonuses | 8,000 |  |  |  | 8,000 | 24,000 |  |  |  | 24,000 |
| 401K Company Contribution | 5,153 |  |  |  | 5,153 | 27,409 |  |  |  | 27,409 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Payroll Taxes | 9,150 | | | | 9,150 | 53,689 | | | | 53,689 |
| Insurance - Health G&A | 23,612 | | | | 23,612 | 138,450 | | | | 138,450 |
| Insurance-Group Term Life | 985 | | | | 985 | 7,052 | | | | 7,052 |
| Insurance Other | | | | -1,885 | -1,885 | | | | 1,885 | 1,885 |
| Auto Expense | 3,558 | | | | 3,558 | 18,067 | | | | 18,067 |
| Business Promotion | | | | | 0 | 123,788 | | | | 123,788 |
| Bad Debt | | | | | | | | | | 0 |
| Bank Fees | 848 | | | | 848 | 5,290 | | | | 5,290 |
| Commissions | | | | | 0 | 15,100 | | | | 15,100 |
| Depreciation | | | | | | | | | | 0 |
| Donations | | | | | 0 | 8,398 | | | | 8,398 |
| Dues & Subscriptions | 5,408 | | | | 5,408 | 41,668 | | | | 41,668 |
| Goodwill Amortization | | | | | | | | | | 0 |
| Interest Expense | 8,558 | | | | | 18,594 | | | | 18,594 |
| Licenses, Fees & Permits | | | | | 0 | 3 | | | | 3 |
| Office Supplies and Expense | 1,452 | | | | 1,452 | 5,635 | | | | 5,635 |
| Computer Expense | 11,926 | | | | 11,926 | 23,394 | | | | 23,394 |
| Postage | | | | | | | | | | 0 |
| Professional Services | 17,228 | | | | 17,228 | 74,232 | | 1,075 | | 75,307 |
| Outside Services | 14,365 | | | | 14,365 | 75,948 | | | | 75,948 |
| Rental | | | | | 0 | 16,906 | | | | 16,906 |
| Sundry | 784 | | | | 784 | 47,524 | | | -100 | 47,424 |
| Taxes Other | 50 | | | 41 | 91 | 55,594 | | | 786 | 56,380 |
| Telephone | 3,544 | | | | 3,544 | 18,604 | | | | 18,604 |
| Travel & Lodging | 16,107 | | | | 16,107 | 126,979 | | | | 126,979 |
| Meals & Entertainment | 5,887 | | | | 5,887 | 39,877 | | | | 39,877 |
| Total General & Administrative Expenses | 255,369 | 0 | 0 | -1,844 | 244,967 | 1,653,538 | 0 | 1,075 | 2,571 | 1,657,184 |

**Other Income (Expense)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Prior Year Adjustment | | | | | 0 | | | | | 0 |
| Unrealized Gain(Loss) on Asset | | | | | 0 | | | | | 0 |
| Total Other Income (Expense) | 0 | 0 | | | 0 | 0 | 0 | | | 0 |
| | | | | | | | | | | |
| Income Before Taxes | -7,795 | 0 | -264,016 | 1,844 | -261,409 | -3,045,855 | 0 | -265,091 | -2,571 | -3,313,517 |

