Gulf Coast Asphalt Company
Consolidated Balance Sheet
December 31, 2018

| | Gulf Coast Asphalt Co | GCAC Holdings LLC | Gulf Crude Gathering | AG Bullet | Eliminate | Consolidated |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| **Current Assets** | | | | | | |
| Cash | 133,804 | | 168 | 6,041 | | 140,013 |
| Accounts Receivable Trade | 1,302,806 | | | | | 1,302,806 |
| Accounts Receivable Trade Accrued | 500,000 | | | | | 500,000 |
| Accounts Receivable Employees | 328,546 | | | | | 328,546 |
| Accounts Receivable Trifinery Inc | 87,641 | | | | | 87,641 |
| Due From Shareholders | 6,246,338 | | | | | 6,246,338 |
| Prepaid | 29,142 | | | | | 29,142 |
| Total Current Assets | 8,628,277 | 0 | 168 | 6,041 | | 8,634,486 |
| | | | | | | |
| **Property Plant and Equipment** | 0 | | | | | 0 |
| Accumulated Depreciation | | | | | | 0 |
| Net Property Plant & Equipment | 0 | 0 | | | | 0 |
| | | | | | | |
| **Other Assets** | | | | | | |
| Deposits & Bonds | 107,000 | | | | | 107,000 |
| Due from Hermosa Energy | 60 | | | | | 60 |
| Investments/Loan GCAC Holdings | 4,183,753 | | | | 4,183,753 | 0 |
| Investment Gulf Coast Crude | 2,437,087 | | | | 2,437,087 | 0 |
| Investment AJ Bullet | 58,973 | | | | 58,973 | 0 |
| Deferred Debit | | | | | | 0 |
| Goodwill | 250,000 | | | | | 250,000 |
| Total Other Assets | 7,036,873 | 0 | | | 6,679,813 | 357,060 |
| | | | | | | |
| **Total Assets** | 15,665,150 | 0 | 168 | 6,041 | 6,679,813 | 8,991,546 |
| | | | | | | |
| **Liabilities and Equity** | | | | | | |
| **Current Liabilities** | | | | | | |
| Accounts Payable Trade | 2,085,541 | | 342,315 | | | 2,427,856 |
| Accounts Payable Accrued | 605,296 | | 699,659 | | | 1,304,955 |
| Accounts Payable Contigent Liability | 14,866,973 | | | | | 14,866,973 |
| Deferred Credit | | | | | | 0 |
| Prepaid Sales | | | 1,547,409 | | | 1,547,409 |
| Accounts Payable Product | | | | | | 0 |
| Total Current Liabilities | 17,557,810 | 0 | 2,589,383 | 0 | | 20,147,193 |
| | | | | | | |
| **Long Term Debt** | | | | | | |
| Member Shareholder Loan | 240,000 | 4,183,753 | 2,437,087 | 58,973 | 6,679,813 | 240,000 |
| Total Long Term Debt | 240,000 | 4,183,753 | 2,437,087 | 58,973 | 6,679,813 | 240,000 |
| | | | | | | |
| **Total Liabilities** | 17,797,810 | 4,183,753 | 5,026,470 | 58,973 | 6,679,813 | 20,387,193 |
| | | | | | | |
| **Members' Equity** | | | | | | |
| Retained Earnings | -1,992,966 | -4,183,753 | -5,026,302 | -33,755 | | -11,236,776 |
| Net Income | -139,694 | | | -19,177 | | -158,871 |
| Distributions | | | | | | 0 |
| Total Members' Equity | -2,132,660 | -4,183,753 | -5,026,302 | -52,932 | | -11,395,647 |
| | | | | | | |
| **Total Liabilities & Equity** | 15,665,150 | 0 | 168 | 6,041 | 6,679,813 | 8,991,546 |



VITOL EXHIBIT
81-181
Adv. No.: 21-06006 8/30/2022