11/19/2020 11:32 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 48248013
By: Kenya Kossie
Filed: 11/19/2020 11:32 AM

CAUSE NO. 2018-31578

| | |
|---|---|
| GULF COAST ASPHALT COMPANY, LLC<br>　　　　　*Plaintiff*<br><br>v.<br><br>VITOL INC.,<br>　　　　　*Defendant*<br><br>v.<br><br>ARTHUR J. BRASS AND TRIFINERY INC.,<br>　　　　　*Third-party Defendants* | IN THE DISTRICT COURT OF<br><br><br><br>HARRIS COUNTY, TEXAS<br><br><br><br>295TH JUDICIAL DISTRICT |

## AGREED FINAL JUDGMENT

On the date below, came to be heard this Agreed Final Judgment in the above-styled and numbered cause. The full names of the parties are Gulf Coast Asphalt Company, LLC ("GCAC"), Arthur J. Brass ("Brass"), Trifinery, Inc. ("Trifinery") (collectively the "Brass Parties"), and Vitol Inc. ("Vitol").

The Court has been informed that all matters have been resolved between and among the parties and that the parties have agreed that a final judgment, as set forth herein, should be entered disposing of all issues in this case. The Court, after reviewing all pleadings and materials before this Court, is of the opinion that this Agreed Final Judgment should be entered.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that a judgment be entered for Vitol against the Brass Parties, who are jointly and severally liable to Vitol, in the amount of $10,000,000 (ten million dollars and 00/100).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all writs and process for the enforcement and collection of this judgment may issue as necessary and that the



VITOL EXHIBIT
89
Adv. No.: 21-06006 8/30/2022

Officer, including deputies, charged with obeying the command of any such writ or process may do so by any reasonable means necessary to accomplish such task.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Vitol is entitled to post-judgment interest on said judgment to be computed at the rate of 5% per annum on the amount of the judgment, said interest to accrue as allowed by law from the date this judgment is signed until this judgment is satisfied.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Brass Parties shall bear the parties' court costs.

This is a final judgment, and disposes of all claims, requests for relief, and all parties. All relief not expressly granted in the final judgment is denied.

The Court retains jurisdiction to enforce this Agreed Final Judgment.

SIGNED this _____ day of _____, 2020.

                                                  Signed:
                                                11/20/2020 _____
                                                                       JUDGE PRESIDING

Unofficial Copy Office of Marilyn Burgess District Clerk

AGREED AS TO FORM, SUBSTANCE, AND ENTRY:

*/s/ William P. Maines*

William P. Maines
Neil E. Giles
HALL MAINES LUGRIN, P.C.
Williams Tower, 64th Floor
2800 Post Oak Blvd.
Houston, Texas 77056-6125
wmaines@hallmaineslugrin.com
ngiles@hallmaineslugrin.com
ATTORNEYS FOR PLAINTIFF AND
COUNTER-DEFENDANT
GULF COAST ASPHALT COMPANY, LLC

AGREED AS TO FORM, SUBSTANCE, AND ENTRY:

*/s/ Adam P. Schiffer*

Adam P. Schiffer
Schiffer Hicks Johnson, PLLC
700 Louisiana, Suite 2650
Houston, Texas 77002
aschiffer@shjlawfirm.com
adinnell@shjlawfirm.com
ATTORNEYS FOR THIRD-PARTY DEFENDANTS
ARTHUR J. BRASS AND TRIFINERY INC.

AGREED AS TO FORM, SUBSTANCE, AND ENTRY:

*/s/ Kenneth E. Broughton*

Kenneth E. Broughton
State Bar No. 03087250
Michael H. Bernick
State Bar No. 24078227
Reed Smith LLP
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone: 713.469.3800
Telecopier: 713.469.3899

kbroughton@reedsmith.com
mbernick@reedsmith.com
ATTORNEYS FOR DEFENDANT, COUNTER-PLAINTIFF,
AND THIRD-PARTY PLAINTIFF VITOL INC.

Unofficial Copy Office of Marilyn Burgess District Clerk