Gulf Coast Asphalt Company
Consolidated Income Statement

| | | Twelve Months Ended December 31, 2017 | | | |
|---|---|---|---|---|---|
| | GCAC | GCAC Holdings | GCAC Crude Gathering | AG Bullet | Total |
| **Revenues** | | | | | |
| Trading Sales | 28,323,729 | | | | 28,323,729 |
| Joint Venture Profits | 531,414 | | | | 531,414 |
| Asphalt Truck Rack | 8,184,508 | | | | 8,184,508 |
| Interest Income | 99,693 | | | | 99,693 |
| Gain on Sale of Asset | 397,508 | | | | 397,508 |
| Misc Income | 8,436 | | | | 8,436 |
| Net Revenues | 37,545,288 | | 0 | | 37,545,288 |
| **Cost of Sales** | | | | | |
| Freight Expense Ship/Barge | 2,728,028 | | 267,687 | | 2,995,715 |
| Freight Expense Trucks | 10,299 | | | | 10,299 |
| Purchases Hedges | 6,431,730 | | | | 6,431,730 |
| Purchase Polymers | 142,463 | | | | 142,463 |
| Purchases Asphalts | 7,468,559 | | | | 7,468,559 |
| Purchases VTB'S | 22,200,697 | | | | 22,200,697 |
| Total Cost of Sales | 38,981,776 | | 267,687 | | 39,249,463 |
| Gross Profit | -1,436,488 | | -267,687 | | -1,704,175 |
| **Operating Expenses** | | | | | |
| Insurance - Other | 88,170 | | | | 88,170 |
| Dock Watch | 92,092 | | | | 92,092 |
| Inspection /Analysis Expense Mobile | 243,944 | | | | 243,944 |
| Inspection /Analysis Expense Corpus | 22,127 | | | | 22,127 |
| Lab Expense | 124,109 | | | | 124,109 |
| Natural Gas | 118,067 | | | | 118,067 |
| Tank Expense Mobile | 1,675,360 | | | | 1,675,360 |
| Tank Expense Corpus | 2,155,563 | | | | 2,155,563 |
| Take or Pay Corpus | 454,563 | | | | 454,563 |
| Total Operating Expenses | 4,973,995 | | 0 | | 4,973,995 |
| **General & Administrative Expenses** | | | | | |
| Salaries and Wages | 1,655,067 | | | | 1,655,067 |
| Salaries Bonuses | 279,000 | | | | 279,000 |
| 401K Company Contribution | 58,113 | | | | 58,113 |
| Payroll Taxes | 109,121 | | | | 109,121 |
| Insurance - Health G&A | 278,174 | | | | 278,174 |
| Insurance-Group Term Life | 14,781 | | | | 14,781 |
| Insurance Other | | | | 1,884 | 1,884 |
| Auto Expense | 37,937 | | | 661 | 38,598 |
| Business Promotion | 249,409 | | | | 249,409 |
| Bad Debt | | | | | |
| Bank Fees | 9,701 | | | | 9,701 |
| Commissions | 57,272 | | | | 57,272 |
| Depreciation | | | | | |
| Donations | 13,398 | | | | 13,398 |
| Dues & Subscriptions | 61,374 | | | | 61,374 |
| Goodwill Amortization | 50,000 | | | | 50,000 |
| Interest Expense | 470,301 | | | | 470,301 |
| Licenses, Fees & Permits | 3 | | | | 3 |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Office Supplies and Expense | 36,624 | | | | 36,624 |
| Computer Expense | 36,671 | | | | 36,671 |
| Postage | | | | | |
| Professional Services | 198,630 | | 23,304 | | 221,934 |
| Outside Services | 83,004 | | | | 83,004 |
| Rental | 16,650 | | | | 16,650 |
| Sundry | 51,312 | | | -100 | 51,212 |
| Taxes Other | 63,393 | | | 519 | 63,912 |
| Telephone | 35,498 | | | | 35,498 |
| Travel & Lodging | 231,514 | | | | 231,514 |
| Meals & Entertainment | 91,381 | | | | 91,381 |
| Total General & Administrative Expenses | 4,188,328 | 0 | 23,304 | 2,964 | 4,214,596 |

**Other Income (Expense)**
| | | | | | |
|---|---:|---:|---:|---:|---:|
| Prior Year Adjustment | | | | | 0 |
| Unrealized Gain(Loss) on Asset | | | | | 0 |
| Total Other Income (Expense) | 0 | 0 | | | 0 |
| | | | | | |
| Income Before Taxes | -10,598,811 | 0 | -290,991 | -2,964 | -10,892,766 |