STATEMENT OF ACCOUNT

# IBERIABANK

```
GULF COAST ASPHALT COMPANY LLC          Date  1/31/17     Page    1
ASPHALT SALES ACCOUNT                   Account Number    *******8665
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                          0

```
Account Number              *******8665  Statement Dates  1/01/17 thru  1/31/17
Previous Balance              20,602.54  Days this Statement Period         31
    7 Deposits/Credits     1,143,409.32  Average Ledger              13,088.61
   10 Checks/Debits        1,155,557.28  Average Collected           12,935.38
Service Charge                      .00
Interest Paid                       .00
Current Balance              8,454.58
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 1/04 | Wire Transfer Credit<br>ARTHUR J BRASS<br>████████████<br>20170104K4QLE01C000444<br>20170104MMQFMP9H000523<br>01041544FT03 | 110,000.00 |
| 1/04 | Wire Transfer Credit<br>RIO ENERGY INTERNATIONAL, INC.<br>5718 WESTHEIMER<br>SUITE 1806<br>HOUSTON TX 77057-5780 //US<br>BNP PARIBAS U.S.A - NEW YORK B<br>NEW YORK,NY<br>UNITED STATES OF AMERICA<br>INV. 14105 - IC<br>20170104B1Q8201C002736<br>20170104MMQFMP9H000586<br>01041632FT03 | 161,659.32 |
| 1/17 | Transfer Credit | 2,000.00 |
| 1/17 | Wire Transfer Credit<br>RIO ENERGY INTERNATIONAL, INC. | 350,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

VITOL EXHIBIT

124.1

Adv. No.: 21-06006 8/30/2022

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|--|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                      $ _____

## TOTAL                                 $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                             $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



Member **FDIC**


EQUAL HOUSING
LENDER

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account at billing closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                    Date  1/31/17     Page    2
GULF COAST ASPHALT COMPANY LLC      Account Number   *******8665
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|  | 5718 WESTHEIMER | |
|  | SUITE 1806 | |
|  | HOUSTON TX 77057-5780 //US | |
|  | BNP PARIBAS U.S.A - NEW YORK B | |
|  | NEW YORK,NY | |
|  | UNITED STATES OF AMERICA | |
|  | PP1207 | |
|  | 20170117B1Q8201C004284 | |
|  | 20170117MMQFMP9H000677 | |
|  | 01171421FTO3 | |
| 1/18 | Transfer Credit | 15,000.00 |
| 1/27 | Transfer Credit | 500,000.00 |
| 1/31 | Remote DDA Deposit | 4,750.00 |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/03 | From DDA *8665,To DDA *8630 | 6,461.54- |
| 1/04 | Wire Transfer Debit | 3,000.00- |
|  | Finocchi & Associates | |
|  | 868 Marian Road | |
|  | Woodbury, N.J. 08096 | |
|  | WELLS FARGO NA | |
|  | 20170104MMQFMP9H000948 | |
|  | 20170104I1B7032R017195 | |
|  | 01041600FTO3 | |
| 1/04 | Wire Transfer Debit | 7,500.00- |
|  | John D Tomaszewski | |
|  | JPMCHASE TEXAS | |
|  | 20170104MMQFMP9H000953 | |
|  | 20170104B1QGC01R050985 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC                Date  1/31/17      Page    3
ASPHALT SALES ACCOUNT                         Account Number   *******8665
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 01041602FT03 | |
| 1/04 | From DDA *8665,To DDA *8630 | 35,870.74- |
| 1/05 | From DDA *8665,To DDA *8681,A/P | 233,398.67- |
| 1/12 | From DDA *8665,To DDA *8681 | 6,000.00- |
| 1/17 | Wire Transfer Debit | 350,000.00- |
| | ASPHALTSO TRADE SA | |
| | ACCT NO | |
| | USD:1N | |
| | WELLSFARGO NY INTL | |
| | 20170117MMQFMP9H001341 | |
| | 20170117B6B7001C010726 | |
| | 01171607FT03 | |
| 1/17 | P-CARD PMT IBERIA | 1,685.48- |
| | CCD   GULF COAST ASPHALT CB | |
| 1/19 | Wire Transfer Debit | 11,640.85- |
| | HOLMAN FENWICK WILLAN | |
| | WELLSFARGO NY INTL | |
| | 20170119MMQFMP9H000022 | |
| | 20170119B6B7001C001046 | |
| | 01190908FT03 | |
| 1/27 | Wire Transfer Debit | 500,000.00- |
| | Rio Energy International, Inc | |
| | 5718 Westheimer Suite 1806 | |
| | Houston, Texas 77057 | |
| | BQE NAT PARIS | |
| | 20170127MMQFMP9H001336 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000008

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  1/31/17      Page    4
                                          Account Number    *******8665
     GULF COAST ASPHALT COMPANY LLC
     ASPHALT SALES ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20170127B1Q8201C001364 | |
|      | 01271632FT03 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 20,602.54 | 1/12 | 30.91 | 1/27 | 3,704.58 |
| 1/03 | 14,141.00 | 1/17 | 345.43 | 1/31 | 8,454.58 |
| 1/04 | 239,429.58 | 1/18 | 15,345.43 | | |
| 1/05 | 6,030.91 | 1/19 | 3,704.58 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000009

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  2/28/17     Page    1
                                          Account Number   *******8665
    GULF COAST ASPHALT COMPANY LLC
    ASPHALT SALES ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
    -------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS** 0

```
Account Number           *******8665  Statement Dates   2/01/17 thru 2/28/17
Previous Balance            8,454.58   Days this Statement Period         28
    5 Deposits/Credits    536,711.20   Average Ledger              27,629.46
   13 Checks/Debits       499,760.10   Average Collected           26,663.39
Service Charge                   .00
Interest Paid                    .00
Current Balance            45,405.68
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | Wire Transfer Credit | 161,659.32 |
|      | RIO ENERGY INTERNATIONAL, INC. | |
|      | 5718 WESTHEIMER | |
|      | SUITE 1806 | |
|      | HOUSTON TX 77057-5780 //US | |
|      | BNP PARIBAS U.S.A - NEW YORK B | |
|      | NEW YORK,NY | |
|      | UNITED STATES OF AMERICA | |
|      | INV. 14132 - IC | |
|      | 20170201B1Q8201C002476 | |
|      | 20170201MMQFMP9H000508 | |
|      | 02011352FT03 | |
| 2/07 | Wire Transfer Credit | 24,000.84 |
|      | THE TICKET EXPERIENCE LLC | |
|      | MASTER BILLING ACCOUNT | |
|      | 3311 WEST ALABAMA,SUITE 200 | |
|      | HOUSTON, TX | |
|      | 20170207B6B7HU3R008473 | |
|      | 20170207MMQFMP9H000344 | |
|      | 02071443FT03 | |
| 2/22 | Remote DDA Deposit | 27,050.20 |
| 2/27 | Wire Transfer Credit | 24,000.84 |
|      | THE TICKET EXPERIENCE LLC | |

Debtor000011

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING                         $ _____

## BALANCE                                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

 **Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 **EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account at your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
•   Your name and account number.
•   The dollar amount of the suspected error.
•   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                      Date  2/28/17     Page    2
     GULF COAST ASPHALT COMPANY LLC   Account Number   *******8665
     ASPHALT SALES ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|      | DBA EVENTELLECT MASTER BILLING | |
|      | 3311 WEST ALABAMA,SUITE 200 | |
|      | HOUSTON, TX | |
|      | 20170227B6B7HU4R011408 | |
|      | 20170227MMQFMP9H000725 | |
|      | 02271434FT03 | |
| 2/27 | Wire Transfer Credit | 300,000.00 |
|      | GULF COAST ASPHALT COMPANY LLC | |
|      | 1990 POST OAK BLVD | |
|      | 24TH FLOOR | |
|      | HOUSTON TX 770563818 | |
|      | 20170227B1Q8021C039866 | |
|      | 20170227MMQFMP9H000941 | |
|      | 02271644FT03 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | Wire Transfer Debit | 3,000.00- |
|      | Finocchi & Associates | |
|      | 868 Marian Road | |
|      | Woodbury, N.J. 08096 | |
|      | WELLS FARGO NA | |
|      | 20170201MMQFMP9H001246 | |
|      | 20170201I1B7031R019656 | |
|      | 02011532FT03 | |
| 2/01 | Wire Transfer Debit | 7,500.00- |
|      | John D Tomaszewski | |
|      | JPMCHASE TEXAS | |
|      | 20170201MMQFMP9H000278 | |
|      | 20170201B1QGC01R021872 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000013

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                                Date  2/28/17      Page    3
    GULF COAST ASPHALT COMPANY LLC              Account Number    *******8665
    ASPHALT SALES ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 02011026FT03 | |
| 2/01 | From DDA *8665,To DDA *8630 | 5,505.47- |
| 2/01 | From DDA *8665,To DDA *8630 | 50,585.68- |
| 2/01 | From DDA *8665,To DDA *8681 | 91,722.05- |
| 2/06 | From DDA *8665,To DDA *8630 | 185.00- |
| 2/09 | Wire Transfer Debit | 9,007.50- |
| | ANCO INSURANCE SERVICES HOUSTO | |
| | THREE MEMORIAL CITY PLAZA | |
| | 9811 KATY FREEWAY SUITE 500 | |
| | HOUSTON. TEXAS 77024 | |
| | BK AMER NYC | |
| | 20170209MMQFMP9H000461 | |
| | 20170209B6B7HU4R006896 | |
| | 02091312FT03 | |
| 2/14 | P-CARD PMT IBERIA | 545.54- |
| | CCD   GULF COAST ASPHALT CB | |
| 2/23 | From DDA *8665,To DDA *8630,Pa | 26,150.20- |
| | yroll | |
| 2/27 | Wire Transfer Debit | 267,118.07- |
| | Rio Energy International, Inc | |
| | 5718 Westheimer Suite 1806 | |
| | Houston, Texas 77057 | |
| | BQE NAT PARIS | |
| | 20170227MMQFMP9H001392 | |
| | 20170227B1Q8201C001578 | |
| | 02271648FT03 | |
| 2/28 | From DDA *8665,To DDA *8630,3- | 1,025.83- |
| | 3-17 | |
| 2/28 | From DDA *8665,To DDA *8681,A/ | 17,595.77- |
| | P | |
| 2/28 | From DDA *8665,To DDA *8630,3- | 19,818.99- |
| | 3-17 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000014

STATEMENT OF ACCOUNT

# iBERIABANK

Date  2/28/17     Page     4
Account Number   *******8665

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 11,800.70 | 2/09 | 26,609.04 | 2/23 | 26,963.50 |
| 2/06 | 11,615.70 | 2/14 | 26,063.50 | 2/27 | 83,846.27 |
| 2/07 | 35,616.54 | 2/22 | 53,113.70 | 2/28 | 45,405.68 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000015

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  3/31/17      Page   1
     GULF COAST ASPHALT COMPANY LLC       Account Number    *******8665
     ASPHALT SALES ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
    -------------------------- CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8665  Statement Dates  3/01/17 thru  4/02/17
Previous Balance              45,405.68  Days this Statement Period           33
    7 Deposits/Credits     1,390,435.11  Average Ledger              131,194.02
   18 Checks/Debits        1,407,988.76  Average Collected           131,194.02
Service Charge                      .00
Interest Paid                       .00
Current Balance               27,852.03
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | Wire Transfer Credit | 161,659.32 |
| | RIO ENERGY INTERNATIONAL, INC. | |
| | 5718 WESTHEIMER | |
| | SUITE 1806 | |
| | HOUSTON TX 77057-5780 //US | |
| | BNP PARIBAS U.S.A - NEW YORK B | |
| | NEW YORK,NY | |
| | UNITED STATES OF AMERICA | |
| | INV. 14153 - IC | |
| | 20170301B1Q8201C002905 | |
| | 20170301MMQFMP9H000826 | |
| | 03011628FT03 | |
| 3/03 | Wire Transfer Credit | 8,465.63 |
| | CHVMARINEPRODUCTLLC-INTL | |
| | 6001 BOLLINGER CANYON ROAD | |
| | BUILDING E 2ND FLOOR SAN RAMON | |
| | CALIFORNIA 94583 | |
| | IV:13960 | |
| | 20170303B1Q8021C011723 | |
| | 20170303MMQFMP9H000021 | |
| | 03030306FT03 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000017

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                           $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                    $ _____

## TOTAL                                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING                          $ _____

## BALANCE                                  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line (including current transactions). If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/31/17     Page     2
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 3/03 | Wire Transfer Credit | 34,650.00 |
|      | CHVMARINEPRODUCTLLC-INTL | |
|      | 6001 BOLLINGER CANYON ROAD | |
|      | BUILDING E 2ND FLOOR SAN RAMON | |
|      | CALIFORNIA 94583 | |
|      | IV:13962 | |
|      | █████████████ ) | |
|      | 20170303B1Q8021C015959 | |
|      | 20170303MMQFMP9H000041 | |
|      | 03030707FT03 | |
| 3/16 | Wire Transfer Credit | 1,000,000.00 |
|      | JOYCE M. BRASS | |
|      | ██████████████████ | |
|      | 20170316B1QGC02C009165 | |
|      | 20170316MMQFMP9H000638 | |
|      | 03161639FT03 | |
| 3/24 | Transfer Credit | 16,659.32 |
| 3/24 | Transfer Credit | 145,000.00 |
| 3/31 | Wire Transfer Credit | 24,000.84 |
|      | THE TICKET EXPERIENCE LLC | |
|      | 3311 W ALABAMA STE 200 | |
|      | HOUSTON TX 77098 | |
|      | REF# EVENTELLECT 3.30 | |
|      | 20170331K4QLA01C001334 | |
|      | 20170331MMQFMP9H000830 | |
|      | 03311327FT03 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | Wire Transfer Debit | 3,000.00- |
|      | Finocchi & Associates | |
|      | ████████████████ | |
|      | 868 Marian Road | |
|      | Woodbury, N.J. 08096 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

```
Date  3/31/17      Page    3
Account Number    *******8665
```

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | WELLS FARGO NA<br>20170301MMQFMP9H001105<br>20170301I1B7031R018755<br>03011433FTO3 | |
| 3/01 | Wire Transfer Debit<br>John D Tomaszewski | 7,500.00- |
| | JPMCHASE TEXAS<br>20170301MMQFMP9H000994<br>20170301B1QGC01R046156<br>03011341FTO3 | |
| 3/01 | From DDA *8665,To DDA *8681,A/<br>P | 155,000.00- |
| 3/03 | From DDA *8665,To DDA *8630 | 49,000.00- |
| 3/06 | Wire Transfer Debit<br>HOLMAN FENWICK WILLAN | 1,268.80- |
| | WELLSFARGO NY INTL<br>20170306MMQFMP9H001165<br>20170306B6B7001C009074<br>03061643FTO3 | |
| 3/09 | From DDA *8665,To DDA *8630,P/<br>R 3/17/17 | 1,000.00- |
| 3/14 | P-CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 1,627.40- |
| 3/16 | Wire Transfer Debit<br>Rio Energy International, Inc | 600,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000020

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/31/17     Page    4
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ▮▮▮▮▮▮▮▮▮▮ | |
| | BQE NAT PARIS | |
| | 20170316MMQFMP9H001294 | |
| | 20170316B1Q8201C001402 | |
| | 03161642FT03 | |
| 3/16 | From DDA *8665,To DDA *8681 | 1,000.00- |
| 3/17 | Wire Transfer Debit | 12,000.00- |
| | Arthur J Brass | |
| | ▮▮▮▮▮▮▮▮▮▮ | |
| | IBC LAREDO | |
| | 20170317MMQFMP9H001025 | |
| | 20170317K4QLE01C000862 | |
| | 03171448FT03 | |
| 3/21 | From DDA *8665,To DDA *8681 | 175,000.00- |
| 3/24 | From DDA *8665,To DDA *8681,BC | 39,472.07- |
| | BS/Cutting/AJB | |
| 3/24 | From DDA *8665,To DDA *8630,PR | 50,000.00- |
| | 3/31/17 | |
| 3/24 | From DDA *8665,To DDA *8681,Ar | 139,605.00- |
| | c Ck 24902 | |
| 3/27 | Wire Transfer Debit | 20,000.00- |
| | Arthur J Brass | |
| | ▮▮▮▮▮▮▮▮▮▮ | |
| | IBC LAREDO | |
| | 20170327MMQFMP9H000694 | |
| | 20170327K4QLE01C000514 | |
| | 03271323FT03 | |
| 3/29 | From DDA *8665,To DDA *8681 | 135,015.49- |
| 3/31 | Wire Transfer Debit | 7,500.00- |
| | John D Tomaszewski | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                      Date  3/31/17      Page    5
    GULF COAST ASPHALT COMPANY LLC    Account Number   *******8665
    ASPHALT SALES ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ████████████████ | |
| | JPMCHASE TEXAS | |
| | 20170331MMQFMP9H000354 | |
| | 20170331B1QGC01R026773 | |
| | 03311014FT03 | |
| 3/31 | From DDA *8665,To DDA *8681 | 10,000.00- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/01 | 41,565.00 | 3/14 | 31,784.43 | 3/24 | 176,366.68 |
| 3/03 | 35,680.63 | 3/16 | 430,784.43 | 3/27 | 156,366.68 |
| 3/06 | 34,411.83 | 3/17 | 418,784.43 | 3/29 | 21,351.19 |
| 3/09 | 33,411.83 | 3/21 | 243,784.43 | 3/31 | 27,852.03 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000022

# IBERIABANK

**NOTICE OF CHANGE -** We are providing you with notice of changes to the Terms and Conditions of your account with us followed by a notice of a change to the Visa® zero liability rule.

Effective 21 calendar days after we send this notice to you, your account(s) shall be governed by the following Terms and Conditions. Continued use of your account(s) after receipt of these Terms and Conditions constitutes acceptance of, and agreement to, the Terms and Conditions.

## TERMS AND CONDITIONS
## OF YOUR ACCOUNT

**AGREEMENT -** This document, along with any other documents we give you pertaining to your account(s), is a contract that establishes rules which control your account(s) with us. Please read this carefully and retain it for future reference. If you sign the signature card or open or continue to use the account, you agree to these rules. You will receive a separate schedule of rates, qualifying balances, and fees if they are not included in this document. If you have any questions, please call us.

Your account is governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state in which the branch office where you opened your account is located. If you did not open your account in person at a branch office, but through the mail, by phone, or over the internet and you reside, or maintain a residence, in a state where the Bank operates a branch office, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state where the branch office is located. If you do not reside, or maintain a residence in a state where the Bank operates a branch office and you opened your account through the mail, by phone, or over the internet, your account will be governed by the terms of this Agreement, the laws and regulations of the United States and, to the extent state law is applicable, the laws of the state of Louisiana. These choice of law provisions are to apply without giving effect to any choice of law rules that may require the application of the laws of another jurisdiction. The body of state and federal law that governs our relationship with you, however, is too large and complex to be reproduced here. The purpose of this document is to:

(1) summarize some laws that apply to common transactions;

(2) establish rules to cover transactions or events which the law does not regulate;

(3) establish rules for certain transactions or events which the law regulates but permits variation by agreement; and

(4) give you disclosures of some of our policies to which you may be entitled or in which you may be interested.

If any provision of this document is found to be unenforceable according to its terms, all remaining provisions will continue in full force and effect. We may permit some variations from our standard agreement, but we must agree to any variation in writing either on the signature card for your account or in some other document. Nothing in this document is intended to vary our duty to act in good faith and with ordinary care when required by law.

As used in this document the words "we," "our," and "us" mean the financial institution and the words "you" and "your" mean the account holder(s) and anyone else with the authority to deposit, withdraw, or exercise control over the funds in the account. However, this agreement does not intend, and the terms "you" and "your" should not be interpreted, to expand an individual's responsibility for an organization's liability. If this account is owned by a corporation, partnership or other organization, individual liability is determined by the laws generally applicable to that type of organization. The headings in this document are for convenience or reference only and will not govern the interpretation of the provisions. Unless it would be inconsistent to do so, words and phrases used in this document should be construed so the singular includes the plural and the plural includes the singular. Throughout this document, when a provision is identified as being applicable to a certain state (for example, "in Louisiana"), it means that the provision is only applicable if your account is held at a branch located in that particular state. Any provision which is not described as applying to a particular state, applies to your account.

In Louisiana, Alabama, Florida, and Texas, "Party" means a person who, by the terms of an account, has a present right, subject to request, to payment from the account other than as a beneficiary or agent.

**In Louisiana, LIABILITY-** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (in solido) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs

and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**In Alabama, Arkansas, Florida, Georgia, Tennessee, and Texas, LIABILITY -** You agree, for yourself (and the person or entity you represent if you sign as a representative of another) to the terms of this account and the schedule of charges. You authorize us to deduct these charges, without notice to you, directly from the account balance as accrued. You will pay any additional reasonable charges for services you request which are not covered by this agreement.

Each of you also agrees to be jointly and severally (individually) liable for any account shortage resulting from charges or overdrafts, whether caused by you or another with access to this account. This liability is due immediately, and can be deducted directly from the account balance whenever sufficient funds are available. You have no right to defer payment of this liability, and you are liable regardless of whether you signed the item or benefited from the charge or overdraft.

You will be liable for our costs as well as for our reasonable attorneys' fees, to the extent permitted by law, whether incurred as a result of collection or in any other dispute involving your account. This includes, but is not limited to, disputes between you and another joint owner; you and an authorized signer or similar party; or a third party claiming an interest in your account. This also includes any action that you or a third party takes regarding the account that causes us, in good faith, to seek the advice of an attorney, whether or not we become involved in the dispute. All costs and attorneys' fees can be deducted from your account when they are incurred, without notice to you.

**DEPOSITS -** We will give only provisional credit until collection is final for any items, other than cash, we accept for deposit (including items drawn "on us"). Before settlement of any item becomes final, we act only as your agent, regardless of the form of indorsement or lack of indorsement on the item and even though we provide you provisional credit for the item. We may reverse any provisional credit for items that are lost, stolen, or returned. Unless prohibited by law, we also reserve the right to charge back to your account the amount of any item deposited to your account or cashed for you which was initially paid by the payor bank and which is later returned to us due to an allegedly forged, unauthorized or missing indorsement, claim of alteration, encoding error or other problem which in our judgment justifies reversal of credit. You authorize us to attempt to collect previously returned items without giving you notice, and in attempting to collect we may permit the payor bank to hold an item beyond the midnight deadline. Actual credit for deposits of, or payable in, foreign currency will be at the exchange rate in effect on final collection in U.S. dollars. We are not responsible for transactions by mail or outside depository until we actually record them. If you deliver a deposit to us and you will not be present when the deposit is counted, you must provide us an itemized list of the deposit (deposit slip). To process the deposit, we will verify and record the deposit, and credit the deposit to the account. If there are any discrepancies between the amounts shown on the itemized list of the deposit and the amount we determine to be the actual deposit, we will notify you of the discrepancy. You will be entitled to credit only for the actual deposit as determined by us, regardless of what is stated on the itemized deposit slip. We will treat and record all transactions received after our "daily cutoff time" on a business day we are open, or received on a day we are not open for business, as if initiated on the next business day that we are open. At our option, we may take an item for collection rather than for deposit. If we accept a third-party check for deposit, we may require any third-party indorsers to verify or guarantee their indorsements, or indorse in our presence.

## WITHDRAWALS -

**Generally -** Unless clearly indicated otherwise on the account records, any of you, acting alone, who signs to open the account or has authority to make withdrawals may withdraw or transfer all or any part of the account balance at any time. Each of you (until we receive written notice to the contrary) authorizes each other person who signs or has authority to make withdrawals to indorse any item payable to you or your order for deposit to this account or any other transaction with us.

**Postdated checks -** A postdated check is one which bears a date later than the date on which the check is written. We may properly pay and charge your account for a postdated check even though payment was made before the date of the check, unless we have received written notice of the postdating in time to have a reasonable opportunity to act. Because we process checks mechanically, your notice will not be effective and we will not be liable for failing to honor your notice unless it precisely identifies the number, date, amount and payee of the item.

**Checks and withdrawal rules -** If you do not purchase your check blanks from us, you must be certain that we approve the check blanks you purchase. We may refuse any withdrawal or transfer request which you attempt on forms not approved by us or by any method we do not specifically permit. We may refuse any withdrawal or transfer request which is greater in number than the frequency permitted, or which is for an amount greater or less than any withdrawal limitations. We will use the date the transaction is completed by us (as opposed to the date you initiate it) to apply the frequency limitations. In addition, we may place limitations on the account until your identity is verified.

Even if we honor a nonconforming request, we are not required to do so later. If you violate the stated transaction limitations (if any), in our discretion we may close your account or reclassify it as a transaction account. If we reclassify your account, your account will be subject to the fees and earnings rules of the new account classification.

If we are presented with an item drawn against your account that would be a "substitute check," as defined by law, but for an error or defect in the item introduced in the substitute check creation process, you agree that we may pay such item.

Debtor000023

See the funds availability policy disclosure for information about when you can withdraw funds you deposit. For those accounts to which our funds availability policy disclosure does not apply, you can ask us when you make a deposit when those funds will be available for withdrawal. An item may be returned after the funds from the deposit of that item are made available for withdrawal. In that case, we will reverse the credit of the item. We may determine the amount of available funds in your account for the purpose of deciding whether to return an item for insufficient funds at any time between the time we receive the item and when we return the item or send a notice in lieu of return. We need only make one determination, but if we choose to make a subsequent determination, the account balance at the subsequent time will determine whether there are insufficient available funds.

**A temporary debit authorization hold affects your account balance -** On debit card purchases, merchants may request a temporary hold on your account for a specified sum of money, which may be more than the actual amount of your purchase. When this happens, our processing system cannot determine that the amount of the hold exceeds the actual amount of your purchase. This temporary hold, and the amount charged to your account, will eventually be adjusted to the actual amount of your purchase, but it may be up to three days before the adjustment is made. Until the adjustment is made, the amount of funds in your account available for other transactions will be reduced by the amount of the temporary hold. If another transaction is presented for payment in an amount greater than the funds left after the deduction of the temporary hold amount, that transaction will be a nonsufficient funds (NSF) transaction if we do not pay it or an overdraft transaction if we do pay it. You will be charged an NSF or overdraft fee according to our NSF or overdraft fee policy. You will be charged the fee even if you would have had sufficient funds in your account if the amount of the hold had been equal to the amount of your purchase.

Here is an example of how this can occur – assume for this example the following: (1) you have opted-in to our overdraft services for the payment of overdrafts on ATM and everyday debit card transactions, (2) we pay the overdraft, and (3) our overdraft fee is $35 per overdraft, but we do not charge the overdraft fee if the transaction overdraws the account by less than $10.

You have $120 in your account. You swipe your card at the card reader on a gasoline pump. Since it is unclear what the final bill will be, the gas station's processing system immediately requests a hold on your account in a specified amount, for example, $80. Our processing system authorizes a temporary hold on your account in the amount of $80, and the gas station's processing system authorizes you to begin pumping gas. You fill your tank and the amount of gasoline you purchased is only $50. Our processing system shows that you have $40 in your account available for other transactions ($120 - $80 = $40) even though you would have $70 in your account available for other transactions if the amount of the temporary hold was equal to the amount of your purchase ($120 - $50 = $70). Later, another transaction you have authorized is presented for payment from your account in the amount of $60 (this could be a check you have written, another debit card transaction, an ACH debit or any other kind of payment request). This other transaction is presented before the amount of the temporary hold is adjusted to the amount of your purchase (remember, it may take up to three days for the adjustment to be made). Because the amount of this other transaction is greater than the amount our processing system shows is available in your account, our payment of this transaction will result in an overdraft transaction. Because the transaction overdraws your account by $20, your account will be assessed the overdraft fee of $35 according to our overdraft fee policy. You will be charged this $35 fee according to our policy even though you would have had enough money in your account to cover the $60 transaction if your account had only been debited the amount of your purchase rather than the amount of the temporary hold or if the temporary hold had already been adjusted to the actual amount of your purchase.

**Overdrafts -** You understand that we may, at our discretion, honor withdrawal requests that overdraw your account. However, the fact that we may honor withdrawal requests that overdraw the account balance does not obligate us to do so later. So you can NOT rely on us to pay overdrafts on your account regardless of how frequently or under what circumstances we have paid overdrafts on your account in the past. We can change our practice of paying overdrafts on your account without notice to you. You can ask us if we have other account services that might be available to you where we commit to paying overdrafts under certain circumstances, such as an overdraft protection line-of-credit or a plan to sweep funds from another account you have with us. You agree that we may charge fees for overdrafts. For consumer accounts, we will not charge fees for overdrafts caused by ATM withdrawals or one-time debit card transactions if you have not opted-in to that service. We may use subsequent deposits, including direct deposits of social security or other government benefits, to cover such overdrafts and overdraft fees.

**Multiple signatures, electronic check conversion, and similar transactions -** An electronic check conversion transaction is a transaction where a check or similar item is converted into an electronic fund transfer as defined in the Electronic Fund Transfers regulation. In these types of transactions the check or similar item is either removed from circulation (truncated) or given back to you. As a result, we have no opportunity to review the check to examine the signatures on the item. You agree that, as to these or any items as to which we have no opportunity to examine the signatures, you waive any requirement of multiple signatures.

**Notice of withdrawal -** We reserve the right to require not less than 7 days' notice in writing before each withdrawal from an interest-bearing account other than a time deposit or demand deposit, or from any other savings account as defined by Regulation D. (The law requires us to reserve this right, but it is not our general policy to use it.) Withdrawals from a time account prior to maturity or prior to any notice period may be restricted and may be subject to penalty. See your notice of penalty for early withdrawal.

**In Louisiana, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as

to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.
**Individual Account -** is an account in the name of one person.
**Joint Account -** This is an account in the names of two or more persons. Any one of such persons, acting alone, has complete access to the account. Upon the death of any party to such account, we are permitted to pay the account balance to the surviving parties, but this authority protects us only. The surviving joint parties may be liable to the heirs, legatees, or creditors of the deceased party to the extent the funds withdrawn by the survivors were owed to the deceased. If any party to a joint account sends notice to us to prevent withdrawals from the account by another party or parties, we may require the party to withdraw the balance and close the account or we may refuse to allow any further withdrawals from the account except upon the written consent of all parties to it. The remedy we choose is entirely at our discretion.
**Revocable Trust or Pay-on-Death Account -** If two or more of you create such an account, you own the account jointly and the respective interests of each of you shall be deemed equal, unless otherwise stated in our account records. Beneficiaries acquire the right to withdraw only if: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, unless otherwise stated in our account records. The person(s) creating either of these account types reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.
**In Alabama, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.
**Single-Party Account -** Such an account is owned by one party.
**Multiple-Party Account -** Parties own account during the lifetime of all parties in proportion to their net contributions, unless there is clear and convincing evidence of a different intent.
**In Alabama, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.
**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to surviving parties. If two or more parties survive and one is the surviving spouse of the deceased party, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving spouse. If two or more parties survive and none is the spouse of the decedent, the amount to which the deceased party, immediately before death, was beneficially entitled by law belongs to the surviving parties in equal shares, and augments the proportion to which each surviving party, immediately before the deceased party's death, was beneficially entitled under law, and the right of survivorship continues between the surviving parties.
**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.
**Single-Party Account With Pay-on-Death Designation -** At death of party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.
**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.
**In Arkansas, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.
**Individual Account -** is an account in the name of one person.
**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.
**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.
**Pay-On-Death Account -** If two or more of you create such an account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, such beneficiaries will own this account in equal shares, with right of survivorship. The person(s) creating this account type reserves the right to: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.
**In Florida, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.
**Single-Party Account -** Such an account is owned by one party.
**Multiple-Party Account -** Such an account is payable on request to one or more of two or more parties, whether or not a right of survivorship is mentioned.

2

**Multiple-Party Account - Tenancy by the Entireties -** The account is owned by two parties who are married to each other and hold the account as tenants by the entirety.

**In Florida, RIGHTS AT DEATH - Single-Party Account -** At the death of a party, ownership passes as part of the party's estate.

**Multiple-Party Account With Right of Survivorship -** At death of party, ownership passes to the surviving party or parties.

**Multiple-Party Account Without Right of Survivorship -** At death of party, deceased party's ownership passes as part of deceased party's estate.

**Single-Party Account With Pay-on-Death Designation -** At death of the party, ownership passes to the designated pay-on-death beneficiaries and is not part of the party's estate.

**Multiple-Party Account With Right of Survivorship and Pay-on-Death Designation -** At death of last surviving party, ownership passes to the designated pay-on-death beneficiaries and is not part of the last surviving party's estate.

**In Georgia and Tennessee, OWNERSHIP OF ACCOUNT AND BENEFICIARY DESIGNATION -** These rules apply to this account depending on the form of ownership and beneficiary designation, if any, specified on the account records. We make no representations as to the appropriateness or effect of the ownership and beneficiary designations, except as they determine to whom we pay the account funds.

**Individual Account -** is an account in the name of one person.

**Joint Account - With Survivorship (And Not As Tenants In Common) -** is an account in the name of two or more persons. Each of you intend that when you die the balance in the account (subject to any previous pledge to which we have agreed) will belong to the survivor(s). If two or more of you survive, you will own the balance in the account as joint tenants with survivorship and not as tenants in common.

**Joint Account - No Survivorship (As Tenants In Common) -** is owned by two or more persons, but none of you intend (merely by opening this account) to create any right of survivorship in any other person. We encourage you to agree and tell us in writing of the percentage of the deposit contributed by each of you. This information will not, however, affect the "number of signatures" necessary for withdrawal.

**Revocable Trust or Pay-On-Death Account -** If two or more of you create this type of account, you own the account jointly with survivorship. Beneficiaries cannot withdraw unless: (1) all persons creating the account die, and (2) the beneficiary is then living. If two or more beneficiaries are named and survive the death of all persons creating the account, beneficiaries will own this account in equal shares, without right of survivorship. The person(s) creating either of these account types may: (1) change beneficiaries, (2) change account types, and (3) withdraw all or part of the account funds at any time.

**In Texas, UNIFORM SINGLE-PARTY OR MULTIPLE-PARTY ACCOUNT SELECTION FORM NOTICE -** The type of account you select may determine how property passes on your death. Your will may not control the disposition of funds held in some of the following accounts. You may choose to designate one or more convenience signers on an account, even if the account is not a convenience account. A designated convenience signer may make transactions on your behalf during your lifetime, but does not own the account during your lifetime. The designated convenience signer owns the account on your death only if the convenience signer is also designated as a P.O.D. payee or trust account beneficiary.

**Single-Party Account Without "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Single-Party Account With "P.O.D." (Payable on Death) Designation -** The party to the account owns the account. On the death of the party, ownership of the account passes to the P.O.D. beneficiaries of the account. The account is not a part of the party's estate.

**Multiple-Party Account Without Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes as a part of the party's estate under the party's will or by intestacy.

**Multiple-Party Account With Right of Survivorship -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of a party, the party's ownership of the account passes to the surviving parties.

**Multiple-Party Account With Right of Survivorship and "P.O.D." (Payable on Death) Designation -** The parties to the account own the account in proportion to the parties' net contributions to the account. The financial institution may pay any sum in the account to a party at any time. On the death of the last surviving party, the ownership of the account passes to the P.O.D. beneficiaries.

**Convenience Account -** The parties to the account own the account. One or more convenience signers to the account may make account transactions for a party. A convenience signer does not own the account. On the death of the last surviving party, ownership of the account passes as a part of the last surviving party's estate under the last surviving party's will or by intestacy. The financial institution may pay funds in the account to a convenience signer before the financial institution receives notice of the death of the last surviving party. The payment to a convenience signer does not affect the parties' ownership of the account.

**Trust Account -** The parties named as trustees to the account own the account in proportion to the parties' net contributions to the account. A trustee may withdraw funds from the account. A beneficiary may not withdraw funds from the account before all trustees are deceased. On the death of the last surviving trustee, the ownership of the account passes to the beneficiary. The trust account is not a part of a trustee's estate and does not pass under the trustee's will or by intestacy, unless the trustee survives all of the beneficiaries and all other trustees.

**BUSINESS, ORGANIZATION AND ASSOCIATION ACCOUNTS -** Earnings in the form of interest, dividends, or credits will be paid only on collected funds, unless otherwise provided by law or our policy. You represent that you have the authority to open and conduct business on this account on behalf of the entity. We may require the governing body of the entity opening the account to give us a separate authorization telling us who is authorized to act on its behalf. We will honor the authorization until we actually receive written notice of a change from the governing body of the entity.

**In Louisiana, Alabama, Georgia, and Tennessee, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Generally, if your stop-payment order is given to us in writing it is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if you do not confirm your order in writing within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Florida, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law, it must be made in a signed and dated writing, and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Arkansas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law and we must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee. You may stop payment on any item drawn on your account whether you sign the item or not. Your stop payment order is effective for six months if it is given to us in writing or by another type of record (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. If the original stop-payment order was oral your stop-payment order will lapse after 14 calendar days if it is not confirmed in writing or by another type of record within that time period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

Debtor000025

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**In Texas, STOP PAYMENTS -** Unless otherwise provided, the rules in this section cover stopping payment of items such as checks and drafts. Rules for stopping payment of other types of transfers of funds, such as consumer electronic fund transfers, may be established by law or our policy. If we have not disclosed these rules to you elsewhere, you may ask us about those rules.

We may accept an order to stop payment on any item from any one of you. You must make any stop-payment order in the manner required by law; it must be made in a dated, authenticated record that describes the item with certainty. (Generally, a "record" is information that is stored in such a way that it can be retrieved and can be heard or read and understood – you can ask us what type of stop payment records you can give us). We must receive it in time to give us a reasonable opportunity to act on it before our stop-payment cutoff time. Because stop-payment orders are handled by computers, to be effective, your stop-payment order must precisely identify the number, date, and amount of the item, and the payee.

You may stop payment on any item drawn on your account whether you sign the item or not. Your stop-payment order is effective for six months. Your order will lapse after that time if you do not renew the order in writing before the end of the six-month period. We are not obligated to notify you when a stop-payment order expires. A release of the stop-payment request may be made only by the person who initiated the stop-payment order.

If you stop payment on an item and we incur any damages or expenses because of the stop payment, you agree to indemnify us for those damages or expenses, including attorneys' fees. You assign to us all rights against the payee or any other holder of the item. You agree to cooperate with us in any legal actions that we may take against such persons. You should be aware that anyone holding the item may be entitled to enforce payment against you despite the stop-payment order.

Our stop-payment cutoff time is one hour after the opening of the next banking day after the banking day on which we receive the item. Additional limitations on our obligation to stop payment are provided by law (e.g., we paid the item in cash or we certified the item).

**TELEPHONE TRANSFERS -** A telephone transfer of funds from this account to another account with us, if otherwise arranged for or permitted, may be made by the same persons and under the same conditions generally applicable to withdrawals made in writing. Unless a different limitation is disclosed in writing, we restrict the number of transfers from a savings account to another account or to third parties, to a maximum of six per month (less the number of "preauthorized transfers" during the month). Other account transfer restrictions may be described elsewhere.

**AMENDMENTS AND TERMINATION -** We may change any term of this agreement. Rules governing changes in interest rates are provided separately in the Truth-in-Savings disclosure or in another document. For other changes, we will give you reasonable notice in writing or by any other method permitted by law. We may also close this account at any time upon reasonable notice to you and tender of the account balance personally or by mail. Items presented for payment after the account is closed may be dishonored. When you close your account, you are responsible for leaving enough money in the account to cover any outstanding items to be paid from the account. Reasonable notice depends on the circumstances, and in some cases such as when we cannot verify your identity or we suspect fraud, it might be reasonable for us to give you notice after the change or account closure becomes effective. For instance, if we suspect fraudulent activity with respect to your account, we might immediately freeze or close your account and then give you notice. If we have notified you of a change in any term of your account and you continue to have your account after the effective date of the change, you have agreed to the new term(s).

**NOTICES -** Any written notice you give us is effective when we actually receive it, and it must be given to us according to the specific delivery instructions provided elsewhere, if any. We must receive it in time to have a reasonable opportunity to act on it. If the notice is regarding a check or other item, you must give us sufficient information to be able to identify the check or item, including the precise check or item number, amount, date and payee. Written notice we give you is effective when it is deposited in the United States Mail with proper postage and addressed to your mailing address we have on file. Notice to any of you is notice to all of you.

**In Louisiana, Alabama, Arkansas, Florida, and Georgia, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we substantially contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, alterations and forgeries, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Tennessee, STATEMENTS - Your duty to report unauthorized signatures, alterations, forgeries and other errors -** You must examine your statement of account with "reasonable promptness." In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. If you discover (or reasonably should have discovered) any unauthorized signatures, alterations, incorrect payment amounts, or missing or incorrectly credited deposits, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to bear the loss yourself unless you prove that we did not pay the item in good faith. The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and items and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations, forgeries, incorrect payment amounts, missing or incorrectly credited deposits, or any other errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used good faith. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**In Texas, STATEMENTS - Your duty to report unauthorized signatures, alterations and forgeries -** You must examine your statement of account with "reasonable promptness." If you discover (or reasonably should have discovered) any unauthorized signatures or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties, you will have to either share the loss with us, or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). The loss could be not only with respect to items on the statement but other items with unauthorized signatures or alterations by the same wrongdoer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signatures, alterations or forgeries in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

**Your duty to report other errors -** In addition to your duty to review your statements for unauthorized signatures, and alterations, you agree to examine your statement with reasonable promptness for any other error - such as an encoding error. In addition, if you receive or we make available either your items or images of your items, you must examine them for any unauthorized or missing indorsements or any other problems. You agree that the time you have to examine your statement and items and report to us will depend on the circumstances. However, this time period shall not exceed 60 days. Failure to examine your statement and items and report any errors to us within 60 days of when we first send or make the statement available precludes you from asserting a claim against us for any errors on items identified in that statement and as between you and us the loss will be entirely yours.

**Errors relating to electronic fund transfers or substitute checks** (For consumer accounts only) - For information on errors relating to electronic fund transfers (e.g., computer, debit card or ATM transactions) refer to your Electronic Fund Transfers disclosure and the sections on consumer liability and error resolution. For information on errors relating to a substitute check you received, refer to your disclosure entitled Substitute Checks and Your Rights.

**ACCOUNT TRANSFER -** This account may not be transferred or assigned without our prior written consent.

4

**DIRECT DEPOSITS -** If we are required for any reason to reimburse the federal government for all or any portion of a benefit payment that was directly deposited into your account, you authorize us to deduct the amount of our liability to the federal government from the account or from any other account you have with us, without prior notice and at any time, except as prohibited by law. We may also use any other legal remedy to recover the amount of our liability.

**TEMPORARY ACCOUNT AGREEMENT -** If the account documentation indicates that this is a temporary account agreement, each person who signs to open the account or has authority to make withdrawals (except as indicated to the contrary) may transact business on this account. However, we may at some time in the future restrict or prohibit further use of this account if you fail to comply with the requirements we have imposed within a reasonable time.

**In Louisiana, Alabama, Arkansas, Georgia, and Tennessee, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Florida, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

The funds in joint accounts, including accounts owned as tenants by the entireties, may be set off by us for any individual or joint debt of any person having withdrawal rights. To the extent that setoff of funds in an account owned by husband and wife as tenants by the entireties would ordinarily not be permitted by law for a debt of only one of the spouses, both spouses and all persons having rights of withdrawal hereby waive that right and consent to setoff for either an individual or joint debt owed by one or both of them to this bank. This waiver and consent applies to debts on which any one of you is liable, whether jointly with another, individually, or those on which you are secondarily liable.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Texas, SETOFF -** We may (without prior notice and when permitted by law) set off the funds in this account against any due and payable debt any of you owe us now or in the future. If this account is owned by one or more of you as individuals, we may set off any funds in the account against a due and payable debt a partnership owes us now or in the future, to the extent of your liability as a partner for the partnership debt. If your debt arises from a promissory note, then the amount of the due and payable debt will be the full amount we have demanded, as entitled under the terms of the note, and this amount may include any portion of the balance for which we have properly accelerated the due date.

This right of setoff does not apply to this account if prohibited by law. For example, the right of setoff does not apply to this account if: (a) it is an Individual Retirement Account or similar tax-deferred account, or (b) the debt is created by a consumer credit transaction under a credit card plan (but this does not affect our rights under any consensual security interest), or (c) the debtor's right of withdrawal only arises in a representative capacity, or (d) the debt is created by a home equity loan, or (e) setoff is prohibited by the Military Lending Act or its implementing regulations. We will not be liable for the dishonor of any check when the dishonor occurs because we set off a debt against this account. You agree to hold us harmless from any claim arising as a result of our exercise of our right of setoff.

**In Louisiana, AUTHORIZED SIGNER (Agent) (Individual Accounts only) -** A single individual is the owner. The authorized signer (hereinafter "agent") is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Alabama, AGENCY (Power of Attorney) DESIGNATION (Single-Party Accounts only) -** A single individual is the owner. The agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Arkansas, AGENCY (POWER OF ATTORNEY) DESIGNATION -** Agents may make account transactions on behalf of the parties, but have no ownership or rights at death unless named as Pay-on-Death beneficiaries. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of the agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an agent.

**In Florida, CONVENIENCE ACCOUNT AGENT (Single-Party Accounts only) -** A convenience account, as defined by Florida law, means a deposit account other than a certificate of deposit, in the name of one individual, in which one or more individuals have been designated as agent with the right to make deposits to and withdraw funds from or draw checks on such account on the owner's behalf. A single individual is the owner, and the agent is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the agent may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the agent. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the agency at any time, and the agency is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the agent until: (a) we have received written notice or have actual knowledge of the termination of agency, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of a convenience account agent.

**In Georgia, AUTHORIZED SIGNER (Individual Accounts only) -** A single individual is the owner. The authorized signer is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the authorized signer may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the authorized signer. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the authorized signer until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an authorized signer.

**In Tennessee, ADDITIONAL AUTHORIZED SIGNATORY (Individual Accounts only) -** A single individual is the owner. The additional authorized signatory is merely designated to conduct transactions on the owner's behalf. The owner does not give up any rights to act on the account, and the additional authorized signatory may not in any manner affect the rights of the owner or beneficiaries, if any, other than by withdrawing funds from the account. The owner is responsible for any transactions of the additional authorized signatory. We undertake no obligation to monitor transactions to determine that they are on the owner's behalf.

The owner may terminate the authorization at any time, and the authorization is automatically terminated by the death of the owner. However, we may continue to honor the transactions of the additional authorized signatory until: (a) we have received written notice or have actual knowledge of the termination of authority, and (b) we have a reasonable opportunity to act on that notice or knowledge. We may refuse to accept the designation of an additional authorized signatory.

**RESTRICTIVE LEGENDS OR INDORSEMENTS -** The automated processing of the large volume of checks we receive prevents us from inspecting or looking for restrictive legends, restrictive indorsements or other special instructions on every check. Examples of restrictive legends placed on checks are "must be presented within 90 days" or "not valid for more than $1,000.00." The payee's signature accompanied by the words "for deposit only" is an example of a restrictive indorsement. For this reason, we are not required to honor any restrictive legend or indorsement or other special instruction placed on checks you write unless we have agreed in writing to the restriction or instruction. Unless we have agreed in writing, we are not responsible for any losses, claims, damages, or expenses that result from your placement of these restrictions or instructions on your checks.

Debtor000027

**CHECK PROCESSING -** We process items mechanically by relying solely on the information encoded in magnetic ink along the bottom of the items. This means that we do not individually examine all of your items to determine if the item is properly completed, signed and indorsed or to determine if it contains any information other than what is encoded in magnetic ink. You agree that we have exercised ordinary care if our automated processing is consistent with general banking practice, even though we do not inspect each item. Because we do not inspect each item, if you write a check to multiple payees, we can properly pay the check regardless of the number of indorsements unless you notify us in writing that the check requires multiple indorsements. We must receive the notice in time for us to have a reasonable opportunity to act on it, and you must tell us the precise date of the check, amount, check number and payee. We are not responsible for any unauthorized signature or alteration that would not be identified by a reasonable inspection of the item. Using an automated process helps us keep costs down for you and all account holders.

**CHECK CASHING -** We may charge a fee for anyone that does not have an account with us who is cashing a check, draft or other instrument written on your account. We may also require reasonable identification to cash such a check, draft or other instrument. We can decide what identification is reasonable under the circumstances and such identification may be documentary or physical and may include collecting a thumbprint or fingerprint.

**INDORSEMENTS -** We may accept for deposit any item payable to you or your order, even if they are not indorsed by you. We may give cash back to any one of you. We may supply any missing indorsement(s) for any item we accept for deposit or collection, and you warrant that all indorsements are genuine.

To ensure that your check or share draft is processed without delay, you must indorse it (sign it on the back) in a specific area. Your entire indorsement (whether a signature or a stamp) along with any other indorsement information (e.g. additional indorsements, ID information, driver's license number, etc.) must fall within $1\frac{1}{2}$" of the "trailing edge" of a check. Indorsements must be made in blue or black ink, so that they are readable by automated check processing equipment.

As you look at the front of a check, the "trailing edge" is the left edge. When you flip the check over, be sure to keep all indorsement information within $1\frac{1}{2}$" of that edge.



TRAILING EDGE          FRONT OF CHECK

YOUR INDORSEMENT MUST BE WITHIN THIS AREA

BACK OF CHECK

It is important that you confine the indorsement information to this area since the remaining blank space will be used by others in the processing of the check to place additional needed indorsements and information. You agree that you will indemnify, defend, and hold us harmless for any loss, liability, damage or expense that occurs because your indorsement, another indorsement or information you have printed on the back of the check obscures our indorsement.

These indorsement guidelines apply to both personal and business checks.

**DEATH OR INCOMPETENCE -** You agree to notify us promptly if any person with a right to withdraw funds from your account(s) dies or is adjudicated (determined by the appropriate official) incompetent. We may continue to honor your checks, items, and instructions until: (a) we know of your death or adjudication of incompetence, and (b) we have had a reasonable opportunity to act on that knowledge. You agree that we may pay or certify checks drawn on or before the date of death or adjudication of incompetence for up to ten (10) days after your death or adjudication of incompetence unless ordered to stop payment by someone claiming an interest in the account.

**FIDUCIARY ACCOUNTS -** Accounts may be opened by a person acting in a fiduciary capacity. A fiduciary is someone who is appointed to act on behalf of and for the benefit of another. We are not responsible for the actions of a fiduciary, including the misuse of funds. This account may be opened and maintained by a person or persons named as a trustee under a written trust agreement, or as executors, administrators, or conservators under court orders. You understand that by merely opening such an account, we are not acting in the capacity of a trustee in connection with the trust nor do we undertake any obligation to monitor or enforce the terms of the trust or letters.

**CREDIT VERIFICATION -** You agree that we may verify credit and employment history by any necessary means, including preparation of a credit report by a credit reporting agency.

**LEGAL ACTIONS AFFECTING YOUR ACCOUNT -** If we are served with a subpoena, restraining order, writ of attachment or execution, levy, garnishment, search warrant, or similar order relating to your account (termed "legal action" in this section), we will comply with that legal action. Or, in our discretion, we may freeze the assets in the account and not allow any payments out of the account until a final court determination regarding the legal action. We may do these things even if the legal action involves less than all of you. In these cases, we will not have any liability to you if there are insufficient funds to pay your items because we have withdrawn funds from your account or in any way restricted access to your funds in accordance with the legal action. Any fees or expenses we incur in responding to any legal action (including, without limitation, attorneys' fees and our internal expenses) may be charged against your account. The list of fees applicable to your account(s) provided elsewhere may specify additional fees that we may charge for certain legal actions.

**SECURITY -** It is your responsibility to protect the account numbers and electronic access devices (e.g., an ATM card) we provide you for your account(s). Do not discuss, compare, or share information about your account number(s) with anyone unless you are willing to give them full use of your money. An account number can be used by thieves to issue an electronic debit or to encode your number on a false demand draft which looks like and functions like an authorized check. If you furnish your access device and grant actual authority to make transfers to another person (a family member or coworker, for example) who then exceeds that authority, you are liable for the transfers unless we have been notified that transfers by that person are no longer authorized.

Your account number can also be used to electronically remove money from your account, and payment can be made from your account even though you did not contact us directly and order the payment.

You must also take precaution in safeguarding your blank checks. Notify us at once if you believe your checks have been lost or stolen. As between you and us, if you are negligent in safeguarding your checks, you must bear the loss entirely yourself or share the loss with us (we may have to share some of the loss if we failed to use ordinary care and if we substantially contributed to the loss).

Except for consumer electronic funds transfers subject to Regulation E, you agree that if we offer you services appropriate for your account to help identify and limit fraud or other unauthorized transactions against your account, such as positive pay or commercially reasonable security procedures, and you reject those services, you will be responsible for any fraudulent or unauthorized transactions which could have been prevented by the services we offered, unless we acted in bad faith or to the extent our negligence contributed to the loss. If we offered you a commercially reasonable security procedure which you reject, you agree that you are responsible for any payment order, whether authorized or not, that we accept in compliance with an alternative security procedure that you have selected.

**TELEPHONIC INSTRUCTIONS -** Unless required by law or we have agreed otherwise in writing, we are not required to act upon instructions you give us via facsimile transmission or leave by voice mail or on a telephone answering machine.

**MONITORING AND RECORDING TELEPHONE CALLS AND CONSENT TO RECEIVE COMMUNICATIONS -** We may monitor or record phone calls for security reasons, to maintain a record and to ensure that you receive courteous and efficient service. You consent in advance to any such recording. We need not remind you of our recording before each phone conversation.

To provide you with the best possible service in our ongoing business relationship for your account, we may need to contact you about your account from time to time by telephone, text messaging or email. However, we must first obtain your consent to contact you about your account because we must comply with the consumer protection provisions in the federal Telephone Consumer Protection Act of 1991 (TCPA), CAN-SPAM Act and their related federal regulations and orders issued by the Federal Communications Commission (FCC).

• Your consent is limited to this account, and as authorized by applicable law and regulations.

• Your consent does not authorize us to contact you for telemarketing purposes (unless you otherwise agreed elsewhere).

With the above understandings, you authorize us to contact you regarding this account throughout its existence using any telephone numbers or email addresses that you have previously provided to us or that you may subsequently provide to us.

This consent is regardless of whether the number we use to contact you is assigned to a landline, a paging service, a cellular wireless service, a specialized mobile radio service, other radio common carrier service or any other service for which you may be charged for the call. You further authorize us to contact you through the use of voice, voice mail and text messaging, including the use of pre-recorded or artificial voice messages and an automated dialing device.

If necessary, you may change or remove any of the telephone numbers or email addresses at any time using any reasonable means to notify us.

**CLAIM OF LOSS -** If you claim a credit or refund because of a forgery, alteration, or any other unauthorized withdrawal, you agree to cooperate with us in the investigation of the loss, including giving us an affidavit containing whatever reasonable information we require concerning your account, the transaction, and the circumstances surrounding the loss. You will notify law enforcement authorities of any criminal act related to the claim of lost, missing, or stolen checks or unauthorized withdrawals. We will have a reasonable period of time to investigate the facts and circumstances surrounding any claim of loss. Unless we have acted in bad faith, we will not be liable for special or consequential damages, including loss of profits or opportunity, or for attorneys' fees incurred by you.

You agree that you will not waive any rights you have to recover your loss against anyone who is obligated to repay, insure, or otherwise reimburse you for your loss. You will pursue your rights or, at our option, assign them to us so that we may pursue them. Our liability will be reduced by the amount you recover or are entitled to recover from these other sources.

Debtor000028

**EARLY WITHDRAWAL PENALTIES (and involuntary withdrawals) -** We may impose early withdrawal penalties on a withdrawal from a time account even if you don't initiate the withdrawal. For instance, the early withdrawal penalty may be imposed if the withdrawal is caused by our setoff against funds in the account or as a result of an attachment or other legal process. We may close your account and impose the early withdrawal penalty on the entire account balance in the event of a partial early withdrawal. See your notice of penalty for early withdrawals for additional information.

**ADDRESS OR NAME CHANGES -** You are responsible for notifying us of any change in your address or your name. Unless we agree otherwise, change of address or name must be made in writing by at least one of the account holders. Informing us of your address or name change on a check reorder form is not sufficient. We will attempt to communicate with you only by use of the most recent address you have provided to us. If provided elsewhere, we may impose a service fee if we attempt to locate you.

**RESOLVING ACCOUNT DISPUTES** - We may place an administrative hold on the funds in your account (refuse payment or withdrawal of the funds) if it becomes subject to a claim adverse to (1) your own interest; (2) others claiming an interest as survivors or beneficiaries of your account; or (3) a claim arising by operation of law. The hold may be placed for such period of time as we believe reasonably necessary to allow a legal proceeding to determine the merits of the claim or until we receive evidence satisfactory to us that the dispute has been resolved. We will not be liable for any items that are dishonored as a consequence of placing a hold on funds in your account for these reasons.

**WAIVER OF NOTICES -** To the extent permitted by law, you waive any notice of non-payment, dishonor or protest regarding any items credited to or charged against your account. For example, if you deposit a check and it is returned unpaid or we receive a notice of nonpayment, we do not have to notify you unless required by federal Regulation CC or other law.

**ACH AND WIRE TRANSFERS -** This agreement is subject to Article 4A of the Uniform Commercial Code - Fund Transfers as adopted in the state in which you have your account with us. If you originate a fund transfer and you identify by name and number a beneficiary financial institution, an intermediary financial institution or a beneficiary, we and every receiving or beneficiary financial institution may rely on the identifying number to make payment. We may rely on the number even if it identifies a financial institution, person or account other than the one named. You agree to be bound by automated clearing house association rules. These rules provide, among other things, that payments made to you, or originated by you, are provisional until final settlement is made through a Federal Reserve Bank or payment is otherwise made as provided in Article 4A-403(a) of the Uniform Commercial Code. If we do not receive such payment, we are entitled to a refund from you in the amount credited to your account and the party originating such payment will not be considered to have paid the amount so credited. Credit entries may be made by ACH. If we receive a payment order to credit an account you have with us by wire or ACH, we are not required to give you any notice of the payment order or credit.

**FACSIMILE SIGNATURES -** Unless you make advance arrangements with us, we have no obligation to honor facsimile signatures on your checks or other orders. If we do agree to honor items containing facsimile signatures, you authorize us, at any time, to charge you for all checks, drafts, or other orders, for the payment of money, that are drawn on us. You give us this authority regardless of by whom or by what means the facsimile signature(s) may have been affixed so long as they resemble the facsimile signature specimen filed with us, and contain the required number of signatures for this purpose. You must notify us at once if you suspect that your facsimile signature is being or has been misused.

**TRUNCATION, SUBSTITUTE CHECKS, AND OTHER CHECK IMAGES -** If you truncate an original check and create a substitute check, or other paper or electronic image of the original check, you warrant that no one will be asked to make payment on the original check, a substitute check or any other electronic or paper image, if the payment obligation relating to the original check has already been paid. You also warrant that any substitute check you create conforms to the legal requirements and generally accepted specifications for substitute checks. You agree to retain the original check in conformance with our internal policy for retaining original checks. You agree to indemnify us for any loss we may incur as a result of any truncated check transaction you initiate. We can refuse to accept substitute checks that have not previously been warranted by a bank or other financial institution in conformance with the Check 21 Act. Unless specifically stated in a separate agreement between you and us, we do not have to accept any other electronic or paper image of an original check.

**REMOTELY CREATED CHECKS -** Like any standard check or draft, a remotely created check (sometimes called a telecheck, preauthorized draft or demand draft) is a check or draft that can be used to withdraw money from an account. Unlike a typical check or draft, however, a remotely created check is not issued by the paying bank and does not contain the signature of the account owner (or a signature purported to be the signature of the account owner). In place of a signature, the check usually has a statement that the owner authorized the check or has the owner's name typed or printed on the signature line.

You warrant and agree to the following for every remotely created check we receive from you for deposit or collection: (1) you have received express and verifiable authorization to create the check in the amount and to the payee that appears on the check; (2) you will maintain proof of the authorization for at least 2 years from the date of the authorization, and supply us the proof if we ask; and (3) if a check is returned you owe us the amount of the check, regardless of when the check is returned. We may take funds from your account to pay the amount you owe us, and if there are insufficient funds in your account, you still owe us the remaining balance.

**UNLAWFUL INTERNET GAMBLING NOTICE -** Restricted transactions as defined in Federal Reserve Regulation GG are prohibited from being processed through this account or relationship. Restricted transactions generally include, but are not limited to, those in which credit, electronic fund transfers, checks, or drafts are knowingly accepted by gambling businesses in connection with the participation by others in unlawful Internet gambling.

## NOTICE OF CHANGE IN VISA ZERO LIABILITY RULE

A change in the Visa Core Rules revises the circumstances under which you have zero liability for unauthorized electronic fund transfers. The change is highlighted in bold italics type in the next two sentences. Under the new Visa rule, you will not be liable for any transactions using a lost or stolen Visa card unless you have been **negligent** or engaged in fraud. Under the previous rule, you are not liable for any transaction using a lost or stolen Visa card unless you were **grossly negligent** or engaged in fraud. This change becomes effective 21 days after you receive this notice.

Whether conduct is negligent depends on the circumstances and is subject to interpretation. However, negligence is generally considered to be the failure to use such care as a reasonably prudent person would have exercised in a similar situation. Negligence is more careful conduct than gross negligence.

As a result of the Visa rule change, you have to use a higher degree of care to have zero liability for unauthorized transactions than you had to exercise under the previous Visa rule.

Here is the disclosure of your liability for unauthorized electronic fund transfers, effective 21 days after you receive this notice —

### UNAUTHORIZED TRANSFERS

**(a) Consumer liability.**

• *Generally.* Tell us AT ONCE if you believe your card and/or code has been lost or stolen, or if you believe that an electronic fund transfer has been made without your permission using information from your check. Telephoning is the best way of keeping your possible losses down. You could lose all the money in your account (plus your maximum overdraft line of credit). If you tell us within 2 business days after you learn of the loss or theft of your card and/or code, you can lose no more than $50 if someone used your card and/or code without your permission.

If you do NOT tell us within 2 business days after you learn of the loss or theft of your card and/or code, and we can prove we could have stopped someone from using your card and/or code without your permission if you had told us, you could lose as much as $500.

Also, if your statement shows transfers that you did not make, including those made by card, code or other means, tell us at once. If you do not tell us within 60 days after the statement was mailed to you, you may not get back any money you lost after the 60 days if we can prove that we could have stopped someone from taking the money if you had told us in time.

If a good reason (such as a long trip or a hospital stay) kept you from telling us, we will extend the time periods.

• *Additional Limit on Liability for Debit VISA® Card.* Unless you have been negligent or have engaged in fraud, you will not be liable for any unauthorized transactions using your lost or stolen Debit VISA® Card. This additional limit on liability does not apply to ATM transactions outside of the U.S., to ATM transactions not sent over Visa or Plus networks, or to transactions using your Personal Identification Number which are not processed by VISA®. Visa is a registered trademark of Visa International Service Association.

**(b) Contact in event of unauthorized transfer.** If you believe your card and/or code has been lost or stolen, call or write us at the telephone number or address listed below. You should also call the number or write to the address listed below if you believe a transfer has been made using the information from your check without your permission.

IBERIABANK
12719 CANTRELL ROAD, SUITE 103
LITTLE ROCK, AR 72223
Phone: 800-682-3231

200668917-010

© 2016 Wolters Kluwer Financial Services – Bankers Systems™ Form CN-TC-REGE 12/1/2016 Custom TCM-20t

Debtor000029

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
005052  HOUSTON TX 77056

Date  4/28/17      Page    1
Account Number    *******8665



```
--------------------------- CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                              0
Account Number              *******8665    Statement Dates   4/03/17 thru  4/30/17
Previous Balance             27,852.03    Days this Statement Period        28
     5 Deposits/Credits     518,889.30    Average Ledger                46,794.32
     9 Checks/Debits        540,053.59    Average Collected             43,191.13
Service Charge                     .00
Interest Paid                      .00
Current Balance               6,687.74

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/04 | Remote DDA Deposit | 35,889.30 |
| 4/11 | Wire Transfer Credit | 60,000.00 |
|      | ARTHUR J BRASS | |
|      | 20170411K4QLE01C000552 | |
|      | 20170411MMQFMP9H000562 | |
|      | 04111540FT03 | |
| 4/14 | Wire Transfer Credit | 350,000.00 |
|      | ARTHUR J BRASS | |
|      | 20170414K4QLE01C000083 | |
|      | 20170414MMQFMP9H000215 | |
|      | 04141055FT03 | |
| 4/25 | Wire Transfer Credit | 8,000.00 |
|      | ARTHUR J BRASS | |
|      | 20170425K4QLE01C000534 | |
|      | 20170425MMQFMP9H000718 | |
|      | 04251602FT03 | |
| 4/26 | Remote DDA Deposit | 65,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

007295

Debtor000031

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit on your billing closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  4/28/17    Page    2
Account Number  *******8665



COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 4/12 | From DDA *8665,To DDA *8630,P/<br>R 4-14-17 | 61,659.21- |
| 4/13 | From DDA *8665,To DDA *8630,40<br>1k | 5,884.47- |
| 4/13 | From DDA *8665,To DDA *8681,DK | 7,076.86- |
| 4/14 | Wire Transfer Debit<br>Rio Energy International, Inc | 283,264.78- |
|  | 5718 Westheimer Suite 1806<br>Houston, Texas 77057<br>BQE NAT PARIS<br>20170414MMQFMP9H000756<br>20170414B1Q8201C000239<br>04141115FT03 | |
| 4/14 | P-CARD PMT IBERIA<br>CCD   GULF COAST ASPHALT CB | 2,535.27- |
| 4/18 | From DDA *8665,To DDA *8681,A/<br>P | 107,000.00- |
| 4/25 | Wire Transfer Debit<br>HOLMAN FENWICK WILLAN | 332.53- |
|  | WELLSFARGO NY INTL<br>20170425MMQFMP9H000336<br>20170425B6B7001C003029<br>04251127FT03 | |
| 4/25 | Wire Transfer Debit<br>Perdido Supply & Trading | 8,000.00- |
|  | 11 Greenway Plaza<br>Suite 2950 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

007297

Debtor000033

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  4/28/17     Page    3
                                          Account Number  *******8665
     GULF COAST ASPHALT COMPANY LLC
     ASPHALT SALES ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

 COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20170425MMQFMP9H001081 | |
| | 20170425B1QGC01R053562 | |
| | 04251613FT03 | |
| 4/27 | From DDA *8665,To DDA *8630,P/ | 64,300.47- |
| | R 4-28-17 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/03 | 27,852.03 | 4/13 | 49,120.79 | 4/26 | 70,988.21 |
| 4/04 | 63,741.33 | 4/14 | 113,320.74 | 4/27 | 6,687.74 |
| 4/11 | 123,741.33 | 4/18 | 6,320.74 | | |
| 4/12 | 62,082.12 | 4/25 | 5,988.21 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

007298

Debtor000034

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  5/31/17      Page    1
                                        Account Number   *******8665
GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
------------------------- CHECKING ACCOUNT -------------------------------
```

```
COMMERCIAL CHECKING ANALYSIS                                            0
Account Number           *******8665   Statement Dates   5/01/17 thru  5/31/17
Previous Balance            6,687.74    Days this Statement Period        31
   5 Deposits/Credits     637,585.66    Average Ledger              128,829.13
  18 Checks/Debits        506,437.54    Average Collected           128,750.79
Service Charge                   .00
Interest Paid                    .00
Current Balance           137,835.86
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Transfer Credit | 161,659.00 |
| 5/18 | Wire Transfer Credit | 61,838.64 |
|      | BNP PARIBAS U.S.A - NEW YORK B | |
|      | NEW YORK,NY | |
|      | UNITED STATES OF AMERICA | |
|      | IC | |
|      | 20170518B1Q8201C002582 | |
|      | 20170518MMQFMP9H000346 | |
|      | 05181233FT03 | |
| 5/22 | Remote DDA Deposit | 2,428.70 |
| 5/23 | Wire Transfer Credit | 250,000.00 |
|      | ARTHUR J BRASS | |
|      | ████████████     - | |
|      | 20170523K4QLE01C000022 | |
|      | 20170523MMQFMP9H000214 | |
|      | 05231105FT01 | |
| 5/24 | Wire Transfer Credit | 161,659.32 |
|      | BNP PARIBAS U.S.A - NEW YORK B | |
|      | NEW YORK,NY | |
|      | UNITED STATES OF AMERICA | |
|      | INV. 14238 - IC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000035

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** |  |  |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                        $ _____

## TOTAL                                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                                $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

Member
**FDIC**



**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  5/31/17    Page    2
     GULF COAST ASPHALT COMPANY LLC        Account Number   *******8665
     ASPHALT SALES ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|  | 20170524B1Q8201C002635 |  |
|  | 20170524MMQFMP9H000456 |  |
|  | 05241340FTO1 |  |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Wire Transfer Debit | 3,000.00- |
|  | Finocchi & Associates |  |
|  | 868 Marian Road |  |
|  | Woodbury, N.J. 08096 |  |
|  | WELLS FARGO NA |  |
|  | 20170501MMQFMP9H001311 |  |
|  | 20170501I1B7033R018503 |  |
|  | 05011519FTO3 |  |
| 5/01 | Wire Transfer Debit | 7,500.00- |
|  | John D Tomaszewski |  |
|  | JPMCHASE TEXAS |  |
|  | 20170501MMQFMP9H001307 |  |
|  | 20170501B1QGC01R053928 |  |
|  | 05011519FTO3 |  |
| 5/01 | Wire Transfer Debit | 8,000.00- |
|  | Perdido Supply & Trading |  |
|  | 11 Greenway Plaza |  |
|  | Suite 2950 |  |
|  | Houston, Texas 77046 |  |
|  | JPMCHASE TEXAS |  |
|  | 20170501MMQFMP9H001309 |  |
|  | 20170501B1QGC01R053959 |  |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000037

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  5/31/17    Page    3
    GULF COAST ASPHALT COMPANY LLC      Account Number   *******8665
    ASPHALT SALES ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 05011519FT03 | |
| 5/10 | From DDA *8665,To DDA *8630 | 66,222.13- |
| 5/12 | P-CARD PMT IBERIA | 1,533.45- |
| | CCD   GULF COAST ASPHALT CB | |
| 5/15 | From DDA *8665,To DDA *8630 | 8,047.95- |
| 5/16 | From DDA *8665,To DDA *8681,A/P | 4,000.00- |
| 5/22 | From DDA *8665,To DDA *8681 | 1,000.00- |
| 5/22 | From DDA *8665,To DDA *8681,AT&T | 2,200.00- |
| 5/23 | From DDA *8665,To DDA *8681 | 22,000.00- |
| 5/23 | From DDA *8665,To DDA *8630,P/R 5/26/17 | 73,641.75- |
| 5/23 | From DDA *8665,To DDA *8681,A/P | 148,094.36- |
| 5/24 | From DDA *8665,To DDA *8681 | 600.00- |
| 5/24 | From DDA *8665,To DDA *8681,A/P | 1,325.00- |
| 5/24 | From DDA *8665,To DDA *8681,Arc | 139,655.00- |
| 5/30 | From DDA *8665,To DDA *8681 | 2,854.60- |
| 5/30 | From DDA *8665,To DDA *8681 | 15,739.72- |
| 5/31 | From DDA *8665,To DDA *8681 | 1,023.58- |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 149,846.74 | 5/16 | 70,043.21 | 5/24 | 157,453.76 |
| 5/10 | 83,624.61 | 5/18 | 131,881.85 | 5/30 | 138,859.44 |
| 5/12 | 82,091.16 | 5/22 | 131,110.55 | 5/31 | 137,835.86 |
| 5/15 | 74,043.21 | 5/23 | 137,374.44 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000038

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  6/30/17      Page    1
                                          Account Number   *******8665
    GULF COAST ASPHALT COMPANY LLC
    ASPHALT SALES ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              0
Account Number              *******8665  Statement Dates  6/01/17 thru 7/02/17
Previous Balance            137,835.86   Days this Statement Period       32
    6 Deposits/Credits      476,359.32   Average Ledger            56,137.20
   23 Checks/Debits         608,190.89   Average Collected         46,303.45
Service Charge                     .00
Interest Paid                      .00
Current Balance            6,004.29
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 6/06 | Remote DDA Deposit | 14,700.00 |
| 6/07 | Remote DDA Deposit | 100,000.00 |
| 6/21 | Remote DDA Deposit | 50,000.00 |
| 6/21 | Wire Transfer Credit | 161,659.32 |
| | BNP PARIBAS U.S.A - NEW YORK B | |
| | NEW YORK,NY | |
| | UNITED STATES OF AMERICA | |
| | INV. 14277 - IC | |
| | 20170621B1Q8201C002980 | |
| | 20170621MMQFMP9H000482 | |
| | 06211455FT01 | |
| 6/22 | Remote DDA Deposit | 75,000.00 |
| 6/28 | Deposit | 75,000.00 |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/01 | Wire Transfer Debit | 7,500.00- |
| | John D Tomaszewski | |



Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000039

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                    $ _____

## TOTAL                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING                    $ _____

## BALANCE                    $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account each day closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000040

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/30/17     Page    2
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | Houston, Texas 77098 | |
|      | JPMCHASE TEXAS | |
|      | 20170601MMQFMP9H000308 | |
|      | 20170601B1QGC01R023289 | |
|      | 06011004FTO1 | |
| 6/01 | Wire Transfer Debit | 8,000.00- |
|      | Perdido Supply & Trading | |
|      | ███████ | |
|      | 11 Greenway Plaza | |
|      | Suite 2950 | |
|      | Houston, Texas 77046 | |
|      | JPMCHASE TEXAS | |
|      | 20170601MMQFMP9H000306 | |
|      | 20170601B1QGC01R023237 | |
|      | 06011004FTO1 | |
| 6/01 | From DDA *8665,To DDA *8681 | 62,939.28- |
| 6/02 | From DDA *8665,To DDA *8681,A/P | 2,425.00- |
| 6/02 | From DDA *8665,To DDA *8681,Iberia CC | 5,480.54- |
| 6/02 | From DDA *8665,To DDA *6873 | 10,690.99- |
| 6/05 | DIRECT DBT   AL-DEPT OF REV CCD   GULF COAST ASPHALT COM | 50.00- |
| 6/08 | From DDA *8665,To DDA *8630,401k | 8,047.95- |
| 6/08 | From DDA *8665,To DDA *6873 | 9,206.15- |
| 6/09 | From DDA *8665,To DDA *8681 | 66,137.15- |
| 6/12 | From DDA *8665,To DDA *8681,J Brass | 14,700.00- |
| 6/14 | Wire Transfer Debit | 2,621.69- |
|      | Jason B Goldstein, Amy Goldste | |
|      | ███████████ | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000041

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  6/30/17      Page    3
      GULF COAST ASPHALT COMPANY LLC     Account Number    *******8665
      ASPHALT SALES ACCOUNT
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | IBERIABANK | |
|      | 20170614MMQFMP9H000892 | |
|      | 20170614MMQFMP9H000550 | |
|      | 06141504FTO1 | |
| 6/14 | P-CARD PMT IBERIA | 5,480.54- |
|      | CCD   GULF COAST ASPHALT CB | |
| 6/16 | From DDA *8665,To DDA *8681,A/P | 2,309.12- |
| 6/21 | From DDA *8665,To DDA *8630,P/R | 19,630.04- |
| 6/21 | From DDA *8665,To DDA *8630,P/R | 46,000.00- |
| 6/22 | From DDA *8665,To DDA *8681,A/P | 60,537.13- |
| 6/23 | From DDA *8665,To DDA *8630,401k | 7,972.95- |
| 6/23 | From DDA *8665,To DDA *8681,Arc | 139,605.00- |
| 6/26 | From DDA *8665,To DDA *8681,Amex | 50,000.00- |
| 6/27 | Chargeback | 75,000.00- |
| 6/29 | From DDA *8665,To DDA *8681,A/P | 1,857.36- |
| 6/30 | From DDA *8665,To DDA *8681 | 2,000.00- |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 59,396.58 | 6/09 | 72,058.80 | 6/23 | 59,861.65 |
| 6/02 | 40,800.05 | 6/12 | 57,358.80 | 6/26 | 9,861.65 |
| 6/05 | 40,750.05 | 6/14 | 49,256.57 | 6/27 | 65,138.35- |
| 6/06 | 55,450.05 | 6/16 | 46,947.45 | 6/28 | 9,861.65 |
| 6/07 | 155,450.05 | 6/21 | 192,976.73 | 6/29 | 8,004.29 |
| 6/08 | 138,195.95 | 6/22 | 207,439.60 | 6/30 | 6,004.29 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000042

STATEMENT OF ACCOUNT

# IBERIABANK

TO PLO R
GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
009289    HOUSTON TX 77056

Date  7/31/17    Page    1
Account Number    ******8665



Change in terms: Effective September 1, 2017, deposit accounts with no transaction
activity and a zero balance for 30 consecutive days may be closed.

--------------------------- CHECKING ACCOUNT ------------------------------

**COMMERCIAL CHECKING ANALYSIS**                                            0
Account Number            ******8665    Statement Dates   7/03/17 thru 7/31/17
Previous Balance            6,004.29    Days this Statement Period        29
  2 Deposits/Credits      385,063.15    Average Ledger              97,522.09
 14 Checks/Debits         387,360.33    Average Collected           97,522.09
Service Charge                   .00
Interest Paid                    .00
Current Balance            3,707.11

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 7/05 | Wire Transfer Credit | 100,000.00 |
|      | ARTHUR J BRASS | |
|      | ████████████ - | |
|      | 20170705K4QLEO1C000597 | |
|      | 20170705MMQFMP9H000669 | |
|      | 07051548FT01 | |
| 7/10 | Wire Transfer Credit | 285,063.15 |
|      | INVERSIONES TITANIO, S.R.L. | |
|      | AV.L+PE DE VEGA NO.29, EDIF. N | |
|      | CENTRO PISO 14, SUITE 1405 | |
|      | SANTO DOMINGO, REPUBLICA DOMIN | |
|      | BANCO DOMINICANO DEL PROGRESO | |
|      | FX ACCOUNT | |
|      | SANTO DOMINGO, DOMINICAN REP. | |
|      | /RFB/PAGO DE FLETE SEGUN FACTU | |
|      | ████████████ | |
|      | 20170710B6B7001C007665 | |
|      | 20170710MMQFMP9H000589 | |
|      | 07101444FT01 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

005215

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)          $ _____

## TOTAL          $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance."  We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your billing cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000044

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/17     Page     2
Account Number   *******8665

 COMMERCIAL CHECKING ANALYSIS        *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 7/03 | Wire Transfer Debit<br>John D Tomaszewski | 540.00- |
|      | JPMCHASE TEXAS<br>20170703MMQFMP9H000643<br>20170703B1QGC01R042352<br>07031215FT01 | |
| 7/03 | Wire Transfer Debit<br>James David Hubenak | 665.00- |
|      | BK AMER NYC<br>20170703MMQFMP9H000638<br>20170703B6B7HU3R009560<br>07031215FT01 | |
| 7/05 | From DDA *8665,To DDA *8630,P/R | 84,191.12- |
| 7/06 | Wire Transfer Debit<br>David Cutting | 1,200.00- |
|      | JPMCHASE TEXAS<br>20170706MMQFMP9H000027<br>20170706B1QGC01R008921<br>07060839FT01 | |
| 7/06 | Wire Transfer Debit<br>John D Tomaszewski | 7,500.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

005217

Debtor000045

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                        Date  7/31/17      Page    3
GULF COAST ASPHALT COMPANY LLC          Account Number    *******8665
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```



COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

**Withdrawals and Deductions**

| Date | Description | Amount |
|------|-------------|-------:|
| | ▮▮▮▮▮▮ | |
| | JPMCHASE TEXAS | |
| | 20170706MMQFMP9H000024 | |
| | 20170706B1QGC01R008884 | |
| | 07060838FT01 | |
| 7/06 | Wire Transfer Debit | 8,000.00- |
| | Perdido Supply & Trading | |
| | ▮▮▮▮▮ | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20170706MMQFMP9H000018 | |
| | 20170706B1QGC01R008748 | |
| | 07060836FT01 | |
| 7/18 | From DDA *8665,To DDA *8681,A/P | 1,797.96- |
| 7/19 | From DDA *8665,To DDA *8681,A/P | 59,963.80- |
| 7/19 | From DDA *8665,To DDA *8630,Payroll | 68,292.73- |
| 7/19 | From DDA *8665,To DDA *8681,Arc | 139,605.00- |
| 7/27 | DIRECT DBT   AL-DEPT OF REV CCD   GULF COAST ASPHALT COM | 50.00- |
| 7/27 | From DDA *8665,To DDA *8681 | 5,000.00- |
| 7/27 | From DDA *8665,To DDA *8630,40 1k | 7,972.95- |
| 7/31 | Wire Transfer Debit | 2,581.77- |
| | FURNITURE BASIX LLP | |
| | ▮▮▮▮▮ | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

005218

Debtor000046

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/17    Page    4
Account Number   *******8665

 COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 1022 WURT ROAD | |
|      | HOUSTON, TX 77055 | |
|      | BRANCH BKING & TRU | |
|      | 20170731MMQFMP9HOO1779 | |
|      | 20170731E3QPO21C006310 | |
|      | 07311610FT03 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/03 | 4,799.29 | 7/10 | 288,971.32 | 7/27 | 6,288.88 |
| 7/05 | 20,608.17 | 7/18 | 287,173.36 | 7/31 | 3,707.11 |
| 7/06 | 3,908.17 | 7/19 | 19,311.83 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

005219

Debtor000047

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  8/31/17     Page    1
                                              Account Number   *******8665
     GULF COAST ASPHALT COMPANY LLC
     ASPHALT SALES ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
---------------------------- CHECKING ACCOUNT ------------------------------

COMMERCIAL CHECKING ANALYSIS                                               1
Account Number              *******8665   Statement Dates  8/01/17 thru  8/31/17
Previous Balance               3,707.11   Days this Statement Period       31
    8 Deposits/Credits      3,350,508.48   Average Ledger            759,214.82
   24 Checks/Debits         1,464,553.64   Average Collected         759,099.97
Service Charge                      .00
Interest Paid                       .00
Current Balance            1,889,661.95
```

```
                           Deposits and Additions
Date     Description                            Amount
8/01     Transfer Credit                       15,000.00
8/03     Wire Transfer Credit                  15,000.00
         ARTHUR J BRASS
         ████████████████████
         20170803K4QLEO1C000078
         20170803MMQFMP9H000207
         08031054FT03
8/04     Wire Transfer Credit                 139,605.00
         VITOL INC NY OP
         2925 RICHMOND AVE, 11TH FLOOR
         HOUSTON TX 77098-
         D1855791 O INV.P1743683 Y INV.
         20170804B1QGC06C011750
         20170804MMQFMP9H000731
         08041632FT03
8/04     Wire Transfer Credit                 139,605.00
         VITOL INC NY OP
         2925 RICHMOND AVE, 11TH FLOOR
         HOUSTON TX 77098-
         D1855791 O INV.P1743686 Y INV.
         20170804B1QGC08C024918
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000049

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                 $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                          $ _____

## TOTAL                          $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

 Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/17    Page    2
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20170804MMQFMP9H000732 | |
|      | 08041632FTO3 | |
| 8/16 | Wire Transfer Credit | 1,512,082.31 |
|      | SEMMATERIALS MEXICO S DE RL CV | |
|      | PRIVADA UNIVERSIDAD 3CARRETERA | |
|      | DERAL PUEBLA ATLIXCO | |
|      | MX/PUEBLA PUEBLA CP 72820 | |
|      | BBVA BANCOMER S.A., INSTITUCIO | |
|      | AV PASEO DE LA REFORMA 510 PIS | |
|      | COL JUAREZ DEL CUAUHTEMOC | |
|      | MEXICO DF MEXICO 06600- | |
|      | 20170816B1QGC08C014431 | |
|      | 20170816MMQFMP9H000218 | |
|      | 08161051FTO3 | |
| 8/24 | Remote DDA Deposit | 356.59 |
| 8/25 | Remote DDA Deposit | 1,068.00 |
| 8/25 | Wire Transfer Credit | 1,527,791.58 |
|      | RAIFFEISEN BANK INTERNATIONAL | |
|      | AM STADTPARK 9 | |
|      | VIENNA, AUSTRIA 1030 | |
|      | 14383 IBEAUS44 | |
|      | 20170825B6B7HU3R005824 | |
|      | 20170825MMQFMP9H000304 | |
|      | 08251036FTO3 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/01 | Wire Transfer Debit | 7,500.00- |
|      | John D Tomaszewski | |
|      | JPMCHASE TEXAS | |
|      | 20170801MMQFMP9H000099 | |
|      | 20170801B1QGC01R014414 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  8/31/17    Page    3
    GULF COAST ASPHALT COMPANY LLC            Account Number   *******8665
    ASPHALT SALES ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 08010909FT03 | |
| 8/01 | Wire Transfer Debit | 8,000.00- |
| | Perdido Supply & Trading | |
| | ▇▇▇▇▇▇▇▇ | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20170801MMQFMP9H000101 | |
| | 20170801B1QGC01R014436 | |
| | 08010910FT03 | |
| 8/03 | From DDA *8665,To DDA *8681 | 15,000.00- |
| 8/04 | Wire Transfer Debit | 15,000.00- |
| | Arthur J Brass | |
| | ▇▇▇▇▇▇▇▇ | |
| | IBC LAREDO | |
| | 20170804MMQFMP9H001567 | |
| | 20170804K4QLE01C001391 | |
| | 08041638FT03 | |
| 8/04 | Payment   ATT | 4,147.00- |
| | WEB | |
| 8/04 | From DDA *8665,To DDA *8681 | 165,000.00- |
| 8/07 | Wire Transfer Debit | 15,000.00- |
| | Arthur J Brass | |
| | ▇▇▇▇▇▇▇▇ | |
| | IBC LAREDO | |
| | 20170807MMQFMP9H000146 | |
| | 20170807K4QLE01C000156 | |
| | 08070943FT03 | |
| 8/08 | From DDA *8665,To DDA *8681,He | 29,722.73- |
| | alth & Life Ins | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  8/31/17    Page    4
     GULF COAST ASPHALT COMPANY LLC       Account Number  *******8665
     ASPHALT SALES ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS           *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/10 | Wire Transfer Debit<br>Arthur J Brass | 5,000.00- |
|      | IBC LAREDO<br>20170810MMQFMP9H001028<br>20170810K4QLE01C000987<br>08101606FTO3 | |
| 8/16 | Wire Transfer Debit<br>GENERAL OIL CO., INC. | 183,000.00- |
|      | REGIONS BANK<br>K LAZCANO<br>INVOICE 2017-<br>00077<br>20170816MMQFMP9H001221<br>20170816F2QCZ00C004347<br>08161705FTO3 | |
| 8/16 | From DDA *8665,To DDA *8681,A/<br>P | 5,000.00- |
| 8/16 | From DDA *8665,To DDA *6873 | 10,000.00- |
| 8/16 | From DDA *8665,To DDA *8630,P/<br>R 8-18-17 | 79,025.00- |
| 8/18 | From DDA *8665,To DDA *8681 | 500.00- |
| 8/21 | From DDA *8665,To DDA *8630 | 94.83- |
| 8/21 | From DDA *8665,To DDA *8630 | 6,787.69- |
| 8/22 | From DDA *8665,To DDA *8681,A/<br>P | 2,103.33- |
| 8/22 | Checking Withdrawal | 45,000.00- |
| 8/22 | From DDA *8665,To DDA *8681,A/<br>P | 199,037.22- |
| 8/23 | Wire Transfer Debit<br>A.J. Brass | 10,000.00- |

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/17    Page    5
Account Number   *******8665

---

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ████████ | |
| | IBC Bank | |
| | K LAZCANO/A TOWNSEND | |
| | TRANSFER | |
| | 20170823MMQFMP9H000274 | |
| | 20170823K4QLE01C000228 | |
| | 08231043FT03 | |
| 8/23 | Wire Transfer Debit | 582,737.02- |
| | Byer Builderss | |
| | █████████ | |
| | Wells Fargo | |
| | K LAZCANO | |
| | TRANSFER | |
| | 20170823MMQFMP9H000310 | |
| | 20170823I1B7033R006732 | |
| | 08231059FT03 | |
| 8/24 | Payment      ATT | 2,481.47- |
| | CCD   TemporaryAccountName | |
| 8/24 | From DDA *8665,To DDA *8630,P/ | 74,174.60- |
| | R 9-1-17 | |
| 8/28 | Wire Transfer Debit | 242.75- |
| | James David Hubenak | |
| | ███████████ | |
| | BK AMER NYC | |
| | 20170828MMQFMP9H000281 | |
| | 20170828B6B7HU2R004550 | |
| | 08281109FT03 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 3,207.11 | 8/04 | 98,270.11 | 8/08 | 53,547.38 |
| 8/03 | 3,207.11 | 8/07 | 83,270.11 | 8/10 | 48,547.38 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000054

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  8/31/17    Page    6
    GULF COAST ASPHALT COMPANY LLC        Account Number  *******8665
    ASPHALT SALES ACCOUNT
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/16 | 1,283,604.69 | 8/22 | 1,030,081.62 | 8/25 | 1,889,904.70 |
| 8/18 | 1,283,104.69 | 8/23 | 437,344.60 | 8/28 | 1,889,661.95 |
| 8/21 | 1,276,222.17 | 8/24 | 361,045.12 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
                                                                        Debtor000055



Account Number    *******8665

Page 7



08/22/17    $45000.00

Debtor000056

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                           Date  9/29/17      Page    1
                                           Account Number   *******8665
        GULF COAST ASPHALT COMPANY LLC
        ASPHALT SALES ACCOUNT
        1990 POST OAK BLVD SUITE 2400
        HOUSTON TX 77056
```

```
-------------------------- CHECKING ACCOUNT -----------------------------

COMMERCIAL CHECKING ANALYSIS                                           0
Account Number          *******8665  Statement Dates  9/01/17 thru 10/01/17
Previous Balance        1,889,661.95  Days this Statement Period       31
    5 Deposits/Credits     458,684.32  Average Ledger          464,666.38
   25 Checks/Debits      2,327,946.10  Average Collected       464,423.34
Service Charge                  .00
Interest Paid                   .00
Current Balance           20,400.17
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/05 | Wire Transfer Credit | 41,687.50 |
| | SEMMATERIALS MEXICO S DE RL CV | |
| | PRIVADA UNIVERSIDAD 3CARRETERA | |
| | DERAL PUEBLA ATLIXCO | |
| | MX/PUEBLA PUEBLA CP 72820 | |
| | BBVA BANCOMER S.A., INSTITUCIO | |
| | AV PASEO DE LA REFORMA 510 PIS | |
| | COL JUAREZ DEL CUAUHTEMOC | |
| | MEXICO DF MEXICO 06600- | |
| | 20170905B1QGC02C006344 | |
| | 20170905MMQFMP9H000405 | |
| | 09051245FT03 | |
| 9/07 | Wire Transfer Credit | 11,870.00 |
| | THE TICKET EXPERIENCE LLC | |
| | DBA EVENTELLECT MASTER BILLING | |
| | 3311 WEST ALABAMA,SUITE 200 | |
| | HOUSTON, TX | |
| | 20170907B6B7HU3R012951 | |
| | 20170907MMQFMP9H000690 | |
| | 09071637FT03 | |
| 9/21 | Wire Transfer Credit | 47,592.58 |
| | GULF COAST ASPHALT COMPANY LLC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

| CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT | | |
|---|---|---|
| No. | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT          $_____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)          $_____

## TOTAL          $_____

## SUBTRACT—

CHECKS OUTSTANDING          $_____

## BALANCE          $_____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



**Member FDIC**



**EQUAL HOUSING LENDER**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account each day, including principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  9/29/17    Page     2
     GULF COAST ASPHALT COMPANY LLC           Account Number  *******8665
     ASPHALT SALES ACCOUNT
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|  | ██████████ |  |
|  | 20170921B1Q8021C020185 |  |
|  | 20170921MMQFMP9H000250 |  |
|  | 09211117FTO3 |  |
| 9/26 | Deposit | 7,534.24 |
| 9/27 | Wire Transfer Credit | 350,000.00 |
|  | GULF COAST ASPHALT COMPANY LLC |  |
|  | 1990 POST OAK BLVD |  |
|  | 24TH FLOOR |  |
|  | HOUSTON TX 770563818 |  |
|  | 20170927B1Q8021C032912 |  |
|  | 20170927MMQFMP9H000794 |  |
|  | 09271659FTO3 |  |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/01 | Wire Transfer Debit | 7,500.00- |
|  | John D Tomaszewski |  |
|  | ██████████ |  |
|  | JPMCHASE TEXAS |  |
|  | 20170901MMQFMP9H000080 |  |
|  | 20170901B1QGC01R011805 |  |
|  | 09010824FTO3 |  |
| 9/01 | Wire Transfer Debit | 8,000.00- |
|  | Perdido Supply & Trading |  |
|  | ██████████ |  |
|  | 11 Greenway Plaza |  |
|  | Suite 2950 |  |
|  | Houston, Texas 77046 |  |
|  | JPMCHASE TEXAS |  |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000059

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  9/29/17    Page    3
Account Number   *******8665

---

COMMERCIAL CHECKING ANALYSIS        *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20170901MMQFMP9H000078 | |
|      | 20170901B1QGC01R011782 | |
|      | 09010824FT03 | |
| 9/06 | From DDA *8665,To DDA *8681 | 51,000.00- |
| 9/07 | Wire Transfer Debit | 10,000.00- |
|      | Joyce Mericle Brass | |
|      | JPMCHASE TEXAS | |
|      | 20170907MMQFMP9H001185 | |
|      | 20170907B1QGC01R055289 | |
|      | 09071602FT03 | |
| 9/08 | Wire Transfer Debit | 1,690,065.00- |
|      | Shell Oil Products US | |
|      | 777 Walker Street | |
|      | Houston, Texas 77002 | |
|      | CITIBANK NYC | |
|      | 20170908MMQFMP9H000358 | |
|      | 20170908B1Q8021R013286 | |
|      | 09081055FT03 | |
| 9/11 | Wire Transfer Debit | 37,000.00- |
|      | Arthur J Brass | |
|      | IBC LAREDO | |
|      | 20170911MMQFMP9H000041 | |
|      | 20170911K4QLE01C000184 | |
|      | 09110926FT03 | |
| 9/12 | Wire Transfer Debit | 10,000.00- |
|      | Arthur J Brass | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000060

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  9/29/17    Page    4
GULF COAST ASPHALT COMPANY LLC          Account Number  *******8665
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | IBC LAREDO | |
| | 20170912MMQFMP9H000024 | |
| | 20170912K4QLE01C000152 | |
| | 09120901FT03 | |
| 9/12 | From DDA *8665,To DDA *8681 | 3,405.68- |
| 9/12 | From DDA *8665,To DDA *8681,CC payment | 6,520.67- |
| 9/12 | From DDA *8665,To DDA *8630,P/R 9-15-17 | 74,175.00- |
| 9/14 | Wire Transfer Debit Arthur J Brass | 1,750.00- |
| | IBC LAREDO | |
| | 20170914MMQFMP9H000651 | |
| | 20170914K4QLE01C000750 | |
| | 09141417FT03 | |
| 9/15 | From DDA *8665,To DDA *8681,CC | 1,691.80- |
| 9/15 | From DDA *8665,To DDA *8630,P/R | 6,823.83- |
| 9/18 | Wire Transfer Debit Arthur J Brass | 11,500.00- |
| | IBC LAREDO | |
| | 20170918MMQFMP9H000116 | |
| | 20170918K4QLE01C000161 | |
| | 09180942FT03 | |
| 9/19 | From DDA *8665,To DDA *8681,A/P | 66.00- |

Debtor000061

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
ASPHALT SALES ACCOUNT
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  9/29/17    Page    5
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/21 | From DDA *8665,To DDA *8681,Service Charges | 826.55- |
| 9/21 | From DDA *8665,To DDA *8630,401k | 1,018.82- |
| 9/22 | From DDA *8665,To DDA *8681,A/P | 58,000.00- |
| 9/25 | Payment    ATT CCD    TemporaryAccountName | 1,958.48- |
| 9/27 | From DDA *8665,To DDA *8630 | 82,866.72- |
| 9/27 | From DDA *8665,To DDA *8681 | 217,336.05- |
| 9/28 | Wire Transfer Debit Joseph A. Mattingly | 45,841.50- |



IBERIABANK
20170928MMQFMP9H000130
20170928MMQFMP9H000201
09280947FTO3

| Date | Description | Amount |
|------|-------------|--------|
| 9/28 | From DDA *8665,To DDA *8681 | 500.00- |
| 9/29 | DIRECT DBT   AL-DEPT OF REV CCD   GULF COAST ASPHALT COM | 50.00- |
| 9/29 | DIRECT DBT   AL-DEPT OF REV CCD   GULF COAST ASPHALT COM | 50.00- |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/01 | 1,874,161.95 | 9/12 | 45,553.10 | 9/22 | 11,468.68 |
| 9/05 | 1,915,849.45 | 9/14 | 43,803.10 | 9/25 | 9,510.20 |
| 9/06 | 1,864,849.45 | 9/15 | 35,287.47 | 9/26 | 17,044.44 |
| 9/07 | 1,866,719.45 | 9/18 | 23,787.47 | 9/27 | 66,841.67 |
| 9/08 | 176,654.45 | 9/19 | 23,721.47 | 9/28 | 20,500.17 |
| 9/11 | 139,654.45 | 9/21 | 69,468.68 | 9/29 | 20,400.17 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000062

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                                Date 10/31/17      Page    1
                                                Account Number   *******8665
     GULF COAST ASPHALT COMPANY LLC
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
     --------------------------- CHECKING ACCOUNT -------------------------------

     COMMERCIAL CHECKING ANALYSIS                                              0
     Account Number            *******8665   Statement Dates  10/02/17 thru 10/31/17
     Previous Balance            20,400.17    Days this Statement Period       30
          6 Deposits/Credits  5,188,971.24    Average Ledger            1,641,968.31
         25 Checks/Debits     1,877,546.85    Average Collected         1,597,186.21
     Service Charge                    .00
     Interest Paid                     .00
     Current Balance          3,331,824.56
```

```
                             Deposits and Additions
     Date      Description                          Amount
     10/02     Wire Transfer Credit             1,159,580.75
               VALT ASPHALT SARL
               P.O. BOX 384 GENEVA    1211 GEN
               BANK OF AMERICA, N.A. LONDON
               2 KING EDWARD ST.
               LONDON,GB EC1A 1HQ
               20171002B6B7HU2RO03665
               20171002MMQFMP9H000032
               10020536FT03
     10/06     Deposit                            335,865.75
     10/10     Wire Transfer Credit             1,437,426.08
               INVERSIONES TITANIO, S.R.L.
               AV.L+PE DE VEGA NO.29, EDIF. N
               CENTRO PISO 14, SUITE 1405
               BANCO DOMINICANO DEL PROGRESO
               FX ACCOUNT
               SANTO DOMINGO, DOMINICAN REP.
               /RFB/PAGO DE FLETE SEGUN FACTU
               20171010B6B7001C002381
               20171010MMQFMP9H000077
               10100647FT03
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000063

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                      $ _____

## TOTAL                                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING            $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



**Member**

### FDIC



**EQUAL HOUSING LENDER**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000064

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/17      Page      2
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 10/27 | Wire Transfer Credit | 653,329.46 |
| | VALT ASPHALT SARL | |
| | P.O. BOX 384 GENEVA   1211 GEN | |
| | BANK OF AMERICA, N.A. LONDON | |
| | 2 KING EDWARD ST. | |
| | LONDON,GB EC1A 1HQ | |
| | 20171027B6B7HU2R002766 | |
| | 20171027MMQFMP9H000053 | |
| | 10270526FT03 | |
| 10/27 | Wire Transfer Credit | 1,555,936.20 |
| | GUNVOR SA | |
| | RUE DU RHONE 80-84 | |
| | 1204 GENEVE | |
| | BQE INTL DE COMMERCE   BRED  S | |
| | SA | |
| | 1 PLACE LONGEMALLE | |
| | GENEVA, 1204, CHE | |
| | INVOICE 14462 | |
| | 6198.949SHORT TONS OF ASPHALT | |
| | SHIPPED ON BOARD MV 'IVER BLES | |
| | IMO9588287 | |
| | 20171027B1Q8181C000752 | |
| | 20171027MMQFMP9H000635 | |
| | 10271234FT03 | |
| 10/31 | Wire Transfer Credit | 46,833.00 |
| | THE TICKET EXPERIENCE LLC | |
| | DBA EVENTELLECT MASTER BILLING | |
| | 3311 WEST ALABAMA,SUITE 200 | |
| | HOUSTON, TX | |
| | 20171031B6B7HU2R015232 | |
| | 20171031MMQFMP9H000976 | |
| | 10311427FT03 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 10/02 | Wire Transfer Debit | 7,500.00- |
| | John D Tomaszewski | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000065

STATEMENT OF ACCOUNT

# iBERIABANK

Date 10/31/17    Page    3
Account Number    *******8665

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | JPMCHASE TEXAS 20171002MMQFMP9H000042 20171002B1QGC01R010833 10020802FT03 | |
| 10/02 | Wire Transfer Debit Perdido Supply & Trading | 11,444.04- |
| | 11 Greenway Plaza Suite 2950 Houston, Texas 77046 JPMCHASE TEXAS 20171002MMQFMP9H000004 20171002B1QGC01R010734 10020801FT03 | |
| 10/02 | Wire Transfer Debit Perdido Supply & Trading | 33,000.00- |
| | 11 Greenway Plaza Suite 2950 Houston, Texas 77046 JPMCHASE TEXAS 20171002MMQFMP9H000064 20171002B1QGC01R010960 10020803FT03 | |
| 10/02 | Wire Transfer Debit Shell Oil Products US | 107,137.23- |
| | 777 Walker Street Houston, Texas 77002 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000066

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date 10/31/17     Page    4
GULF COAST ASPHALT COMPANY LLC            Account Number    *******8665
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | CITIBANK NYC | |
| | 20171002MMQFMP9H000023 | |
| | 20171002B1Q8021R007740 | |
| | 10020802FT03 | |
| 10/02 | From DDA *8665,To DDA *8681 | 208,504.25- |
| 10/04 | From DDA *8665,To DDA *8681,Nicolas, C Expenses | 1,015.40- |
| 10/04 | From DDA *8665,To DDA *8681,YPO | 6,500.00- |
| 10/04 | From DDA *8665,To DDA *8681,Bloomberg | 7,083.10- |
| 10/04 | From DDA *8665,To DDA *8681,A/P | 63,486.58- |
| 10/04 | From DDA *8665,To DDA *8630,Payroll 10/13/17 | 79,092.41- |
| 10/06 | Wire Transfer Debit John D Tomaszewski | 1,000.83- |
| | JPMCHASE TEXAS | |
| | 20171006MMQFMP9H000877 | |
| | 20171006B1QGC01R039149 | |
| | 10061336FT03 | |
| 10/06 | Wire Transfer Debit SANDRA BRASS | 100,000.00- |
| | WELLS FARGO NA | |
| | 20171006MMQFMP9H001161 | |
| | 20171006I1B7031R016145 | |
| | 10061457FT03 | |
| 10/06 | From DDA *8665,To DDA *8681,Iberia CC | 2,921.97- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000067

STATEMENT OF ACCOUNT

# IBERIABANK

Date 10/31/17      Page     5
Account Number    *******8665

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 10/06 | From DDA *8665,To DDA *8673,Cl<br>ark A/R | 335,865.75- |
| 10/10 | Wire Transfer Debit<br>Joseph A. Mattingly<br><br>IBERIABANK<br>20171010MMQFMP9H001782<br>20171010MMQFMP9H000931<br>10101651FTO3 | 49,998.57- |
| 10/11 | Wire Transfer Debit<br>Kraton Polymers U.S. LLC<br><br>15710 John F. Kennedy Blvd<br>Suite 300<br>Houston, Texas 77032<br>BK AMER NYC<br>20171011MMQFMP9H000558<br>20171011B6B7HU4R007707<br>10111301FTO3 | 49,207.18- |
| 10/11 | From DDA *8665,To DDA *8681 | 25,000.00- |
| 10/13 | Wire Transfer Debit<br>A J Brass<br><br>IBC Bank<br>TRANSFER<br>20171013MMQFMP9H000523<br>20171013K4QLE01C000473<br>10131153FTO3 | 150,000.00- |
| 10/18 | From DDA *8665,To DDA *8630,P/<br>R 10/27 & 11/10/17 | 136,820.25- |
| 10/19 | Wire Transfer Debit<br>SANDRA BRASS | 100,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000068

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/17    Page    6
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS         *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | WELLS FARGO NA<br>20171019MMQFMP9H000519<br>20171019I1B7032R009388<br>10191209FTO3 | |
| 10/19 | Wire Transfer Debit<br>Joyce Mericle Brass | 100,000.00- |
| | JPMCHASE TEXAS<br>20171019MMQFMP9H000521<br>20171019B1QGC01R029340<br>10191209FTO3 | |
| 10/24 | Payment    ATT<br>CCD   TemporaryAccountName | 1,773.97- |
| 10/26 | Wire Transfer Debit<br>Arthur J Brass | 2,000.00- |
| | IBC LAREDO<br>20171026MMQFMP9H000314<br>20171026K4QLE01C000223<br>10261026FTO3 | |
| 10/26 | From DDA *8665,To DDA *8681 | 20,000.00- |
| 10/30 | From DDA *8665,To DDA *8681,A/<br>P | 278,195.32- |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/02 | 812,395.40 | 10/06 | 551,295.11 | 10/11 | 1,864,515.44 |
| 10/04 | 655,217.91 | 10/10 | 1,938,722.62 | 10/13 | 1,714,515.44 |

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/17     Page     7
Account Number     *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/18 | 1,577,695.19 | 10/26 | 1,353,921.22 | 10/31 | 3,331,824.56 |
| 10/19 | 1,377,695.19 | 10/27 | 3,563,186.88 | | |
| 10/24 | 1,375,921.22 | 10/30 | 3,284,991.56 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000070

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17     Page    1
Account Number    *******8665

```
-------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                          0
Account Number              *******8665   Statement Dates  11/01/17 thru 11/30/17
Previous Balance            3,331,824.56   Days this Statement Period        30
    4 Deposits/Credits      5,234,457.70   Average Ledger            4,013,370.06
   31 Checks/Debits         5,842,617.06   Average Collected         4,013,370.06
Service Charge                      .00
Interest Paid                       .00
Current Balance             2,723,665.20

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|--------|
| 11/02 | Wire Transfer Credit | 1,480,307.15 |
| | GUNVOR SA | |
| | RUE DU RHONE 80-84 | |
| | 1204 GENEVE | |
| | BQE INTL DE COMMERCE   BRED S | |
| | SA | |
| | 1 PLACE LONGEMALLE | |
| | GENEVA, 1204, CHE | |
| | INV. 14461 - 6042 SHORT TONS O | |
| | SHIPPED ON BOARD MV 'DA HUA SH | |
| | IMO9779757 | |
| | 20171102B1Q8181C000742 | |
| | 20171102MMQFMP9H000774 | |
| | 11021535FT03 | |
| 11/06 | Wire Transfer Credit | 2,047,556.55 |
| | CHEV PRODUCTS CO. -INTL. LOGIS | |
| | 6001 BOLLINGER CANYON ROAD | |
| | BUILDING E 2ND FLOOR SAN RAMON | |
| | CALIFORNIA 94583 | |
| | IV:14477 | |
| | 20171106B1Q8021C012635 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000071

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

**CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                    $ _____

## TOTAL                                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING                          $ _____

## BALANCE                                   $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement  on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your account at any time.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date 11/30/17    Page    2
    GULF COAST ASPHALT COMPANY LLC      Account Number   *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20171106MMQFMP9H000080 | |
|      | 11060704FTO3 | |
| 11/10 | Wire Transfer Credit | 273,000.00 |
|      | INVERSIONES TITANIO, S.R.L. | |
|      | AV.L+PE DE VEGA NO.29, EDIF. N | |
|      | CENTRO PISO 14, SUITE 1405 | |
|      | BANCO DOMINICANO DEL PROGRESO | |
|      | FX ACCOUNT | |
|      | SANTO DOMINGO, DOMINICAN REP. | |
|      | /INV/PAGO DE FLETE SEGUN //FAC | |
|      | ██████████ | |
|      | 20171110B6B7001C001668 | |
|      | 20171110MMQFMP9H000100 | |
|      | 11100742FTO3 | |
| 11/21 | Wire Transfer Credit | 1,433,594.00 |
|      | INVERSIONES TITANIO, S.R.L. | |
|      | AV.L+PE DE VEGA NO.29, EDIF. N | |
|      | CENTRO PISO 14, SUITE 1405 | |
|      | BANCO DOMINICANO DEL PROGRESO | |
|      | FX ACCOUNT | |
|      | SANTO DOMINGO, DOMINICAN REP. | |
|      | /INV/PAGO FACTURA NO. 14492 | |
|      | 20171121B6B7001C005156 | |
|      | 20171121MMQFMP9H000283 | |
|      | 11211001FTO3 | |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 11/01 | Wire Transfer Debit | 3,000.00- |
|      | Arthur J Brass | |
|      | ████████████████ | |
|      | IBC LAREDO | |
|      | 20171101MMQFMP9H000741 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000073

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17     Page    3
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20171101K4QLE01C000357 | |
| | 11011132FT03 | |
| 11/01 | Wire Transfer Debit | 7,500.00- |
| | John D Tomaszewski | |
| | ██████████████ r | |
| | ██████████████ | |
| | JPMCHASE TEXAS | |
| | 20171101MMQFMP9H000380 | |
| | 20171101B1QGC01R023628 | |
| | 11011019FT03 | |
| 11/01 | Wire Transfer Debit | 8,000.00- |
| | Perdido Supply & Trading | |
| | ███████████ | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20171101MMQFMP9H000383 | |
| | 20171101B1QGC01R023666 | |
| | 11011019FT03 | |
| 11/01 | Wire Transfer Debit | 25,000.00- |
| | Perdido Supply & Trading | |
| | █████████ | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20171101MMQFMP9H001051 | |
| | 20171101B1QGC01R039313 | |
| | 11011230FT03 | |
| 11/01 | Wire Transfer Debit | 47,223.02- |
| | Kraton Polymers U.S. LLC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000074

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17    Page    4
Account Number    *******8665

---

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

**Withdrawals and Deductions**

| Date | Description | Amount |
|------|-------------|--------|
| | ███████ | |
| | 15710 John F. Kennedy Blvd | |
| | Suite 300 | |
| | Houston, Texas 77032 | |
| | BK AMER NYC | |
| | 20171101MMQFMP9H002135 | |
| | 20171101B6B7HU4R014172 | |
| | 11011556FTO3 | |
| 11/01 | From DDA *8665,To DDA *8681 | 42,579.77- |
| 11/02 | Wire Transfer Debit | 8,700.86- |
| | Perdido Supply & Trading | |
| | ██████ | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20171102MMQFMP9H000269 | |
| | 20171102B1QGC01R022585 | |
| | 11021044FTO3 | |
| 11/02 | Wire Transfer Debit | 50,000.00- |
| | Arthur J Brass | |
| | ████████████ | |
| | IBC LAREDO | |
| | 20171102MMQFMP9H000267 | |
| | 20171102K4QLE01C000212 | |
| | 11021043FTO3 | |
| 11/02 | From DDA *8665,To DDA *8681 | 10,000.00- |
| 11/03 | Wire Transfer Debit | 590.08- |
| | John D Tomaszewski | |
| | ██████ | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000075

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC                 Date 11/30/17      Page    5
1990 POST OAK BLVD SUITE 2400                  Account Number    *******8665
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS           *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | JPMCHASE TEXAS | |
| | 20171103MMQFMP9H000438 | |
| | 20171103B1QGC01R019964 | |
| | 11031037FT03 | |
| 11/03 | Wire Transfer Debit | 6,314.46- |
| | Jason B Goldstein, Amy Goldste | |
| | IBERIABANK | |
| | 20171103MMQFMP9H000436 | |
| | 20171103MMQFMP9H000337 | |
| | 11031037FT03 | |
| 11/03 | From DDA *8665,To DDA *8681 | 22,000.00- |
| 11/03 | From DDA *8665,To DDA *8681 | 155,370.97- |
| 11/06 | DIRECT DBT   AL-DEPT OF REV | 50.00- |
| | CCD    GULF COAST ASPHALT COM | |
| 11/07 | Wire Transfer Debit | 100,000.00- |
| | SANDRA BRASS | |
| | WELLS FARGO NA | |
| | 20171107MMQFMP9H001152 | |
| | 20171107I1B7031R014296 | |
| | 11071517FT03 | |
| 11/07 | Wire Transfer Debit | 330,000.00- |
| | GENERAL OIL CO, INC | |
| | 1230 AVE OF THE AMERICAS | |
| | NEW YORK, NEW YORK 10020 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000076

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 11/30/17    Page    6
        GULF COAST ASPHALT COMPANY LLC        Account Number   *******8665
        1990 POST OAK BLVD SUITE 2400
        HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | REGIONS BK<br>20171107MMQFMP9H001134<br>20171107F2QCZ00C003512<br>11071510FTO3 | |
| 11/10 | Wire Transfer Debit<br>Joseph A. Mattingly | 20,520.00- |
| | IBERIABANK<br>20171110MMQFMP9H000805<br>20171110MMQFMP9H000538<br>11101243FTO3 | |
| 11/10 | Wire Transfer Debit<br>Arthur J Brass | 100,000.00- |
| | IBC LAREDO<br>20171110MMQFMP9H000035<br>20171110K4QLE01C000146<br>11100801FTO3 | |
| 11/10 | Wire Transfer Debit<br>ASPHALTOS TRADE SA | 251,136.26- |
| | PANAMA CITY<br>REPUBLIC OF PANAMA<br>WELLSFARGO NY INTL<br>20171110MMQFMP9H000226<br>20171110B6B7001C001853<br>11100935FTO3 | |
| 11/10 | From DDA *8665,To DDA *8630,401k | 914.34- |
| 11/10 | From DDA *8665,To DDA *8681,A/P | 189,932.51- |

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17      Page      7
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 11/17 | Wire Transfer Debit<br>Arthur J Brass<br><br>IBC LAREDO<br>20171117MMQFMP9H001114<br>20171117K4QLE01C000657<br>11171257FT03 | 18,000.00- |
| 11/17 | Wire Transfer Debit<br>VITOL INC<br><br>2925 RICHMOND AVE<br>11TH FLOOR<br>HOUSTON, TX<br>JPMCHASE<br>20171117MMQFMP9H000266<br>20171117B1QGC01R015810<br>11170944FT03 | 4,000,000.00- |
| 11/17 | From DDA *8665,To DDA *8681,A/P | 9,753.05- |
| 11/20 | From DDA *8665,To DDA *8681,A/P | 1,650.84- |
| 11/21 | Wire Transfer Debit<br>CLEARLAKE SHIPPING PTE LTD<br><br>12 MARINA BLVD<br>35-02 MARINA BAY TOWER<br>SINGAPORE 018982 SINGAPORE<br>WELLS FARGO NA<br>20171121MMQFMP9H001152<br>20171121I1B7033R014770<br>11211418FT03 | 298,346.21- |
| 11/21 | From DDA *8665,To DDA *8630,P/R | 93,683.64- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000078

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17     Page    8
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 11/24 | Payment     ATT | 1,851.05- |
|       | CCD   TemporaryAccountName | |
| 11/27 | Wire Transfer Debit | 25,000.00- |
|       | Arthur J Brass | |
|       | IBC LAREDO | |
|       | 20171127MMQFMP9H001812 | |
|       | 20171127K4QLE01C000973 | |
|       | 11271656FT03 | |
| 11/30 | Wire Transfer Debit | 7,500.00- |
|       | John D Tomaszewski | |
|       | JPMCHASE TEXAS | |
|       | 20171130MMQFMP9H001640 | |
|       | 20171130B1QGC01R060218 | |
|       | 11301434FT03 | |
| 11/30 | Wire Transfer Debit | 8,000.00- |
|       | Perdido Supply & Trading | |
|       | 11 Greenway Plaza | |
|       | Suite 2950 | |
|       | Houston, Texas 77046 | |
|       | JPMCHASE TEXAS | |
|       | 20171130MMQFMP9H001636 | |
|       | 20171130B1QGC01R060179 | |
|       | 11301433FT03 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 3,198,521.77 | 11/02 | 4,610,128.06 | 11/03 | 4,425,852.55 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000079

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 11/30/17    Page    9
Account Number    *******8665

---

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/06 | 6,473,359.10 | 11/17 | 1,726,102.94 | 11/24 | 2,764,165.20 |
| 11/07 | 6,043,359.10 | 11/20 | 1,724,452.10 | 11/27 | 2,739,165.20 |
| 11/10 | 5,753,855.99 | 11/21 | 2,766,016.25 | 11/30 | 2,723,665.20 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000080

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                         Date 12/29/17     Page    1
                                         Account Number   *******8665
   GULF COAST ASPHALT COMPANY LLC
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

```
----------------------- CHECKING ACCOUNT -----------------------------

COMMERCIAL CHECKING ANALYSIS                                           0
Account Number           *******8665  Statement Dates  12/01/17 thru 12/31/17
Previous Balance         2,723,665.20  Days this Statement Period       31
     7 Deposits/Credits  7,577,357.67  Average Ledger          4,697,206.23
    26 Checks/Debits     5,723,897.77  Average Collected       4,697,206.23
Service Charge                    .00
Interest Paid                     .00
Current Balance          4,577,125.10
```

```
                          Deposits and Additions
Date    Description                          Amount
12/01   Wire Transfer Credit          1,039,500.00
        SEMMATERIALS MEXICO S DE RL CV
        PRIVADA UNIVERSIDAD 3CARRETERA
        DERAL PUEBLA ATLIXCO
        MX/PUEBLA PUEBLA CP 72820
        BBVA BANCOMER S.A., INSTITUCIO
        AV PASEO DE LA REFORMA 510 PIS
        COL JUAREZ DEL CUAUHTEMOC
        MEXICO DF MEXICO 06600-
        20171201B1QGC05C003909
        20171201MMQFMP9H000604
        12011133FT03
12/01   Wire Transfer Credit          1,720,960.13
        VALT ASPHALT SARL
        P.O. BOX 384 GENEVA    1211 GEN
        BANK OF AMERICA, N.A. LONDON
        2 KING EDWARD ST.
        LONDON,GB EC1A 1HQ
        20171201B6B7HU4R002510
        20171201MMQFMP9H000038
        12010439FT03
12/07   Wire Transfer Credit          1,027,404.54
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000081

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

| CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT | | |
|---|---|---|
| No. | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT  $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)  $ _____

## TOTAL  $ _____

## SUBTRACT—

CHECKS OUTSTANDING  $ _____

## BALANCE  $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

 **Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

 **EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account (less any closing date which includes principal). If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17    Page    2
Account Number   *******8665

---

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| | BBVA BANCOMER, S.A. | |
| | (PAYMENT ORDER DEPT.) | |
| | AVENIDA UNIVERSIDAD | |
| | 1200 COLONIA XOCO, 03339 MEXIC | |
| | PAYMENT INVOICE 14532, FOR 7,6 | |
| | 2 SHORT TONS | |
| | 20171207B1Q8154C008365 | |
| | 20171207MMQFMP9H001097 | |
| | 12071655FT01 | |
| 12/08 | Wire Transfer Credit | 95,945.86 |
| | CHEV PRODUCTS CO. -INTL. LOGIS | |
| | 6001 BOLLINGER CANYON ROAD | |
| | BUILDING E 2ND FLOOR SAN RAMON | |
| | CALIFORNIA 94583 | |
| | IV:14521 | |
| | 20171208B1Q8021C008767 | |
| | 20171208MMQFMP9H000040 | |
| | 12080309FT01 | |
| 12/14 | Wire Transfer Credit | 165,929.71 |
| | UNITED REFINING CO LOCKBOX ACC | |
| | ATTN TREAUSRY DEPT | |
| | PO BOX 45  DEPT 0300 | |
| | WARREN PA 16365-0780 | |
| | PNC BANK PITTSBURGH | |
| | 20171214D3B74V5C000663 | |
| | 20171214MMQFMP9H000452 | |
| | 12141107FT01 | |
| 12/18 | Wire Transfer Credit | 1,505,315.88 |
| | COLAS SA | |
| | 7 PL RENE CLAIR | |
| | 92100 BOULOGNE BILLANCOURT | |
| | CREDIT LYONNAIS | |
| | 19 BOULEVARD DES ITALIENS | |
| | PARIS FRANCE 92583 | |
| | INVOICES 14488R, 14487R BITUME | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000083

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17     Page     3
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|--------|
|      | FREIGHT POUR LE CPTE DE SOGETR | |
|      | COLAS MARTINIQUE | |
|      | 20171218B1QGC03C000989 | |
|      | 20171218MMQFMP9H000101 | |
|      | 1218080OFTO1 | |
| 12/22 | Wire Transfer Credit | 2,022,301.55 |
|      | CHEV PRODUCTS CO. -INTL. LOGIS | |
|      | 6001 BOLLINGER CANYON ROAD | |
|      | BUILDING E 2ND FLOOR SAN RAMON | |
|      | CALIFORNIA 94583 | |
|      | IV:14546 | |
|      | 20171222B1Q8021C010387 | |
|      | 20171222MMQFMP9H000041 | |
|      | 12220322FTO1 | |

**Withdrawals and Deductions**

| Date | Description | Amount |
|------|-------------|--------|
| 12/01 | Wire Transfer Debit | 46,032.52- |
|      | Kraton Polymers U.S. LLC | |
|      | 15710 John F. Kennedy Blvd | |
|      | Suite 300 | |
|      | Houston, Texas 77032 | |
|      | BK AMER NYC | |
|      | 20171201MMQFMP9H000666 | |
|      | 20171201B6B7HU2R006837 | |
|      | 12011044FTO3 | |
| 12/01 | From DDA *8665,To DDA *8681,ac | 50,000.00- |
|      | cts pay | |
| 12/04 | Wire Transfer Debit | 25,000.00- |
|      | Perdido Supply & Trading | |
|      | 11 Greenway Plaza | |
|      | Suite 2950 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000084

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17     Page     4
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20171204MMQFMP9H001245 | |
| | 20171204B1QGC01R049066 | |
| | 12041506FTO1 | |
| 12/04 | Wire Transfer Debit | 50,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20171204MMQFMP9H000146 | |
| | 20171204K4QLE01C000192 | |
| | 12040933FTO1 | |
| 12/06 | Wire Transfer Debit | 272,726.31- |
| | ASPHALTOS TRADE SA | |
| | PANAMA CITY | |
| | REPUBLIC OF PANAMA | |
| | WELLSFARGO NY INTL | |
| | 20171206MMQFMP9H000869 | |
| | 20171206B6B7001C006048 | |
| | 12061344FTO1 | |
| 12/06 | From DDA *8665,To DDA *8630,Payroll 12/08/17 | 87,327.32- |
| 12/07 | From DDA *8665,To DDA *8681,AP | 14,604.84- |
| 12/08 | Wire Transfer Debit | 50,000.00- |
| | SANDRA BRASS | |
| | WELLS FARGO NA | |
| | 20171208MMQFMP9H001853 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000085

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17    Page    5
Account Number   *******8665

---

COMMERCIAL CHECKING ANALYSIS         *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20171208I1B7032R017419 | |
| | 12081534FTO1 | |
| 12/11 | From DDA *8665,To DDA *8630,pa yroll | 6,361.77- |
| 12/12 | Wire Transfer Debit | 8,800.54- |
| | Hunt Refining Company | |
| | 2200 Jack Warner Parkway | |
| | Suite 400 | |
| | Tuscaloosa, Alabama 35401 | |
| | WELLS FARGO NA | |
| | 20171212MMQFMP9H001724 | |
| | 20171212I1B7032R017577 | |
| | 12121640FTO1 | |
| 12/12 | Wire Transfer Debit | 100,000.00- |
| | PCI MIDDLE MARKET | |
| | AB PCI MIDDLE MARKET DIRECT LE | |
| | STATE ST BOS | |
| | CALL 14 | |
| | 20171212MMQFMP9H001824 | |
| | 20171212A1Q002AC013089 | |
| | 12121713FTO1 | |
| 12/13 | Wire Transfer Debit | 15,355.51- |
| | Joseph A. Mattingly | |
| | IBERIABANK | |
| | 20171213MMQFMP9H001672 | |
| | 20171213MMQFMP9H001083 | |
| | 12131632FTO1 | |
| 12/14 | Wire Transfer Debit | 11,969.89- |
| | HOLMAN FENWICK WILLAN | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000086

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                              Date 12/29/17    Page    6
GULF COAST ASPHALT COMPANY LLC                Account Number   *******8665
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS        *******8665  (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | FIARY COURT<br>68 CRUTCHED FRIARS<br>LONDON EC3N2AE UNITED KINGDOM<br>WELLSFARGO NY INTL<br>20171214MMQFMP9H000533<br>20171214B6B7001C003858<br>12141141FT01 | |
| 12/15 | Wire Transfer Debit<br>John D Tomaszewski | 10,000.00- |
| | JPMCHASE TEXAS<br>20171215MMQFMP9H000392<br>20171215B1QGC01R020151<br>12150958FT01 | |
| 12/15 | Wire Transfer Debit<br>Kenny Hucker | 25,000.00- |
| | REGIONS<br>20171215MMQFMP9H001531<br>20171215F2QCZ00C004015<br>1215330FT01 | |
| 12/15 | Wire Transfer Debit<br>Joyce Mericle Brass | 65,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000087

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17     Page    7
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | JPMCHASE TEXAS | |
| | 20171215MMQFMP9H000274 | |
| | 20171215B1QGC01R018293 | |
| | 12150940FT01 | |
| 12/15 | Wire Transfer Debit | 65,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20171215MMQFMP9H000284 | |
| | 20171215K4QLE01C000242 | |
| | 12150940FT01 | |
| 12/15 | Wire Transfer Debit | 3,700,000.00- |
| | VITOL INC | |
| | 2925 RICHMOND AVE | |
| | 11TH FLOOR | |
| | HOUSTON, TX | |
| | JPMCHASE | |
| | 20171215MMQFMP9H001526 | |
| | 20171215B1QGC01R047523 | |
| | 12151328FT01 | |
| 12/15 | From DDA *8665,To DDA *8681,A/ | 29,533.83- |
| | P | |
| 12/19 | Wire Transfer Debit | 50,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20171219MMQFMP9H001403 | |
| | 20171219K4QLE01C000804 | |
| | 12191524FT01 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000088

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 12/29/17    Page     8
     GULF COAST ASPHALT COMPANY LLC           Account Number   *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date  | Description | Amount |
|-------|-------------|--------|
| 12/19 | Wire Transfer Debit<br>Arthur J Brass | 110,000.00- |
|       | IBC LAREDO<br>20171219MMQFMP9H000081<br>20171219K4QLE01C000159<br>12190852FTO1 | |
| 12/21 | Wire Transfer Debit<br>SANDRA BRASS | 150,000.00- |
|       | WELLS FARGO NA<br>20171221MMQFMP9H002201<br>20171221I1B7031R025229<br>12211750FTO1 | |
| 12/21 | From DDA *8665,To DDA *8630,40<br>1k | 6,286.77- |
| 12/21 | From DDA *8665,To DDA *8681,A/<br>P | 98,102.84- |
| 12/22 | Wire Transfer Debit<br>Arthur J Brass | 675,000.00- |
|       | IBC LAREDO<br>20171222MMQFMP9H001803<br>20171222K4QLE01C000759<br>12221317FTO1 | |
| 12/26 | Payment   ATT<br>CCD   TemporaryAccountName | 1,795.63- |

Debtor000089

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 12/29/17    Page    9
Account Number   *******8665

---

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/01 | 5,388,092.81 | 12/11 | 6,005,422.97 | 12/18 | 3,646,008.79 |
| 12/04 | 5,313,092.81 | 12/12 | 5,896,622.43 | 12/19 | 3,486,008.79 |
| 12/06 | 4,953,039.18 | 12/13 | 5,881,266.92 | 12/21 | 3,231,619.18 |
| 12/07 | 5,965,838.88 | 12/14 | 6,035,226.74 | 12/22 | 4,578,920.73 |
| 12/08 | 6,011,784.74 | 12/15 | 2,140,692.91 | 12/26 | 4,577,125.10 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000090

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                        Date  1/31/18    Page    1
                                        Account Number   *******8665

     GULF COAST ASPHALT COMPANY LLC
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
---------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                              1
Account Number              *******8665   Statement Dates  1/01/18 thru  1/31/18
Previous Balance            4,577,125.10  Days this Statement Period      31
    14 Deposits/Credits    15,405,475.96  Average Ledger           7,312,877.69
    34 Checks/Debits       16,963,821.84  Average Collected        7,312,877.69
Service Charge                      .00
Interest Paid                       .00
Current Balance             3,018,779.22
```

```
                          Deposits and Additions
Date      Description                              Amount
1/05      Wire Transfer Credit                  22,373.02
          CHEV PRODUCTS CO. -INTL. LOGIS
          6001 BOLLINGER CANYON ROAD
          BUILDING E 2ND FLOOR SAN RAMON
          CALIFORNIA 94583
          IV:14559
          ██████████████
          20180105B1Q8021C008444
          20180105MMQFMP9H000033
          01050256FT01
1/08      Wire Transfer Credit               5,221,425.38
          BITUMAR USA INC
          11155 STE-CATHERINE EST
          MONTREAL QC H1B 0A4       (FM)
          CANADA     XX .
          PNC BANK SOUTH CENTRAL
          20180108D3B74VHC000732
          20180108MMQFMP9H000468
          01081210FT01
1/09      Transfer Credit                     315,567.41
1/11      Wire Transfer Credit                741,272.96
          VALT ASPHALT SARL
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000091

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN ON THIS STATEMENT                        $ _____

## ADD

DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)                        $ _____

## TOTAL                        $ _____

## SUBTRACT—

CHECKS OUTSTANDING                        $ _____

## BALANCE                        $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000092

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                        Date  1/31/18    Page    2
     GULF COAST ASPHALT COMPANY LLC      Account Number  *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|--------|
| | P.O. BOX 384 GENEVA   1211 GEN | |
| | BANK OF AMERICA, N.A. LONDON | |
| | 2 KING EDWARD ST. | |
| | LONDON,GB EC1A 1HQ | |
| | 20180111B6B7HU2R002396 | |
| | 20180111MMQFMP9H000052 | |
| | 01110508FTO1 | |
| 1/12 | Wire Transfer Credit | 1,834,432.34 |
| | BNP PARIBAS (SUISSE) SA | |
| | 2, PLACE DE HOLLANDE | |
| | 1211 GENEVA SWITZERLAND //CH | |
| | IN TOTAL CANCELLATION OF | |
| | BPPBCHGGXXX STAND BY LC | |
| | LCIS81372875 - INV. 14563 | |
| | 20180112B1Q8201C002395 | |
| | 20180112MMQFMP9H000251 | |
| | 01120918FTO1 | |
| 1/16 | Wire Transfer Credit | 13,665.30 |
| | THE TICKET EXPERIENCE LLC | |
| | DBA EVENTELLECT MASTER BILLING | |
| | 3311 WEST ALABAMA,SUITE 200 | |
| | HOUSTON, TX | |
| | 20180116B6B7HU4R018070 | |
| | 20180116MMQFMP9H001338 | |
| | 01161608FTO1 | |
| 1/17 | Wire Transfer Credit | 2,174,023.65 |
| | CHEV PRODUCTS CO. -INTL. LOGIS | |
| | 6001 BOLLINGER CANYON ROAD | |
| | BUILDING E 2ND FLOOR SAN RAMON | |
| | CALIFORNIA 94583 | |
| | IV:14571 | |
| | ▬▬▬▬▬▬ | |
| | 20180117B1Q8021C007170 | |
| | 20180117MMQFMP9H000033 | |
| | 01170307FTO1 | |
| 1/18 | Wire Transfer Credit | 1,016,818.13 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000093

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                         Date  1/31/18     Page    3
      GULF COAST ASPHALT COMPANY LLC      Account Number   *******8665
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|      | BBVA BANCOMER, S.A. | |
|      | (PAYMENT ORDER DEPT.) | |
|      | AVENIDA UNIVERSIDAD | |
|      | 1200 COLONIA XOCO, 03339 MEXIC | |
|      | INVOICE 14578 PAYMENT IN ADVAN | |
|      | 20180118B1Q8154C004801 | |
|      | 20180118MMQFMP9H000594 | |
|      | 01181322FT01 | |
| 1/22 | Wire Transfer Credit | 1,090,307.09 |
|      | BBVA BANCOMER, S.A. | |
|      | (PAYMENT ORDER DEPT.) | |
|      | AVENIDA UNIVERSIDAD | |
|      | 1200 COLONIA XOCO, 03339 MEXIC | |
|      | SECOND PAYMENT OF INVOICE 1457 | |
|      | 20180122B1Q8152C005417 | |
|      | 20180122MMQFMP9H000570 | |
|      | 01221300FT01 | |
| 1/23 | Wire Transfer Credit | 1,636,707.22 |
|      | SOCIETE GENERALE ZURICH | |
|      | TALACKER 50 | |
|      | ZURICH, 8001, CHE | |
|      | CARGO PURCHASE INV. NR: 14579 | |
|      | MT NING HAI WAN | |
|      | 20180123B1Q8181C000590 | |
|      | 20180123MMQFMP9H000332 | |
|      | 01231043FT01 | |
| 1/25 | Wire Transfer Credit | 12,874.78 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | 311 SOUTH WACKER DRIVE, SUITE | |
|      | 60606 CHICAGO, ILLINOIS | |
|      | USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,NY,US 10038 | |
|      | 1276237/14587 | |
|      | 20180125B6B7HU2R009776 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000094

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  1/31/18     Page     4
     GULF COAST ASPHALT COMPANY LLC           Account Number    *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| | 20180125MMQFMP9H000793 | |
| | 01251401FTO1 | |
| 1/25 | Wire Transfer Credit | 213,292.78 |
| | MERCURIA ENERGY TRADING INC. | |
| | 311 SOUTH WACKER DRIVE, SUITE | |
| | 60606 CHICAGO, ILLINOIS | |
| | USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,NY,US 10038 | |
| | 1276153/14583 | |
| | 20180125B6B7HU3R008333 | |
| | 20180125MMQFMP9H000625 | |
| | 01251239FTO1 | |
| 1/30 | Wire Transfer Credit | 1,022,648.16 |
| | BNP PARIBAS U.S.A - NEW YORK B | |
| | NEW YORK,NY | |
| | UNITED STATES OF AMERICA | |
| | JV NET OUT | |
| | 20180130B1Q8201C002498 | |
| | 20180130MMQFMP9H000845 | |
| | 01301421FTO1 | |
| 1/31 | Wire Transfer Credit | 90,067.74 |
| | MERCURIA ENERGY TRADING INC. | |
| | 311 SOUTH WACKER DRIVE, SUITE | |
| | 60606 CHICAGO, ILLINOIS | |
| | USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,NY,US 10038 | |
| | 1276177/14584 | |
| | 20180131B6B7HU3R008479 | |
| | 20180131MMQFMP9H000463 | |
| | 01311031FTO1 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000095

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  1/31/18     Page    5
     GULF COAST ASPHALT COMPANY LLC          Account Number    *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS         *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 1/02 | Wire Transfer Debit<br>John D Tomaszewski<br><br>JPMCHASE TEXAS<br>20180102MMQFMP9H000100<br>20180102B1QGC01R014997<br>01020901FT01 | 7,500.00- |
| 1/02 | Wire Transfer Debit<br>Perdido Supply & Trading<br><br>11 Greenway Plaza<br>Suite 2950<br>Houston, Texas 77046<br>JPMCHASE TEXAS<br>20180102MMQFMP9H000102<br>20180102B1QGC01R015040<br>01020901FT01 | 8,000.00- |
| 1/02 | Wire Transfer Debit<br>HOUSTON STRIKERS LLC<br><br>5718 WESTHEIMER ROAD<br>STE 1710<br>HOUSTON, TX 77057<br>PROSPERITY BK ELCA<br>20180102MMQFMP9H001662<br>20180102QMGFNP62002751<br>01021626FT01 | 11,250.00- |
| 1/03 | Wire Transfer Debit<br>Arthur J Brass | 75,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# **i**BERIA**BANK**

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/18    Page    6
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ███████████ | |
| | IBC LAREDO | |
| | 20180103MMQFMP9H000137 | |
| | 20180103K4QLE01C000168 | |
| | 01030943FT01 | |
| 1/03 | Wire Transfer Debit | 165,929.71- |
| | KIRBY INLAND MARINE | |
| | ████████████ | |
| | 55 WAUGH DRIVE | |
| | SUITE 1000 | |
| | HOUSTON, TEXAS 77007 | |
| | JPMCHASE | |
| | 20180103MMQFMP9H001075 | |
| | 20180103B1QGC01R048589 | |
| | 01031517FT01 | |
| 1/04 | Wire Transfer Debit | 47,223.02- |
| | Kraton Polymers U.S. LLC | |
| | ██████████ | |
| | 15710 John F. Kennedy Blvd | |
| | Suite 300 | |
| | Houston, Texas 77032 | |
| | BK AMER NYC | |
| | 20180104MMQFMP9H001675 | |
| | 20180104B6B7HU4R012636 | |
| | 01041654FT01 | |
| 1/04 | Wire Transfer Debit | 50,000.00- |
| | Arthur J Brass | |
| | ███████████ | |
| | 11 Greenway Plaza 2950 | |
| | Houston, Texas 77046 | |
| | IBC LAREDO | |
| | 20180104MMQFMP9H000379 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/18    Page    7
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20180104K4QLE01C000209 | |
|      | 01041051FTO1 | |
| 1/04 | Wire Transfer Debit | 268,175.63- |
|      | ASPHALTOS TRADE SA | |
|      | IBAN CH66 0870 5999 2022 8430 | |
|      | PANAMA CITY | |
|      | REPUBLIC OF PANAMA | |
|      | WELLSFARGO NY INTL | |
|      | 20180104MMQFMP9H001733 | |
|      | 20180104B6B7001C009382 | |
|      | 01041744FTO1 | |
| 1/05 | Wire Transfer Debit | 15,285.50- |
|      | Joseph A. Mattingly | |
|      | IBERIABANK | |
|      | 20180105MMQFMP9H000851 | |
|      | 20180105MMQFMP9H000583 | |
|      | 01051253FTO1 | |
| 1/05 | From DDA *8665,To DDA *8630,40 | 9,131.00- |
|      | 1k | |
| 1/05 | From DDA *8665,To DDA *8681,A/ | 11,537.40- |
|      | P | |
| 1/05 | From DDA *8665,To DDA *8681,JA | 27,888.20- |
|      | N Insurance | |
| 1/05 | From DDA *8665,To DDA *8681,A/ | 54,000.00- |
|      | P and Payroll | |
| 1/08 | From DDA *8665,To DDA *8681,Ar | 322,977.16- |
|      | c/Intertek | |
| 1/09 | Wire Transfer Debit | 315,567.41- |
|      | Arc Terminals Holdings LLC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000098

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  1/31/18    Page    8
   GULF COAST ASPHALT COMPANY LLC         Account Number   *******8665
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 725 Fifth Avenue | |
| | New York N.Y. 10022 | |
| | CITIBANK NYC | |
| | 20180109MMQFMP9H001302 | |
| | 20180109B1Q8021R028365 | |
| | 01091617FT01 | |
| 1/10 | Wire Transfer Debit | 7,650.86- |
| | Perdido Supply & Trading | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20180110MMQFMP9H000487 | |
| | 20180110B1QGC01R028956 | |
| | 01101201FT01 | |
| 1/10 | Checking Withdrawal | 225.00- |
| 1/11 | Wire Transfer Debit | 410.32- |
| | Joseph A. Mattingly | |
| | IBERIABANK | |
| | 20180111MMQFMP9H000535 | |
| | 20180111MMQFMP9H000470 | |
| | 01111205FT01 | |
| 1/11 | From DDA *8665,To DDA *8681 | 17,536.22- |
| 1/11 | From DDA *8665,To DDA *8681 | 34,786.24- |
| 1/12 | Wire Transfer Debit | 50,000.00- |
| | SQUARE 1 CONTAINERS LLC | |
| | LA PORTE TEXAS 77572 | |
| | AMEGY BANK | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000099

STATEMENT OF ACCOUNT

# IBERIABANK

Date  1/31/18     Page     9
Account Number   *******8665

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20180112MMQFMP9H002365 | |
| | 20180112L4B74B3C002548 | |
| | 01121559FTO1 | |
| 1/12 | Wire Transfer Debit | 1,850,000.00- |
| | MERCURIA ENERGY TRADING INC | |
| | ▮▮▮▮▮▮ | |
| | 20 GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TEXAS 77046 | |
| | BK AMER NYC | |
| | 20180112MMQFMP9H002634 | |
| | 20180112B6B7HU3R014101 | |
| | 01121633FTO1 | |
| 1/12 | DIRECT DBT   AL-DEPT OF REV | 50.00- |
| | CCD   GULF COAST ASPHALT COM | |
| 1/16 | Wire Transfer Debit | 1,900,000.00- |
| | MERCURIA ENERGY TRADING INC | |
| | ▮▮▮▮▮▮ | |
| | 20 GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TEXAS 77046 | |
| | BK AMER NYC | |
| | for sem mexico | |
| | 20180116MMQFMP9H000721 | |
| | 20180116B6B7HU4R010252 | |
| | 01161230FTO1 | |
| 1/17 | From DDA *8665,To DDA *8630,PR | 87,675.06- |
| | 1-19-18 | |
| 1/24 | Wire Transfer Debit | 150,000.00- |
| | Arthur J Brass | |
| | ▮▮▮▮▮▮ | |
| | 11 Greenway Plaza 2950 | |
| | Houston, Texas 77046 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000100

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  1/31/18     Page    10
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | IBC LAREDO | |
| | 20180124MMQFMP9H001353 | |
| | 20180124K4QLE01C000826 | |
| | 01241628FTO1 | |
| 1/24 | Payment    ATT | 1,875.81- |
| | CCD    TemporaryAccountName | |
| 1/25 | Wire Transfer Debit | 210,000.00- |
| | SARGEANT ASPHALT CHARTERING SA | |
| | █████████████ | |
| | 28 BOULEVARD DU PONT DARVE | |
| | PO BOX 384 GENEVA | |
| | 1211 GENEVA 4 SWITZERLAND | |
| | WELLSFARGO NY INTL | |
| | 20180125MMQFMP9H000070 | |
| | 20180125B6B7001C002156 | |
| | 01250920FTO1 | |
| 1/25 | From DDA *8665,To DDA *8681,AP | 1,500.00- |
| 1/26 | Wire Transfer Debit | 40,000.00- |
| | Joyce Mericle Brass | |
| | ████████████████ | |
| | JPMCHASE TEXAS | |
| | 20180126MMQFMP9H001977 | |
| | 20180126B1QGC01R049915 | |
| | 01261521FTO1 | |
| 1/26 | Wire Transfer Debit | 2,200,000.00- |
| | MERCURIA ENERGY TRADING INC | |
| | ████████████ | |
| | 20 GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TEXAS 77046 | |
| | BK AMER NYC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                           Date  1/31/18      Page    11
    GULF COAST ASPHALT COMPANY LLC         Account Number    *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | jan 29 2018 | |
| | 20180126MMQFMP9H002001 | |
| | 20180126B6B7HU1R011308 | |
| | 01261525FT01 | |
| 1/26 | Wire Transfer Debit | 8,934,401.25- |
| | VITOL INC | |
| | ████████ | |
| | 2925 RICHMOND AVE | |
| | 11TH FLOOR | |
| | HOUSTON, TX | |
| | JPMCHASE | |
| | 20180126MMQFMP9H001991 | |
| | 20180126B1QGC01R050207 | |
| | 01261524FT01 | |
| 1/30 | From DDA *8665,To DDA *8681 | 1,000.00- |
| 1/31 | From DDA *8665,To DDA *8630,PR | 87,246.05- |
| | 2-2-18 | |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/01 | 4,577,125.10 | 1/10 | 8,739,150.02 | 1/23 | 13,305,918.87 |
| 1/02 | 4,550,375.10 | 1/11 | 9,427,690.20 | 1/24 | 13,154,043.06 |
| 1/03 | 4,309,445.39 | 1/12 | 9,362,072.54 | 1/25 | 13,168,710.62 |
| 1/04 | 3,944,046.74 | 1/16 | 7,475,737.84 | 1/26 | 1,994,309.37 |
| 1/05 | 3,848,577.66 | 1/17 | 9,562,086.43 | 1/30 | 3,015,957.53 |
| 1/08 | 8,747,025.88 | 1/18 | 10,578,904.56 | 1/31 | 3,018,779.22 |
| 1/09 | 8,747,025.88 | 1/22 | 11,669,211.65 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000102



**Account Number** *******8665

Page 12



01/10/18   $225.00

Debtor000103

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                            Date  2/28/18     Page    1
                                            Account Number   *******8665
      GULF COAST ASPHALT COMPANY LLC
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                          0
Account Number              *******8665   Statement Dates  2/01/18 thru  2/28/18
Previous Balance            3,018,779.22  Days this Statement Period        28
    7 Deposits/Credits      4,030,115.20  Average Ledger           1,954,709.46
   24 Checks/Debits         3,963,410.76  Average Collected        1,954,709.46
Service Charge                       .00
Interest Paid                        .00
Current Balance             3,085,483.66
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 2/07 | Wire Transfer Credit | 17,428.88 |
|      | CHEV PRODUCTS CO. -INTL. LOGIS | |
|      | 6001 BOLLINGER CANYON ROAD | |
|      | BUILDING E 2ND FLOOR SAN RAMON | |
|      | CALIFORNIA 94583 | |
|      | 20180207B1Q8021C010937 | |
|      | 20180207MMQFMP9H000072 | |
|      | 02070707FT01 | |
| 2/07 | Transfer Credit | 478,100.00 |
| 2/15 | Transfer Credit | 72,690.75 |
| 2/21 | Wire Transfer Credit | 701,385.48 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | 311 SOUTH WACKER DRIVE, SUITE | |
|      | 60606 CHICAGO, ILLINOIS | |
|      | USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,NY,US 10038 | |
|      | 1288971/14614 | |
|      | 20180221B6B7HU3R005132 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000105

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

### CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                  $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                           $ _____

## TOTAL                           $ _____

## SUBTRACT—

CHECKS OUTSTANDING                 $ _____

## BALANCE                         $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



**Member FDIC**



EQUAL HOUSING LENDER

### In Case of Errors or Questions About Your Electronic Transfers
### TELEPHONE US AT: 1-800-682-3231 OR
### WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit on your billing closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000106

STATEMENT OF ACCOUNT

# iBERIABANK

Date  2/28/18     Page    2
Account Number    *******8665

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| | 20180221MMQFMP9H000298 | |
| | 02211011FTO1 | |
| 2/23 | Transfer Credit | 103,387.45 |
| 2/27 | Wire Transfer Credit | 2,257,122.64 |
| | CHEV PRODUCTS CO. -INTL. LOGIS | |
| | 6001 BOLLINGER CANYON ROAD | |
| | BUILDING E 2ND FLOOR SAN RAMON | |
| | CALIFORNIA 94583 | |
| | ██████████ | |
| | 20180227B1Q8021C013272 | |
| | 20180227MMQFMP9H000071 | |
| | 02270708FTO1 | |
| 2/28 | Transfer Credit | 400,000.00 |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 2/01 | Wire Transfer Debit | 7,500.00- |
| | John D Tomaszewski | |
| | ██████████ | |
| | JPMCHASE TEXAS | |
| | 20180201MMQFMP9H000079 | |
| | 20180201B1QGC01R011255 | |
| | 02010834FTO1 | |
| 2/01 | Wire Transfer Debit | 8,000.00- |
| | Perdido Supply & Trading | |
| | ██████████ | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000107

STATEMENT OF ACCOUNT

# iBERIABANK

Date  2/28/18     Page    3
Account Number    *******8665

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20180201MMQFMP9H000076 | |
| | 20180201B1QGC01R011231 | |
| | 02010834FT01 | |
| 2/01 | From DDA *8665,To DDA *8681,A/<br>P 2-1-18 | 80,210.82- |
| 2/02 | Wire Transfer Debit<br>Joseph A. Mattingly | 15,498.94- |
| | IBERIABANK<br>20180202MMQFMP9H001541<br>20180202MMQFMP9H000936<br>02021505FT01 | |
| 2/06 | Wire Transfer Debit<br>Arthur J Brass | 29,748.69- |
| | IBC LAREDO<br>20180206MMQFMP9H001487<br>20180206K4QLE01C000812<br>02061614FT01 | |
| 2/09 | Wire Transfer Debit<br>MATCON MARINE S. DE R.I. | 294,533.82- |
| | PH OCEANIA BUSINESS PLAZA<br>TORRE 2000<br>PANAMA CITY, PANAMA<br>BCO SABADELL MIA<br>20180209MMQFMP9H000054<br>20180209QMGFNP31000352<br>02090807FT01 | |
| 2/13 | Wire Transfer Debit<br>Shell Oil Products US | 665,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000108

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                             Date  2/28/18    Page    4
      GULF COAST ASPHALT COMPANY LLC         Account Number  *******8665
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ▬▬▬▬ | |
| | 777 Walker Street | |
| | Houston, Texas 77002 | |
| | CITIBANK NYC | |
| | 20180213MMQFMP9H000627 | |
| | 20180213B1Q8021R019306 | |
| | 02131306FTO1 | |
| 2/14 | Wire Transfer Debit | 1,181.40- |
| | Joseph A. Mattingly | |
| | ▬▬▬▬ | |
| | IBERIABANK | |
| | 20180214MMQFMP9H000547 | |
| | 20180214MMQFMP9H000477 | |
| | 02141204FTO1 | |
| 2/14 | Wire Transfer Debit | 1,920,892.52- |
| | MERCURIA ENERGY TRADING INC | |
| | ▬▬▬▬ | |
| | 20 GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TEXAS 77046 | |
| | BK AMER NYC | |
| | jan 29 2018 | |
| | 20180214MMQFMP9H000343 | |
| | 20180214B6B7HU3R004914 | |
| | 02141109FTO1 | |
| 2/14 | From DDA *8665,To DDA *8681 | 5,747.70- |
| 2/14 | From DDA *8665,To DDA *8681 | 10,000.00- |
| 2/15 | Wire Transfer Debit | 20,000.00- |
| | Arthur J Brass | |
| | ▬▬▬▬ | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000109

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  2/28/18    Page     5
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS       *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|  | ████████████ | |
|  | IBC LAREDO | |
|  | 20180215MMQFMP9H000247 | |
|  | 20180215K4QLE01C000195 | |
|  | 02150958FT01 | |
| 2/15 | From DDA *8665,To DDA *8630,P/R | 86,551.70- |
| 2/16 | Wire Transfer Debit | 4,604.07- |
|  | SARGEANT ASPHALT CHARTERING SA | |
|  | ████████████ | |
|  | 28 BOULEVARD DU PONT DARVE | |
|  | PO BOX 384 GENEVA | |
|  | 1211 GENEVA 4 SWITZERLAND | |
|  | WELLSFARGO NY INTL | |
|  | 20180216MMQFMP9H000749 | |
|  | 20180216B6B7001C004006 | |
|  | 02161157FT01 | |
| 2/16 | Wire Transfer Debit | 6,365.00- |
|  | SEM MATERIALS MEXICO, S.DE R.L | |
|  | ████████████ | |
|  | SAN BERNARDINO TLAXCALANCINGO | |
|  | SAN ANDRES CHOLULA PUE | |
|  | C.P. 72820 | |
|  | WELLSFARGO NY INTL | |
|  | 20180216MMQFMP9H000646 | |
|  | 20180216B6B7001C003645 | |
|  | 02161137FT01 | |
| 2/16 | From DDA *8665,To DDA *8301 | 500.00- |
| 2/20 | Wire Transfer Debit | 12,062.49- |
|  | Perdido Supply & Trading | |
|  | ████████████ | |
|  | 11 Greenway Plaza | |
|  | Suite 2950 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000110

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  2/28/18      Page      6
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS            *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20180220MMQFMP9H000014 | |
| | 20180220B1QGC01R012158 | |
| | 02200801FT01 | |
| 2/20 | Wire Transfer Debit | 40,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180220MMQFMP9H002057 | |
| | 20180220K4QLE01C001483 | |
| | 02201604FT01 | |
| 2/21 | Wire Transfer Debit | 50,000.00- |
| | SANDRA BRASS | |
| | WELLS FARGO NA | |
| | 20180221MMQFMP9H001803 | |
| | 20180221I1B7033R019244 | |
| | 02211649FT01 | |
| 2/21 | From DDA *8665,To DDA *8681 | 10,000.00- |
| 2/26 | Payment    ATT | 1,960.11- |
| | CCD   TemporaryAccountName | |
| 2/26 | From DDA *8665,To DDA *8681,Co | 95,000.00- |
| | ver expenses out of Operating | |
| 2/28 | From DDA *8665,To DDA *8681,Co | 106,571.79- |
| | ver 3-1-18 AP | |
| 2/28 | From DDA *8665,To DDA *8630,3- | 491,481.71- |
| | 2-18 Payroll | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 2,923,068.40 | 2/02 | 2,907,569.46 | 2/06 | 2,877,820.77 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000111

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                        Date  2/28/18    Page    7
    GULF COAST ASPHALT COMPANY LLC      Account Number   *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/07 | 3,373,349.65 | 2/15 | 442,133.26 | 2/23 | 1,123,374.63 |
| 2/09 | 3,078,815.83 | 2/16 | 430,664.19 | 2/26 | 1,026,414.52 |
| 2/13 | 2,413,815.83 | 2/20 | 378,601.70 | 2/27 | 3,283,537.16 |
| 2/14 | 475,994.21 | 2/21 | 1,019,987.18 | 2/28 | 3,085,483.66 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000112

STATEMENT OF ACCOUNT

# IBERIABANK

```
GULF COAST ASPHALT COMPANY LLC          Date  3/30/18     Page    1
1990 POST OAK BLVD SUITE 2400           Account Number   *******8665
HOUSTON TX 77056
```

```
--------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                        0
```
Account Number              *******8665   Statement Dates  3/01/18 thru 4/01/18
Previous Balance            3,085,483.66   Days this Statement Period       32
    5 Deposits/Credits      2,398,663.50   Average Ledger          2,311,448.46
   34 Checks/Debits         2,097,863.53   Average Collected       2,311,448.46
Service Charge                      .00
Interest Paid                       .00
Current Balance             3,386,283.63
```

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|--------|
| 3/02 | Transfer Credit | 152,145.94 |
| 3/05 | Wire Transfer Credit | 22,078.72 |
| | CHEV PRODUCTS CO. -INTL. LOGIS | |
| | 6001 BOLLINGER CANYON ROAD | |
| | BUILDING E 2ND FLOOR SAN RAMON | |
| | CALIFORNIA 94583 | |
| | IV:14635 | |
| | 20180305B1Q8021C013053 | |
| | 20180305MMQFMP9H000086 | |
| | 03050707FTO1 | |
| 3/07 | Wire Transfer Credit | 295,908.57 |
| | MERCURIA ENERGY TRADING INC. | |
| | 311 SOUTH WACKER DRIVE, SUITE | |
| | 60606 CHICAGO, ILLINOIS | |
| | USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,NY,US 10038 | |
| | 1298186/14636 | |
| | 20180307B6B7HU1R009664 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000113

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|-----|-----|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is
received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                   $ _____

## TOTAL                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING         $ _____

## BALANCE                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.
We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line (less any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                            Date  3/30/18     Page    2
     GULF COAST ASPHALT COMPANY LLC          Account Number    *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS         *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| | 20180307MMQFMP9H000752 | |
| | 03071426FTO1 | |
| 3/26 | Wire Transfer Credit | 7,637.75 |
| | THE TICKET EXPERIENCE LLC | |
| | DBA EVENTELLECT MASTER BILLING | |
| | 3311 WEST ALABAMA,SUITE 200 | |
| | HOUSTON, TX | |
| | 20180326B6B7HU2R006167 | |
| | 20180326MMQFMP9H000449 | |
| | 03261054FTO1 | |
| 3/29 | Wire Transfer Credit | 1,920,892.52 |
| | MERCURIA ENERGY TRADING INC. | |
| | 311 SOUTH WACKER DRIVE, SUITE | |
| | 60606 CHICAGO, ILLINOIS | |
| | USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,NY,US 10038 | |
| | 1309049/146681309770/14674 | |
| | 20180329B6B7HU1R010680 | |
| | 20180329MMQFMP9H000576 | |
| | 03291108FTO1 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/01 | Wire Transfer Debit | 7,500.00- |
| | John D Tomaszewski | |
| | JPMCHASE TEXAS | |
| | 20180301MMQFMP9H000109 | |
| | 20180301B1QGC01R012334 | |
| | 03010838FTO1 | |
| 3/01 | Wire Transfer Debit | 8,000.00- |
| | Perdido Supply & Trading | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000115

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/30/18      Page    3
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|  | JPMCHASE TEXAS<br>20180301MMQFMP9H000111<br>20180301B1QGC01R012354<br>03010838FT01 |  |
| 3/01 | Wire Transfer Debit<br>Arthur J Brass | 20,000.00- |
|  | IBC LAREDO<br>20180301MMQFMP9H002502<br>20180301K4QLE01C001107<br>03011649FT01 |  |
| 3/01 | From DDA *8665,To DDA *8630 | 400,000.00- |
| 3/02 | Wire Transfer Debit<br>John D Tomaszewski | 415.59- |
|  | JPMCHASE TEXAS<br>20180302MMQFMP9H000914<br>20180302B1QGC01R032743<br>03021221FT01 |  |
| 3/02 | Wire Transfer Debit<br>Joyce Mericle Brass | 10,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000116

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                          Date  3/30/18      Page    4
     GULF COAST ASPHALT COMPANY LLC        Account Number    *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | JPMCHASE TEXAS | |
| | 20180302MMQFMP9H001430 | |
| | 20180302B1QGC01R043796 | |
| | 03021359FT01 | |
| 3/02 | Wire Transfer Debit | 10,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180302MMQFMP9H001433 | |
| | 20180302K4QLE01C000796 | |
| | 03021359FT01 | |
| 3/05 | From DDA *8665,To DDA *8630 | 9,056.00- |
| 3/05 | From DDA *8665,To DDA *8630 | 9,131.00- |
| 3/05 | From DDA *8665,To DDA *8630 | 39,673.28- |
| 3/06 | From DDA *8665,To DDA *8681,To | 333,936.35- |
| | cover AP 25262-25264 & JT exp | |
| 3/07 | Wire Transfer Debit | 10,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180307MMQFMP9H000325 | |
| | 20180307K4QLE01C000186 | |
| | 03071019FT01 | |
| 3/07 | Wire Transfer Debit | 25,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180307MMQFMP9H001645 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000117

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  3/30/18      Page     5
    GULF COAST ASPHALT COMPANY LLC           Account Number   *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20180307K4QLE01C000879 | |
| | 03071643FTO1 | |
| 3/07 | Wire Transfer Debit | 74,940.66- |
| | MERCURIA ENERGY TRADING INC | |
| | 20 GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TEXAS 77046 | |
| | BK AMER NYC | |
| | 20180307MMQFMP9H000214 | |
| | 20180307B6B7HU4R003608 | |
| | 03070953FTO1 | |
| 3/07 | From DDA *8665,To DDA *8681,Transfer to cover YPO London | 14,000.00- |
| 3/08 | Wire Transfer Debit | 50,000.00- |
| | SANDRA BRASS | |
| | WELLS FARGO NA | |
| | 20180308MMQFMP9H001621 | |
| | 20180308I1B7031R018450 | |
| | 03081648FTO1 | |
| 3/08 | From DDA *8665,To DDA *8301,loan | 41,285.25- |
| 3/09 | Wire Transfer Debit | 15,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180309MMQFMP9H000073 | |
| | 20180309K4QLE01C000208 | |
| | 03090842FTO1 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000118

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                    Date  3/30/18     Page    6
    GULF COAST ASPHALT COMPANY LLC   Account Number   *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS         *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/09 | From DDA *8665,To DDA *8681,Co ver 3-9-18 check run | 163,115.64- |
| 3/12 | Wire Transfer Debit<br>Arthur J Brass<br><br>IBC LAREDO<br>20180312MMQFMP9H001623<br>20180312K4QLE01C000855<br>03121654FT01 | 100,000.00- |
| 3/13 | Wire Transfer Debit<br>SANDRA BRASS<br><br>WELLS FARGO NA<br>20180313MMQFMP9H001631<br>20180313I1B7031R018430<br>03131659FT01 | 50,000.00- |
| 3/14 | From DDA *8665,To DDA *8630,Tr ansfer to cover payroll | 82,728.57- |
| 3/15 | Wire Transfer Debit<br>Arthur J Brass<br><br>IBC LAREDO<br>20180315MMQFMP9H000083<br>20180315K4QLE01C000163<br>03150856FT01 | 125,000.00- |
| 3/15 | From DDA *8665,To DDA *8681,ib eria card | 5,230.48- |
| 3/19 | From DDA *8665,To DDA *8630,Tr ansfer to cover 401k from 3-16 | 7,336.76- |

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                      Date  3/30/18     Page    7
     GULF COAST ASPHALT COMPANY LLC    Account Number    *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 3/20 | Wire Transfer Debit<br>Joseph A. Mattingly | 15,290.50- |
|  | IBERIABANK<br>20180320MMQFMP9H001466<br>20180320MMQFMP9H000945<br>03201621FTO1 |  |
| 3/20 | From DDA *8665,To DDA *8681,To<br>cover checks 3-20-18 | 95,852.52- |
| 3/26 | Wire Transfer Debit<br>Joyce Mericle Brass | 20,000.00- |
|  | JPMCHASE TEXAS<br>20180326MMQFMP9H000028<br>20180326B1QGC01R011540<br>03260851FTO1 |  |
| 3/26 | Payment     ATT<br>CCD   TemporaryAccountName | 1,820.79- |
| 3/27 | Wire Transfer Debit<br>Arthur J Brass | 150,000.00- |
|  | IBC LAREDO<br>20180327MMQFMP9H001993<br>20180327K4QLE01C001042<br>03271652FTO1 |  |
| 3/28 | Wire Transfer Debit<br>Perdido Supply & Trading | 8,978.10- |

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  3/30/18    Page    8
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| | ▉▉▉▉ | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20180328MMQFMP9H002082 | |
| | 20180328B1QGC01R066661 | |
| | 03281642FT01 | |
| 3/28 | Wire Transfer Debit | 36,385.81- |
| | Shell Oil Products US | |
| | ▉▉▉▉ | |
| | 777 Walker Street | |
| | Houston, Texas 77002 | |
| | CITIBANK NYC | |
| | 20180328MMQFMP9H002187 | |
| | 20180328B1Q8021R037563 | |
| | 03281703FT01 | |
| 3/28 | Wire Transfer Debit | 74,020.00- |
| | POPPER & COMPANY LLP | |
| | ▉▉▉▉ | |
| | 192 LEXINGTON AVE | |
| | NEW YORK, N.Y. 10016 | |
| | JPMCHASE | |
| | 20180328MMQFMP9H000871 | |
| | 20180328B1QGC01R036327 | |
| | 03281234FT01 | |
| 3/29 | From DDA *8665,To DDA *8630 | 84,166.23- |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 2,649,983.66 | 3/08 | 2,492,678.76 | 3/15 | 1,951,604.07 |
| 3/02 | 2,781,714.01 | 3/09 | 2,314,563.12 | 3/19 | 1,944,267.31 |
| 3/05 | 2,745,932.45 | 3/12 | 2,214,563.12 | 3/20 | 1,833,124.29 |
| 3/06 | 2,411,996.10 | 3/13 | 2,164,563.12 | 3/26 | 1,818,941.25 |
| 3/07 | 2,583,964.01 | 3/14 | 2,081,834.55 | 3/27 | 1,668,941.25 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000121

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  3/30/18    Page    9
    GULF COAST ASPHALT COMPANY LLC        Account Number   *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance |
|------|---------|------|---------|
| 3/28 | 1,549,557.34 | 3/29 | 3,386,283.63 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000122

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                    Date  4/30/18    Page    1
                                    Account Number   *******8665
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

```
----------------------------- CHECKING ACCOUNT -------------------------------

COMMERCIAL CHECKING ANALYSIS                                                0
Account Number              *******8665  Statement Dates   4/02/18 thru  4/30/18
Previous Balance            3,386,283.63  Days this Statement Period      29
    5 Deposits/Credits        638,742.71  Average Ledger           2,040,189.19
   26 Checks/Debits         2,967,449.74  Average Collected        2,027,258.15
Service Charge                      .00
Interest Paid                       .00
Current Balance             1,057,576.60
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 4/06 | Wire Transfer Credit | 22,897.20 |
| | MERCURIA ENERGY TRADING INC. | |
| | 311 SOUTH WACKER DRIVE, SUITE | |
| | 60606 CHICAGO, ILLINOIS | |
| | USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,NY,US 10038 | |
| | 1311589/14675 | |
| | 20180406B6B7HU1RO07104 | |
| | 20180406MMQFMP9HO00558 | |
| | 04061156FTO1 | |
| 4/12 | Wire Transfer Credit | 264,000.00 |
| | INVERSIONES TITANIO, S.R.L. | |
| | AV.L+PE DE VEGA NO.29, EDIF. N | |
| | CENTRO PISO 14, SUITE 1405 | |
| | BANCO DOMINICANO DEL PROGRESO | |
| | FX ACCOUNT | |
| | SANTO DOMINGO, DOMINICAN REP. | |
| | /RFB/PAGO FACT. 14691 DE GULF | |
| | //ASPHALT CO., LLC. | |
| | 20180412B6B7001CO07387 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000123

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

### CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.


Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  4/30/18     Page     2
Account Number    *******8665

---

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20180412MMQFMP9H000851 | |
|      | 04121351FTO1 | |
| 4/18 | Wire Transfer Credit | 124,717.26 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | 311 SOUTH WACKER DRIVE, SUITE | |
|      | 60606 CHICAGO, ILLINOIS | |
|      | USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,NY,US 10038 | |
|      | 1314431/14679 | |
|      | 20180418B6B7HU1R005485 | |
|      | 20180418MMQFMP9H000339 | |
|      | 04181047FTO1 | |
| 4/20 | Wire Transfer Credit | 102,128.25 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | 311 SOUTH WACKER DRIVE, SUITE | |
|      | 60606 CHICAGO, ILLINOIS | |
|      | USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,NY,US 10038 | |
|      | 1318801/147011319477/14693 | |
|      | 20180420B6B7HU3R009694 | |
|      | 20180420MMQFMP9H000721 | |
|      | 04201237FTO1 | |
| 4/20 | Remote DDA Deposit | 125,000.00 |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/02 | Wire Transfer Debit | 6,010.00- |
|      | PORSCHE CARS NORTH AMERICA | |
|      | 18000 south main street | |
|      | carson, ca 90745 | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000125

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                           Date  4/30/18      Page    3
     GULF COAST ASPHALT COMPANY LLC        Account Number    *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | JPMCHASE<br>20180402MMQFMP9H001490<br>20180402B1QGC01R058155<br>04021531FT01 | |
| 4/02 | Wire Transfer Debit<br>John D Tomaszewski | 7,500.00- |
|      | <br><br>JPMCHASE TEXAS<br>20180402MMQFMP9H000069<br>20180402B1QGC01R013916<br>04020908FT01 | |
| 4/02 | Wire Transfer Debit<br>Perdido Supply & Trading | 8,000.00- |
|      | <br>11 Greenway Plaza<br>Suite 2950<br>Houston, Texas 77046<br>JPMCHASE TEXAS<br>20180402MMQFMP9H000073<br>20180402B1QGC01R013962<br>04020908FT01 | |
| 4/02 | Wire Transfer Debit<br>OASIS WEST REALTY LLC | 18,550.06- |
|      | <br>9850 WILSHIRE BLVD<br>BEVERLY HILLS, CA 90210<br>COMERICA SCO VLY<br>20180402MMQFMP9H000102<br>20180402L1LF994C000503<br>04020924FT01 | |
| 4/03 | From DDA *8665,To DDA *8630,To<br> cover 401k from 4-1-18 payrol | 7,336.76- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000126

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  4/30/18      Page     4
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 4/04 | Wire Transfer Debit<br>SANDRA BRASS<br><br>WELLS FARGO NA<br>20180404MMQFMP9H000017<br>20180404I1B7031R003236<br>04040801FTO1 | 50,000.00- |
| 4/04 | Wire Transfer Debit<br>SANDRA BRASS<br><br>WELLS FARGO NA<br>20180404MMQFMP9H001538<br>20180404I1B7031R017572<br>04041619FTO1 | 50,000.00- |
| 4/04 | From DDA *8665,To DDA *8681,To<br>cover 4-03-18 payroll | 74,000.00- |
| 4/10 | Wire Transfer Debit<br>Arthur J Brass<br><br>IBC LAREDO<br>20180410MMQFMP9H000085<br>20180410K4QLE01C000174<br>04100930FTO1 | 28,000.00- |
| 4/11 | From DDA *8665,To DDA *8681,To<br>cover 4-9 and 4-11 check run | 19,160.63- |
| 4/11 | From DDA *8665,To DDA *8630,To<br>cover 4-13-18 payroll | 83,542.41- |
| 4/12 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING INC | 1,805,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000127

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  4/30/18    Page    5
Account Number   *******8665

---

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ██████████ | |
| | 20 GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TEXAS 77046 | |
| | BK AMER NYC | |
| | 20180412MMQFMP9H000093 | |
| | 20180412B6B7HU2R002984 | |
| | 04120915FT01 | |
| 4/16 | Wire Transfer Debit | 50,000.00- |
| | SANDRA BRASS | |
| | ████████████ | |
| | WELLS FARGO NA | |
| | 20180416MMQFMP9H000041 | |
| | 20180416I1B7032R003924 | |
| | 04160802FT01 | |
| 4/16 | From DDA *8665,To DDA *8630,To | 12,875.24- |
| | cover 401k | |
| 4/17 | From DDA *8665,To DDA *8681,To | 33,199.10- |
| | cover checks on 4-12 and 4-13 | |
| 4/18 | Wire Transfer Debit | 40,000.00- |
| | SANDRA BRASS | |
| | ████████████ | |
| | WELLS FARGO NA | |
| | 20180418MMQFMP9H001100 | |
| | 20180418I1B7032R014984 | |
| | 04181440FT01 | |
| 4/19 | Wire Transfer Debit | 26,658.33- |
| | GENERAL OIL CO, INC | |
| | ████████████ | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000128

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  4/30/18      Page      6
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 1230 AVE OF THE AMERICAS | |
|      | NEW YORK, NEW YORK 10020 | |
|      | REGIONS BK | |
|      | 20180419MMQFMP9H001364 | |
|      | 20180419F2QCZ00C003905 | |
|      | 04191529FT01 | |
| 4/20 | Wire Transfer Debit | 210,000.00- |
|      | IVER SHIPS SRI | |
|      | 026005092 | |
|      | IT20V0100501000000000821794 | |
|      | PIAZZA BORGO PILA 39 CORTE DEL | |
|      | LAMBRUSCHINI-TORRE B | |
|      | GENOVA, 16129 ITA | |
|      | WELLSFARGO NY INTL | |
|      | 20180420MMQFMP9H000917 | |
|      | 20180420B6B7001C004457 | |
|      | 04201216FT01 | |
| 4/23 | From DDA *8665,To DDA *8673,To | 350.00- |
|      | cover 4-20-18 bank charges | |
| 4/24 | Payment    ATT | 2,070.23- |
|      | CCD   TemporaryAccountName | |
| 4/26 | Wire Transfer Debit | 100,000.00- |
|      | Arthur J Brass | |
|      | IBC LAREDO | |
|      | 20180426MMQFMP9H002021 | |
|      | 20180426K4QLE01C001059 | |
|      | 04261633FT03 | |
| 4/26 | From DDA *8665,To DDA *8681,pa | 83,091.85- |
|      | yroll | |
| 4/30 | Wire Transfer Debit | 7,500.00- |
|      | John D Tomaszewski | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000129

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  4/30/18    Page    7
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ███████████ | |
| | JPMCHASE TEXAS | |
| | 20180430MMQFMP9H000662 | |
| | 20180430B1QGC01R028011 | |
| | 04301037FTO3 | |
| 4/30 | Wire Transfer Debit | 8,000.00- |
| | Perdido Supply & Trading | |
| | ███████ | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20180430MMQFMP9H000664 | |
| | 20180430B1QGC01R028054 | |
| | 04301037FTO3 | |
| 4/30 | Wire Transfer Debit | 36,605.13- |
| | Rio Energy International, Inc | |
| | ██████████ | |
| | 5718 Westheimer Suite 1806 | |
| | Houston, Texas 77057 | |
| | BQE NAT PARIS | |
| | 20180430MMQFMP9H000984 | |
| | 20180430B1Q8201C001512 | |
| | 04301145FTO3 | |
| 4/30 | Wire Transfer Debit | 200,000.00- |
| | Arthur J Brass | |
| | ██████████████ | |
| | IBC LAREDO | |
| | 20180430MMQFMP9H000659 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000130

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  4/30/18    Page    8
    GULF COAST ASPHALT COMPANY LLC            Account Number   *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20180430K4QLE01C000278 | |
|      | 04301036FT03 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 4/02 | 3,346,223.57 | 4/12 | 1,516,080.97 | 4/23 | 1,494,843.81 |
| 4/03 | 3,338,886.81 | 4/16 | 1,453,205.73 | 4/24 | 1,492,773.58 |
| 4/04 | 3,164,886.81 | 4/17 | 1,420,006.63 | 4/26 | 1,309,681.73 |
| 4/06 | 3,187,784.01 | 4/18 | 1,504,723.89 | 4/30 | 1,057,576.60 |
| 4/10 | 3,159,784.01 | 4/19 | 1,478,065.56 | | |
| 4/11 | 3,057,080.97 | 4/20 | 1,495,193.81 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000131

STATEMENT OF ACCOUNT





```
            TO PLO R                                    Date  5/31/18     Page     1
            GULF COAST ASPHALT COMPANY LLC              Account Number   *******8665
            1990 POST OAK BLVD SUITE 2400
            HOUSTON TX 77056
      015761
```

```
------------------------ CHECKING ACCOUNT ------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                                          O
```
Account Number              *******8665   Statement Dates   5/01/18 thru  5/31/18
Previous Balance          1,057,576.60     Days this Statement Period        31
    6 Deposits/Credits    3,817,394.46     Average Ledger            1,095,066.74
   21 Checks/Debits       4,261,057.39     Average Collected         1,094,820.37
Service Charge                     .00
Interest Paid                      .00
Current Balance             613,913.67
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | Wire Transfer Credit | 3,150.00 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | GREENWAY PLAZA | |
|      | 20 EAST, SUITE 650, HOUSTON, | |
|      | TEXAS 77046, USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,NY,US 10038 | |
|      | 1326451/14641 | |
|      | 20180501B6B7HU3R005246 | |
|      | 20180501MMQFMP9H000352 | |
|      | 05011027FT03 | |
| 5/01 | Wire Transfer Credit | 289,280.00 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | GREENWAY PLAZA | |
|      | 20 EAST, SUITE 650, HOUSTON, | |
|      | TEXAS 77046, USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,NY,US 10038 | |
|      | 1326876/1STQTROVERHEADPAYMENT | |
|      | 20180501B6B7HU1R012278 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

006519

Debtor000133

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING–NOT CHARGED TO ACCOUNT

| No. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                       $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                         $ _____

## TOTAL                                    $ _____

## SUBTRACT—

CHECKS OUTSTANDING                 $ _____

## BALANCE                              $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
•   Your name and account number.
•   The dollar amount of the suspected error.
•   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18    Page    2
Account Number  *******8665


015761

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| | 20180501MMQFMP9HO01122 | |
| | 05011612FTO3 | |
| 5/11 | Wire Transfer Credit | 3,028,500.00 |
| | INVERSIONES TITANIO, S.R.L. | |
| | AV.L+PE DE VEGA NO.29, EDIF. N | |
| | CENTRO PISO 14, SUITE 1405 | |
| | BANCO DOMINICANO DEL PROGRESO | |
| | FX ACCOUNT | |
| | SANTO DOMINGO, DOMINICAN REP. | |
| | /RFB/PAGO DE FACTURA NO.14713 | |
| | GULF COAST ASPHALT CO., LLC. | |
| | 20180511B6B7001C007258 | |
| | 20180511MMQFMP9HO00830 | |
| | 05111321FTO3 | |
| 5/14 | Wire Transfer Credit | 354,750.00 |
| | MERCURIA ENERGY TRADING INC. | |
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,US 10038 | |
| | / | |
| | 20180514B6B7HU4R007441 | |
| | 20180514MMQFMP9HO00499 | |
| | 05141152FTO3 | |
| 5/15 | Remote DDA Deposit | 7,637.50 |
| 5/18 | Wire Transfer Credit | 134,076.96 |
| | MERCURIA ENERGY TRADING INC. | |
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,US 10038 | |
| | 1333663/14719 | |
| | 20180518B6B7HU1R006449 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

006521

Debtor000135

STATEMENT OF ACCOUNT

# IBERIABANK



015761

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18     Page    3
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20180518MMQFMP9H000474 |  |
|      | 05181102FT03 |  |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 5/01 | From DDA *8665,To DDA *8630,Transfer to cover 4-30-18 401k | 8,259.84- |
| 5/02 | Wire Transfer Debit<br>SANDRA BRASS<br><br>WELLS FARGO NA<br>20180502MMQFMP9H001793<br>20180502I1B7032R015430<br>05021454FT03 | 50,000.00- |
| 5/04 | From DDA *8665,To DDA *8681,To cover checks from 4-30 to 5-2 | 211,585.00- |
| 5/07 | From DDA *8665,To DDA *8681,Transfer to cover checks 5-4 to | 35,538.26- |
| 5/08 | From DDA *8665,To DDA *8630,Transfer to cover 5-11-18 payrol | 84,861.55- |
| 5/09 | Wire Transfer Debit<br>Arthur J Brass<br>IBC LAREDO<br>20180509MMQFMP9H000532<br>20180509K4QLE01C000299<br>05091111FT03 | 10,000.00- |
| 5/10 | Wire Transfer Debit<br>Joyce Mericle Brass | 35,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

006522

Debtor000136

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18      Page    4
Account Number   *******8665


015761

COMMERCIAL CHECKING ANALYSIS         *******8665   (Continued)

**Withdrawals and Deductions**

| Date | Description | Amount |
|------|-------------|--------|
|  | JPMCHASE TEXAS<br>20180510MMQFMP9H001515<br>20180510B1QGC01R051978<br>05101535FT03 | |
| 5/11 | Wire Transfer Debit<br>MERCURIA ENERGY TRADING INC | 3,028,500.00- |
|  | 20 GREENWAY PLAZA<br>SUITE 650<br>HOUSTON, TEXAS 77046<br>BK AMER NYC<br>20180511MMQFMP9H001401<br>20180511B6B7HU3R009990<br>05111413FT03 | |
| 5/15 | From DDA *8665,To DDA *8681,To<br>cover expense checks and ACH | 12,871.14- |
| 5/16 | From DDA *8665,To DDA *8630,To<br>cover 401k | 6,490.24- |
| 5/17 | Wire Transfer Debit<br>Perdido Supply & Trading | 7,546.99- |
|  | 11 Greenway Plaza<br>Suite 2950<br>Houston, Texas 77046<br>JPMCHASE TEXAS<br>20180517MMQFMP9H000747<br>20180517B1QGC01R032249<br>05171215FT03 | |
| 5/18 | Wire Transfer Debit<br>Arthur J Brass | 50,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

006523

Debtor000137

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18     Page     5
Account Number   *******8665



COMMERCIAL CHECKING ANALYSIS        *******8665  (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| | ████████████████ | |
| | IBC LAREDO | |
| | 20180518MMQFMP9HOO1021 | |
| | 20180518K4QLEO1C000561 | |
| | 05181244FTO3 | |
| 5/18 | Wire Transfer Debit | 50,000.00- |
| | SANDRA BRASS | |
| | ████████████ | |
| | WELLS FARGO NA | |
| | 20180518MMQFMP9HOO1024 | |
| | 20180518I1B7031RO12108 | |
| | 05181244FTO3 | |
| 5/21 | From DDA *8665,To DDA *8673,To cover bank charge | 267.41- |
| 5/21 | From DDA *8665,To DDA *8681,To cover rent check to TP | 40,010.64- |
| 5/23 | From DDA *8665,To DDA *8681 | 83,091.95- |
| 5/24 | Wire Transfer Debit | 20,710.70- |
| | MERCURIA ENERGY TRADING INC | |
| | ████████ | |
| | 20 GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TEXAS 77046 | |
| | BK AMER NYC | |
| | 20180524MMQFMP9HOO1396 | |
| | 20180524B6B7HU3RO09859 | |
| | 05241437FTO3 | |
| 5/24 | Payment    ATT | 1,981.43- |
| | PPD | |
| 5/24 | From DDA *8665,To DDA *8630,To cover payroll 5-25-18 | 83,091.95- |
| 5/30 | Wire Transfer Debit | 375,714.51- |
| | MATCON MARINE S. DE R.I. | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

006524

Debtor000138

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  5/31/18     Page     6
Account Number   *******8665


015761

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ▮▮▮▮▮ | |
| | PH OCEANIA BUSINESS PLAZA | |
| | TORRE 2000 | |
| | PANAMA CITY, PANAMA | |
| | BCO SABADELL MIA | |
| | 20180530MMQFMP9HO01189 | |
| | 20180530QMGFNP63001454 | |
| | 05301314FT03 | |
| 5/31 | DIRECT DBT   AL-DEPT OF REV | 65,535.78- |
| | CCD   GULF COAST ASPHALT COM | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 5/01 | 1,341,746.76 | 5/10 | 914,761.95 | 5/18 | 1,284,318.04 |
| 5/02 | 1,291,746.76 | 5/11 | 914,761.95 | 5/21 | 1,244,039.99 |
| 5/04 | 1,080,161.76 | 5/14 | 1,269,511.95 | 5/23 | 1,160,948.04 |
| 5/07 | 1,044,623.50 | 5/15 | 1,264,278.31 | 5/24 | 1,055,163.96 |
| 5/08 | 959,761.95 | 5/16 | 1,257,788.07 | 5/30 | 679,449.45 |
| 5/09 | 949,761.95 | 5/17 | 1,250,241.08 | 5/31 | 613,913.67 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

006525

Debtor000139

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18    Page    1
Account Number   *******8665

```
-------------------------- CHECKING ACCOUNT -------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**                                              0

| | | | |
|---|---|---|---|
| Account Number | *******8665 | Statement Dates  6/01/18 thru  7/01/18 | |
| Previous Balance | 613,913.67 | Days this Statement Period | 31 |
| 5 Deposits/Credits | 2,115,273.51 | Average Ledger | 723,893.92 |
| 36 Checks/Debits | 1,997,709.11 | Average Collected | 714,068.88 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 731,478.07 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 6/11 | Wire Transfer Credit | 20,710.70 |
| | INVERSIONES TITANIO, S.R.L. | |
| | AV.L+PE DE VEGA NO.29, EDIF. N | |
| | CENTRO PISO 14, SUITE 1405 | |
| | REPUBLICA DOMINICANA | |
| | BANCO DOMINICANO DEL PROGRESO | |
| | FX ACCOUNT | |
| | SANTO DOMINGO, DOMINICAN REP. | |
| | /RFB/PAGO FACT. 14726 | |
| | 20180611B6B7001C008430 | |
| | 20180611MMQFMP9H000900 | |
| | 06111525FT03 | |
| 6/18 | Wire Transfer Credit | 1,775,817.05 |
| | INVERSIONES TITANIO, S.R.L. | |
| | AV.L+PE DE VEGA NO.29, EDIF. N | |
| | CENTRO PISO 14, SUITE 1405 | |
| | SANTO DOMINGO, REP. DOMINICANA | |
| | BANCO DOMINICANO DEL PROGRESO | |
| | FX ACCOUNT | |
| | SANTO DOMINGO, DOMINICAN REP. | |
| | /RFB/PAGO DE FACTURA NO.14698. | |
| | 20180618B6B7001C001616 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                              $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your
check register all automatic transactions,
such as charges and interest earned, shown
on the front of this statement.

---



**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account each day. The New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18     Page     2
Account Number   *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
|  | 20180618MMQFMP9H000103 | |
|  | 06180741FTO3 | |
| 6/26 | Remote DDA Deposit | 125,000.00 |
| 6/29 | Remote DDA Deposit | 59,858.75 |
| 6/29 | Wire Transfer Credit | 133,887.01 |
|  | MERCURIA ENERGY TRADING INC. | |
|  | GREENWAY PLAZA | |
|  | 20 EAST, SUITE 650, HOUSTON, | |
|  | TEXAS 77046, USA | |
|  | BANK OF AMERICA, N.A. | |
|  | 222 BROADWAY | |
|  | NEW YORK,US 10038 | |
|  | 1356208/14764 | |
|  | 20180629B6B7HU4R022872 | |
|  | 20180629MMQFMP9H001364 | |
|  | 06291337FTO3 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/01 | Wire Transfer Debit | 7,500.00- |
|  | John D Tomaszewski | |
|  | JPMCHASE TEXAS | |
|  | 20180601MMQFMP9H000597 | |
|  | 20180601B1QGC01R024835 | |
|  | 06011014FTO3 | |
| 6/01 | Wire Transfer Debit | 8,000.00- |
|  | Perdido Supply & Trading | |
|  | 11 Greenway Plaza | |
|  | Suite 2950 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000143

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  6/29/18    Page    3
      GULF COAST ASPHALT COMPANY LLC    Account Number    *******8665
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20180601MMQFMP9H000599 | |
| | 20180601B1QGC01R024852 | |
| | 06011014FTO3 | |
| 6/01 | Wire Transfer Debit | 25,000.00- |
| | SANDRA BRASS | |
| | WELLS FARGO NA | |
| | 20180601MMQFMP9H003454 | |
| | 20180601I1B7032R026995 | |
| | 06011652FTO3 | |
| 6/05 | Wire Transfer Debit | 15,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180605MMQFMP9H000141 | |
| | 20180605K4QLE01C000205 | |
| | 06050930FTO3 | |
| 6/08 | From DDA *8665,To DDA *8630,To | 8,259.84- |
| | cover 6-8-18 payroll | |
| 6/08 | From DDA *8665,To DDA *8681,To | 69,521.51- |
| | cover check run | |
| 6/11 | From DDA *8665,To DDA *8681 | 150,000.00- |
| 6/12 | Wire Transfer Debit | 15,000.00- |
| | SANDRA BRASS | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000144

STATEMENT OF ACCOUNT

# IBERIABANK

Date  6/29/18    Page    4
Account Number    *******8665

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | WELLS FARGO NA | |
|      | 20180612MMQFMP9H000186 | |
|      | 20180612I1B7032R004418 | |
|      | 06120938FTO3 | |
| 6/12 | Wire Transfer Debit | 50,000.00- |
|      | SANDRA BRASS | |
|      | ▮▮▮▮▮▮▮▮▮ | |
|      | WELLS FARGO NA | |
|      | 20180612MMQFMP9H001551 | |
|      | 20180612I1B7032R015319 | |
|      | 06121545FTO3 | |
| 6/12 | From DDA *8665,To DDA *8630,To cover 6-8-18 401k | 8,259.84- |
| 6/15 | From DDA *8665,To DDA *8681,To cover checks 6-15-18 | 14,102.93- |
| 6/18 | Wire Transfer Debit | 445,000.00- |
|      | AXEON SPECIALTY PRODUCTS | |
|      | ▮▮▮▮▮▮ | |
|      | 4 PARADISE OAD | |
|      | PAULSBORO, N.J. 08066 | |
|      | CIBC BANK USA | |
|      | 20180618MMQFMP9H000745 | |
|      | 20180618L1LFBA4C000483 | |
|      | 06181202FTO3 | |
| 6/19 | Wire Transfer Debit | 25,000.00- |
|      | Arthur J Brass | |
|      | ▮▮▮▮▮▮▮▮▮ | |
|      | IBC LAREDO | |
|      | 20180619MMQFMP9H000018 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000145

STATEMENT OF ACCOUNT

# IBERIABANK

Date  6/29/18     Page     5
Account Number     *******8665

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20180619K4QLE01C000096 | |
|      | 06190801FT03 | |
| 6/19 | From DDA *8665,To DDA *8301,lo an | 100,000.00- |
| 6/19 | From DDA *8665,To DDA *8681,To cover checks 6-19-18 | 162,326.93- |
| 6/20 | Wire Transfer Debit Joseph A. Mattingly | 18,366.64- |
|      | IBERIABANK | |
|      | 20180620MMQFMP9H000652 | |
|      | 20180620MMQFMP9H000575 | |
|      | 06201218FT03 | |
| 6/20 | Wire Transfer Debit Kenny Hucker | 18,366.64- |
|      | REGIONS | |
|      | 20180620MMQFMP9H000656 | |
|      | 20180620F2QCZ00C002316 | |
|      | 06201218FT03 | |
| 6/20 | Wire Transfer Debit PATRICK PERUGINI | 18,366.64- |
|      | BK AMER NYC | |
|      | 20180620MMQFMP9H000659 | |
|      | 20180620B6B7HU4R006748 | |
|      | 06201219FT03 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000146

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                         Date  6/29/18    Page    6
   GULF COAST ASPHALT COMPANY LLC         Account Number   *******8665
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 6/20 | Wire Transfer Debit<br>Perdido Supply & Trading<br>███████<br>11 Greenway Plaza<br>Suite 2950<br>Houston, Texas 77046<br>JPMCHASE TEXAS<br>20180620MMQFMP9H000654<br>20180620B1QGC01R034096<br>06201218FT03 | 36,733.28- |
| 6/21 | Wire Transfer Debit<br>Arthur J Brass<br>███████████<br>IBC LAREDO<br>20180621MMQFMP9H001609<br>20180621K4QLE01C000911<br>06211606FT03 | 50,000.00- |
| 6/21 | From DDA *8665,To DDA *8673,To<br>cover bank charge | 138.50- |
| 6/22 | From DDA *8665,To DDA *8630,To<br>cover 6-22-18 payroll | 83,091.95- |
| 6/25 | From DDA *8665,To DDA *8630,To<br>cover 06-22-18 401k | 8,259.84- |
| 6/26 | Payment    ATT<br>PPD | 1,897.67- |
| 6/28 | Wire Transfer Debit<br>Jason B Goldstein, Amy Goldste<br>██████████<br>IBERIABANK<br>20180628MMQFMP9H000794 | 18,500.00- |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000147

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18    Page    7
Account Number   *******8665

---

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 20180628MMQFMP9H000666 | |
|      | 06281203FT03 | |
| 6/28 | Wire Transfer Debit | 50,000.00- |
|      | Arthur J Brass | |
|      | IBC LAREDO | |
|      | 20180628MMQFMP9H002585 | |
|      | 20180628K4QLE01C001158 | |
|      | 06281655FT03 | |
| 6/28 | From DDA *8665,To DDA *8681,ac | 87,362.99- |
|      | cts pay | |
| 6/28 | From DDA *8665,To DDA *8630,ju | 182,703.58- |
|      | ly 2018 payroll | |
| 6/29 | Wire Transfer Debit | 5,368.68- |
|      | HOLMAN FENWICK WILLAN | |
|      | WELLSFARGO NY INTL | |
|      | 20180629MMQFMP9H002631 | |
|      | 20180629B6B7001C008972 | |
|      | 06291448FT03 | |
| 6/29 | Wire Transfer Debit | 6,589.71- |
|      | Perdido Supply & Trading | |
|      | 11 Greenway Plaza | |
|      | Suite 2950 | |
|      | Houston, Texas 77046 | |
|      | JPMCHASE TEXAS | |
|      | 20180629MMQFMP9H003968 | |
|      | 20180629B1QGC01R099290 | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000148

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18      Page      8
Account Number   *******8665

---

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | 06291649FTO3 | |
| 6/29 | Wire Transfer Debit | 7,500.00- |
|      | John D Tomaszewski | |
|      | JPMCHASE TEXAS | |
|      | 20180629MMQFMP9H000785 | |
|      | 20180629B1QGC01R031649 | |
|      | 06291025FTO3 | |
| 6/29 | Wire Transfer Debit | 8,000.00- |
|      | Perdido Supply & Trading | |
|      | 11 Greenway Plaza | |
|      | Suite 2950 | |
|      | Houston, Texas 77046 | |
|      | JPMCHASE TEXAS | |
|      | 20180629MMQFMP9H000791 | |
|      | 20180629B1QGC01R031745 | |
|      | 06291025FTO3 | |
| 6/29 | Wire Transfer Debit | 25,000.00- |
|      | Jason B Goldstein, Amy Goldste | |
|      | IBERIABANK | |
|      | 20180629MMQFMP9H000789 | |
|      | 20180629MMQFMP9H000590 | |
|      | 06291025FTO3 | |
| 6/29 | Wire Transfer Debit | 25,000.00- |
|      | Joyce Mericle Brass | |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000149

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  6/29/18     Page     9
Account Number    *******8665

---

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ████████ | |
| | JPMCHASE TEXAS | |
| | 20180629MMQFMP9H001461 | |
| | 20180629B1QGC01R048790 | |
| | 06291207FT03 | |
| 6/29 | Wire Transfer Debit | 59,858.75- |
| | MERCURIA ENERGY TRADING INC | |
| | ████████ | |
| | 20 GREENWAY PLAZA | |
| | SUITE 650 | |
| | HOUSTON, TEXAS 77046 | |
| | BK AMER NYC | |
| | 20180629MMQFMP9H002634 | |
| | 20180629B6B7HU4R015447 | |
| | 06291448FT03 | |
| 6/29 | From DDA *8665,To DDA *8681,To | 183,633.19- |
| | cover 6-29-18 checks | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 6/01 | 573,413.67 | 6/15 | 263,980.25 | 6/22 | 1,082,406.72 |
| 6/05 | 558,413.67 | 6/18 | 1,594,797.30 | 6/25 | 1,074,146.88 |
| 6/08 | 480,632.32 | 6/19 | 1,307,470.37 | 6/26 | 1,197,249.21 |
| 6/11 | 351,343.02 | 6/20 | 1,215,637.17 | 6/28 | 858,682.64 |
| 6/12 | 278,083.18 | 6/21 | 1,165,498.67 | 6/29 | 731,478.07 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.
Debtor000150

STATEMENT OF ACCOUNT

# IBERIABANK



TO PLO R
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

015688

```
Date  7/31/18    Page    1
Account Number   *******8665
```



015688

```
---------------------- CHECKING ACCOUNT ------------------------

COMMERCIAL CHECKING ANALYSIS                                    O
Account Number           *******8665   Statement Dates  7/02/18 thru  7/31/18
Previous Balance         731,478.07    Days this Statement Period        30
    2 Deposits/Credits   150,594.80    Average Ledger            502,803.84
   17 Checks/Debits      655,810.81    Average Collected         502,803.84
Service Charge                 .00
Interest Paid                  .00
Current Balance          226,262.06
```

```
                        Deposits and Additions
Date     Description                              Amount
7/13     Wire Transfer Credit                  17,005.00
         MERCURIA ENERGY TRADING INC.
         GREENWAY PLAZA
         20 EAST, SUITE 650, HOUSTON,
         TEXAS 77046, USA
         BANK OF AMERICA, N.A.
         222 BROADWAY
         NEW YORK,US 10038
         1359957/14778
         20180713B6B7HU2R008208
         20180713MMQFMP9H000682
         07131212FT03
7/19     Wire Transfer Credit                 133,589.80
         MERCURIA ENERGY TRADING INC.
         GREENWAY PLAZA
         20 EAST, SUITE 650, HOUSTON,
         TEXAS 77046, USA
         BANK OF AMERICA, N.A.
         222 BROADWAY
         NEW YORK,US 10038
         1362741/14789
         20180719B6B7HU2R006263
```

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003283

Debtor000151

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                   $ _____

## TOTAL                                   $ _____

## SUBTRACT—

CHECKS OUTSTANDING                        $ _____

## BALANCE                                 $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299


EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

    1)Tell us your name and account number.
    2)Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    3)Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/18     Page    2
Account Number    *******8665



015688

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| | 20180719MMQFMP9H000351 | |
| | 07191057FT03 | |

### Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 7/03 | From DDA *8665,To DDA *8681,To cover check 25392 | 99,182.87- |
| 7/06 | Wire Transfer Debit Arthur J Brass | 10,000.00- |
| | IBC LAREDO | |
| | 20180706MMQFMP9H000080 | |
| | 20180706K4QLE01C000199 | |
| | 07060900FT03 | |
| 7/10 | Wire Transfer Debit Arthur J Brass | 40,000.00- |
| | IBC LAREDO | |
| | 20180710MMQFMP9H001776 | |
| | 20180710K4QLE01C001042 | |
| | 07101642FT03 | |
| 7/11 | From DDA *8665,To DDA *8681,Cover checks 7-10-18 | 72,647.75- |
| 7/13 | Wire Transfer Debit Arthur J Brass | 10,000.00- |
| | IBC LAREDO | |
| | 20180713MMQFMP9H001087 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003285

Debtor000153

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/18    Page    3
Account Number  *******8665



COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| | 20180713K4QLE01C000589 | |
| | 07131219FT03 | |
| 7/16 | Wire Transfer Debit | 10,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180716MMQFMP9H002092 | |
| | 20180716K4QLE01C000986 | |
| | 07161653FT03 | |
| 7/20 | Wire Transfer Debit | 100,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180720MMQFMP9H000063 | |
| | 20180720K4QLE01C000157 | |
| | 07200801FT03 | |
| 7/20 | From DDA *8665,To DDA *8673 | 336.71- |
| 7/24 | Wire Transfer Debit | 50,000.00- |
| | Arthur J Brass | |
| | IBC LAREDO | |
| | 20180724MMQFMP9H001529 | |
| | 20180724K4QLE01C000814 | |
| | 07241601FT03 | |
| 7/24 | Payment    ATT | 1,821.84- |
| | PPD | |
| 7/25 | From DDA *8665,To DDA *8681 | 141,195.78- |
| 7/26 | Wire Transfer Debit | 25,000.00- |
| | Joyce Mericle Brass | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003286

Debtor000154

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/18     Page     4
Account Number   *******8665


015688

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | JPMCHASE TEXAS<br>20180726MMQFMP9H001771<br>20180726B1QGC01R059791<br>07261615FT03 | |
| 7/26 | DIRECT DBT   AL-DEPT OF REV<br>CCD   GULF COAST ASPHALT COM | 50.00- |
| 7/26 | From DDA *8665,To DDA *8681 | 11,834.33- |
| 7/27 | From DDA *8665,To DDA *8681,Co<br>ver checks 7-27-18 and 8-1-18 | 29,012.46- |
| 7/31 | Wire Transfer Debit<br>Perdido Supply & Trading | 10,763.07- |
| | 11 Greenway Plaza<br>Suite 2950<br>Houston, Texas 77046<br>JPMCHASE TEXAS<br>20180731MMQFMP9H000026<br>20180731B1QGC01R010022<br>07310802FT03 | |
| 7/31 | Wire Transfer Debit<br>Capuder Fazio Giacola LLP IOLA | 43,966.00- |
| | 90 Broad Street 18th Floor<br>New York, New York 10004-9597<br>JPMCHASE<br>Seward Part Lawsuit<br>20180731MMQFMP9H001972<br>20180731B1QGC01R059371<br>07311442FT03 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003287

Debtor000155

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  7/31/18    Page    5
Account Number   *******8665


015688

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 7/02 | 731,478.07 | 7/13 | 516,652.45 | 7/25 | 346,887.92 |
| 7/03 | 632,295.20 | 7/16 | 506,652.45 | 7/26 | 310,003.59 |
| 7/06 | 622,295.20 | 7/19 | 640,242.25 | 7/27 | 280,991.13 |
| 7/10 | 582,295.20 | 7/20 | 539,905.54 | 7/31 | 226,262.06 |
| 7/11 | 509,647.45 | 7/24 | 488,083.70 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

003288

Debtor000156

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  8/31/18    Page    1
                                        Account Number   *******8665
    GULF COAST ASPHALT COMPANY LLC
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

```
------------------------- CHECKING ACCOUNT -------------------------
```

```
COMMERCIAL CHECKING ANALYSIS                                        0
Account Number           *******8665   Statement Dates  8/01/18 thru  9/03/18
Previous Balance          226,262.06   Days this Statement Period        34
     4 Deposits/Credits   931,375.31   Average Ledger            405,092.08
    22 Checks/Debits      913,065.38   Average Collected         405,092.08
Service Charge                   .00
Interest Paid                    .00
Current Balance           244,571.99
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 8/03 | Wire Transfer Credit | 710,720.00 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | GREENWAY PLAZA | |
|      | 20 EAST, SUITE 650, HOUSTON, | |
|      | TEXAS 77046, USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,US 10038 | |
|      | 1372566/Q2OVERHEADPAYMENT | |
|      | 20180803B6B7HU3R007298 | |
|      | 20180803MMQFMP9H000525 | |
|      | 08031152FTO3 | |
| 8/21 | Wire Transfer Credit | 27,950.25 |
|      | THE TICKET EXPERIENCE LLC | |
|      | DBA EVENTELLECT MASTER BILLING | |
|      | 3311 WEST ALABAMA,SUITE 200 | |
|      | HOUSTON, TX | |
|      | 20180821B6B7HU4R010945 | |
|      | 20180821MMQFMP9H000997 | |
|      | 08211655FTO3 | |
| 8/24 | Wire Transfer Credit | 15,207.50 |
|      | MERCURIA ENERGY TRADING INC. | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                      $ _____

## TOTAL                                 $ _____

## SUBTRACT—

CHECKS OUTSTANDING               $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---



Member
FDIC

### In Case of Errors or Questions About Your Electronic Transfers
### TELEPHONE US AT: 1-800-682-3231 OR
### WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING
LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line plus your closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/18     Page     2
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,US 10038 | |
| | 1379314/148471379349/14848 | |
| | 20180824B6B7HU3R005415 | |
| | 20180824MMQFMP9H000335 | |
| | 08241007FT03 | |
| 8/31 | Wire Transfer Credit | 177,497.56 |
| | MERCURIA ENERGY TRADING INC. | |
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,US 10038 | |
| | 1381002/14856 | |
| | 20180831B6B7HU1R010576 | |
| | 20180831MMQFMP9H000703 | |
| | 08311112FT03 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 8/03 | From DDA *8665,To DDA *8681,pa yroll 8-3-18 | 83,550.11- |
| 8/07 | Wire Transfer Debit Arthur J Brass | 15,000.00- |
| | IBC LAREDO | |
| | 20180807MMQFMP9H000053 | |
| | 20180807K4QLE01C000147 | |
| | 08070842FT03 | |
| 8/07 | From DDA *8665,To DDA *8630 | 8,259.64- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000159

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                         Date  8/31/18     Page     3
   GULF COAST ASPHALT COMPANY LLC        Account Number   *******8665
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 8/08 | From DDA *8665,To DDA *8681 | 7,500.00- |
| 8/10 | Wire Transfer Debit<br>Arthur J Brass<br><br>IBC LAREDO<br>20180810MMQFMP9H000325<br>20180810K4QLE01C000238<br>08100948FT03 | 300,000.00- |
| 8/14 | Wire Transfer Debit<br>Arthur J Brass<br><br>IBC LAREDO<br>20180814MMQFMP9H000442<br>20180814K4QLE01C000234<br>08141047FT03 | 45,000.00- |
| 8/14 | From DDA *8665,To DDA *8681,8-13-18 check run | 37,892.02- |
| 8/15 | Wire Transfer Debit<br>Joyce Mericle Brass<br><br>JPMCHASE TEXAS<br>20180815MMQFMP9H001236<br>20180815B1QGC01R049566<br>08151428FT03 | 25,000.00- |
| 8/15 | From DDA *8665,To DDA *8630,payroll | 83,549.19- |
| 8/20 | From DDA *8665,To DDA *8673,To cover bank analysis charge | 323.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000160

STATEMENT OF ACCOUNT

# iBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  8/31/18      Page      4
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|---|---|---|
| 8/20 | From DDA *8665,To DDA *8681,To Cover YPO 2018-2019 Membershi | 7,500.00- |
| 8/21 | Wire Transfer Debit<br>Martin Operating Partnership L<br><br>Dallas, Texas 75267<br>COMERICA DALLAS<br>20180821MMQFMP9H001189<br>20180821G1QG992C000384<br>08211435FTO3 | 2,260.00- |
| 8/21 | Wire Transfer Debit<br>Arthur J Brass<br><br>IBC LAREDO<br>20180821MMQFMP9H000077<br>20180821K4QLE01C000137<br>08210854FTO3 | 25,000.00- |
| 8/21 | Wire Transfer Debit<br>Joseph A. Mattingly<br><br>IBERIABANK<br>20180821MMQFMP9H000023<br>20180821MMQFMP9H000094<br>08210802FTO3 | 27,965.25- |
| 8/21 | Wire Transfer Debit<br>Jason B Goldstein, Amy Goldste | 27,965.25- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000161

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  8/31/18    Page     5
      GULF COAST ASPHALT COMPANY LLC          Account Number   *******8665
      1990 POST OAK BLVD SUITE 2400
      HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | IBERIABANK | |
|      | 20180821MMQFMP9H000030 | |
|      | 20180821MMQFMP9H000095 | |
|      | 08210802FT03 | |
| 8/21 | From DDA *8665,To DDA *8630,To | 8,259.84- |
|      | cover 401k from 8-17-18 Payro | |
| 8/23 | Wire Transfer Debit | 45,000.00- |
|      | Arthur J Brass | |
|      | IBC LAREDO | |
|      | 20180823MMQFMP9H000036 | |
|      | 20180823K4QLE01C000096 | |
|      | 08230820FT03 | |
| 8/24 | Payment    ATT | 2,070.22- |
|      | PPD | |
| 8/27 | From DDA *8665,To DDA *8630,To | 92,000.00- |
|      | cover 8-31-18 payroll and 401 | |
| 8/29 | Wire Transfer Debit | 10,000.00- |
|      | Arthur J Brass | |
|      | IBC LAREDO | |
|      | 20180829MMQFMP9H000030 | |
|      | 20180829K4QLE01C000098 | |
|      | 08290801FT03 | |
| 8/31 | Wire Transfer Debit | 9,250.00- |
|      | Jason B Goldstein, Amy Goldste | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000162

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  8/31/18    Page    6
    GULF COAST ASPHALT COMPANY LLC       Account Number   *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
|      | IBERIABANK | |
|      | 20180831MMQFMP9H000185 | |
|      | 20180831MMQFMP9H000295 | |
|      | 08310839FTO3 | |
| 8/31 | From DDA *8665,To DDA *8681,To | 49,720.86- |
|      | cover checks on 8/30/18 | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 8/01 | 226,262.06 | 8/14 | 439,780.29 | 8/24 | 228,045.29 |
| 8/03 | 853,431.95 | 8/15 | 331,231.10 | 8/27 | 136,045.29 |
| 8/07 | 830,172.31 | 8/20 | 323,408.10 | 8/29 | 126,045.29 |
| 8/08 | 822,672.31 | 8/21 | 259,908.01 | 8/31 | 244,571.99 |
| 8/10 | 522,672.31 | 8/23 | 214,908.01 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000163

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  9/28/18     Page    1
                                        Account Number   *******8665
     GULF COAST ASPHALT COMPANY LLC
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

```
     --------------------------- CHECKING ACCOUNT-------------------------------
```

**COMMERCIAL CHECKING ANALYSIS**           0

```
Account Number           *******8665   Statement Dates   9/04/18 thru  9/30/18
Previous Balance          244,571.99   Days this Statement Period        27
   5 Deposits/Credits     378,260.94   Average Ledger              135,193.55
  24 Checks/Debits        539,132.73   Average Collected           130,563.92
Service Charge                   .00
Interest Paid                    .00
Current Balance            83,700.20
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/13 | Wire Transfer Credit | 27,950.25 |
|      | THE TICKET EXPERIENCE LLC | |
|      | DBA EVENTELLECT MASTER BILLING | |
|      | 3311 WEST ALABAMA,SUITE 200 | |
|      | HOUSTON, TX | |
|      | 20180913B6B7HU1R008960 | |
|      | 20180913MMQFMP9H000615 | |
|      | 09131256FT03 | |
| 9/14 | Transfer Credit | 50,000.00 |
| 9/21 | Wire Transfer Credit | 164,325.69 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | GREENWAY PLAZA | |
|      | 20 EAST, SUITE 650, HOUSTON, | |
|      | TEXAS 77046, USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,US 10038 | |
|      | 1392385/14884 | |
|      | 20180921B6B7HU1R009633 | |
|      | 20180921MMQFMP9H000768 | |
|      | 09211327FT03 | |
| 9/24 | Deposit | 125,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000165

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                    $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                             $ _____

## TOTAL                             $ _____

## SUBTRACT—

CHECKS OUTSTANDING                   $ _____

## BALANCE                           $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**

Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account at your billing cycle closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**

If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000166

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date  9/28/18    Page    2
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665    (Continued)

## Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 9/26 | Wire Transfer Credit | 10,985.00 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | GREENWAY PLAZA | |
|      | 20 EAST, SUITE 650, HOUSTON, | |
|      | TEXAS 77046, USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,US 10038 | |
|      | 1394816/14897 | |
|      | 20180926B6B7HU1R006144 | |
|      | 20180926MMQFMP9H000391 | |
|      | 09261052FT03 | |

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 9/04 | Wire Transfer Debit | 8,000.00- |
|      | Perdido Supply & Trading | |
|      | ███████ | |
|      | 11 Greenway Plaza | |
|      | Suite 2950 | |
|      | Houston, Texas 77046 | |
|      | JPMCHASE TEXAS | |
|      | 20180904MMQFMP9H001162 | |
|      | 20180904B1QGC01R048889 | |
|      | 09041248FT03 | |
| 9/05 | From DDA *8665,To DDA *8681,ac cts pay | 25,063.64- |
| 9/06 | DIRECT DBT    AL-DEPT OF REV CCD    GULF COAST ASPHALT COM | 50.00- |
| 9/06 | DIRECT DBT    AL-DEPT OF REV CCD    GULF COAST ASPHALT COM | 50.00- |
| 9/07 | Wire Transfer Debit | 5,000.00- |
|      | Arthur J Brass | |
|      | 114902528 | |
|      | 1110036124 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000167

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date  9/28/18    Page    3
                                          Account Number   *******8665
GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 11 Greenway Plaza 2950 | |
| | Houston, Texas 77046 | |
| | IBC LAREDO | |
| | 20180907MMQFMP9H000234 | |
| | 20180907K4QLE01C000220 | |
| | 09070952FTO3 | |
| 9/07 | From DDA *8665,To DDA *8681,YP | 4,500.00- |
| | O Fly Away | |
| 9/07 | From DDA *8665,To DDA *8681 | 7,500.00- |
| 9/10 | From DDA *8665,To DDA *8630,To | 92,000.00- |
| | cover 09-14-18 Payroll and 40 | |
| 9/12 | From DDA *8665,To DDA *8681,AJ | 15,500.00- |
| 9/12 | From DDA *8665,To DDA *8630 | 50,000.00- |
| 9/14 | Wire Transfer Debit | 6,844.47- |
| | Perdido Supply & Trading | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20180914MMQFMP9H000299 | |
| | 20180914B1QGC01R016672 | |
| | 09140939FTO3 | |
| 9/14 | Wire Transfer Debit | 27,965.25- |
| | Joseph A. Mattingly | |
| | IBERIABANK | |
| | 20180914MMQFMP9H000222 | |
| | 20180914MMQFMP9H000282 | |
| | 09140916FTO3 | |
| 9/14 | Wire Transfer Debit | 27,965.25- |
| | Jason B Goldstein, Amy Goldste | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000168

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                        Date  9/28/18    Page    4
    GULF COAST ASPHALT COMPANY LLC      Account Number    *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ███████████ | |
| | IBERIABANK | |
| | 20180914MMQFMP9H000224 | |
| | 20180914MMQFMP9H000284 | |
| | 09140917FT03 | |
| 9/14 | From DDA *8665,To DDA *8681,To cover checks and ACH | 7,764.44- |
| 9/17 | From DDA *8665,To DDA *8681,To cover workmans comp., life in | 10,386.44- |
| 9/19 | From DDA *8665,To DDA *8681,To cover Carlo and Kenny expense | 3,891.36- |
| 9/21 | From DDA *8665,To DDA *8673 | 288.65- |
| 9/25 | Payment    ATT PPD | 2,316.20- |
| 9/25 | From DDA *8665,To DDA *8681,To cover check 9-25-18 | 8,000.00- |
| 9/26 | Wire Transfer Debit MARSHIP ████████ FR7610107001670051067501220 IMMEUBLE DU PORT AVENUE FRANCOIS MITTERRAND 97200 FORT-DE-FRANCE MARTINIQU WELLSFARGO NY INTL 20180926MMQFMP9H001264 20180926B6B7001C006699 09261431FT03 | 8,324.17- |
| 9/26 | From DDA *8665,To DDA *8630,To cover payroll and 401k 9-28-18 | 92,000.00- |
| 9/27 | From DDA *8665,To DDA *8681,AJ check 25470 | 60,000.00- |
| 9/28 | From DDA *8665,To DDA *8681,To cover Blue Cross check 25471 | 25,722.86- |
| 9/28 | From DDA *8665,To DDA *8681 | 50,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000169

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date  9/28/18    Page    5
     GULF COAST ASPHALT COMPANY LLC           Account Number   *******8665
     1990 POST OAK BLVD SUITE 2400
     HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/04 | 236,571.99 | 9/13 | 64,858.60 | 9/25 | 308,762.23 |
| 9/05 | 211,508.35 | 9/14 | 44,319.19 | 9/26 | 219,423.06 |
| 9/06 | 211,408.35 | 9/17 | 33,932.75 | 9/27 | 159,423.06 |
| 9/07 | 194,408.35 | 9/19 | 30,041.39 | 9/28 | 83,700.20 |
| 9/10 | 102,408.35 | 9/21 | 194,078.43 | | |
| 9/12 | 36,908.35 | 9/24 | 319,078.43 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000170

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/18     Page     1
Account Number    *******8665

```
---------------------------- CHECKING ACCOUNT-------------------------------
```

Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
Eligible account balances above $250,000 and $1,000,000 may qualify for a
premium Earnings Credit Rate.
Tier 1 -  $0.00 - $249,999.99
Tier 2 -  $250,000.00 - $999,999.99
Tier 3 -  $1,000,000.00 and greater

**COMMERCIAL CHECKING ANALYSIS**                                            0

| | | | |
|---|---|---|---|
| Account Number | *******8665 | Statement Dates  10/01/18 thru 10/31/18 | |
| Previous Balance | 83,700.20 | Days this Statement Period | 31 |
| 4 Deposits/Credits | 977,425.44 | Average Ledger | 69,749.28 |
| 19 Checks/Debits | 682,620.40 | Average Collected | 69,749.28 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 378,505.24 | | |

### Deposits and Additions

| Date | Description | Amount |
|---|---|---|
| 10/10 | Transfer Credit | 304,062.36 |
| 10/15 | Wire Transfer Credit | 127,944.33 |
| | MERCURIA ENERGY TRADING INC. | |
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,US 10038 | |
| | 1402102/14926 | |
| | 20181015B6B7HU4R011099 | |
| | 20181015MMQFMP9H000904 | |
| | 10151428FTO3 | |
| 10/24 | Wire Transfer Credit | 45,418.75 |
| | CHEV PRODUCTS CO. -INTL. LOGIS | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000171

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING-NOT CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT          $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)          $ _____

## TOTAL          $ _____

## SUBTRACT—

CHECKS OUTSTANDING          $ _____

## BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE
Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.



Member FDIC

### In Case of Errors or Questions About Your Electronic Transfers
TELEPHONE US AT: 1-800-682-3231 OR
WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

### LINE OF CREDIT ACCOUNT INFORMATION
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your account each day, any closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC                 Date 10/31/18    Page    2
1990 POST OAK BLVD SUITE 2400                  Account Number   *******8665
HOUSTON TX 77056

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| | 6001 BOLLINGER CANYON ROAD | |
| | BUILDING E 2ND FLOOR SAN RAMON | |
| | CALIFORNIA 94583 | |
| | IV:14924 | |
| | 20181024B1Q8021C010458 | |
| | 20181024MMQFMP9H000077 | |
| | 10240707FT03 | |
| 10/31 | Wire Transfer Credit | 500,000.00 |
| | MERCURIA ENERGY TRADING INC. | |
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA | |
| | BANK OF AMERICA, N.A. | |
| | 222 BROADWAY | |
| | NEW YORK,US 10038 | |
| | 1409570/Q3OVERHEADPAYMENT | |
| | 20181031B6B7HU1R008658 | |
| | 20181031MMQFMP9H000507 | |
| | 10311047FT03 | |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 10/02 | Wire Transfer Debit | 8,000.00- |
| | Perdido Supply & Trading | |
| | 11 Greenway Plaza | |
| | Suite 2950 | |
| | Houston, Texas 77046 | |
| | JPMCHASE TEXAS | |
| | 20181002MMQFMP9H000044 | |
| | 20181002B1QGC01R009393 | |
| | 10020834FT03 | |
| 10/03 | From DDA *8665,To DDA *8681,To cover checks 10-01-18 | 8,594.81- |
| 10/09 | From DDA *8665,To DDA *8630,payroll10-12 | 60,000.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000173

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/18     Page     3
Account Number    *******8665

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 10/10 | From DDA *8665,To DDA *2844 | 22,547.76- |
| 10/12 | Wire Transfer Debit | 13,932.66- |
| | HOLMAN FENWICK WILLAN | |
| | WELLSFARGO NY INTL | |
| | 0619000386 | |
| | 20181012MMQFMP9H000880 | |
| | 20181012B6B7001C004372 | |
| | 10121215FT03 | |
| 10/12 | Wire Transfer Debit | 177,597.56- |
| | ZENITH ENERGY TERMINALS HOLDIN | |
| | 3900 ESSEX LANE | |
| | SUITE 700 | |
| | HOUSTON, TX 77027 US | |
| | CITIBANK NYC | |
| | 20181012MMQFMP9H000193 | |
| | 20181012B1Q8021R009875 | |
| | 10120940FT03 | |
| 10/12 | From DDA *8665,To DDA *8681,To | 57,000.00- |
| | cover checks 10-12-18 | |
| 10/16 | Wire Transfer Debit | 6,519.20- |
| | INTERTEK USA INC | |
| | BOSTON MA 02242 US | |
| | BK AMER GLOBAL | |
| | 20181016MMQFMP9H001128 | |
| | 20181016B6B7HU4R008272 | |
| | 10161412FT03 | |
| 10/16 | Wire Transfer Debit | 34,710.16- |
| | HALL MAINES LUGRIN PC | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000174

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 10/31/18    Page    4
    GULF COAST ASPHALT COMPANY LLC           Account Number   *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665  (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | ██████████ | |
| | 2800 POST OAK BLVD | |
| | SUITE 6400 | |
| | HOUSTON, TX 77056 US | |
| | FROST BANK | |
| | 20181016MMQFMP9H001126 | |
| | 20181016K4QLA01C000840 | |
| | 10161412FT03 | |
| 10/16 | From DDA *8665,To DDA *2844,loan | 87,485.00- |
| 10/17 | Wire Transfer Debit | 10,000.00- |
| | Arthur J Brass | |
| | ███████████████ | |
| | IBC LAREDO | |
| | 20181017MMQFMP9H000600 | |
| | 20181017K4QLE01C000359 | |
| | 10171207FT03 | |
| 10/17 | From DDA *8665,To DDA *2844 | 10.00- |
| 10/17 | From DDA *8665,To DDA *8630,To cover 10-12-18 payroll 401k | 6,029.01- |
| 10/22 | From DDA *8665,To DDA *8673,To cover bank analysis charge | 331.19- |
| 10/24 | Payment    ATT | 1,889.76- |
| | PPD | |
| 10/24 | From DDA *8665,To DDA *8681 | 45,418.75- |
| 10/31 | Wire Transfer Debit | 554.54- |
| | John D Tomaszewski | |
| | ████████████ | |
| | JPMCHASE TEXAS | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000175

STATEMENT OF ACCOUNT

# IBERIABANK

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

Date 10/31/18      Page    5
Account Number    *******8665

---

COMMERCIAL CHECKING ANALYSIS        *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | 20181031MMQFMP9H000171 | |
| | 20181031B1QGC01R018341 | |
| | 10310906FT03 | |
| 10/31 | Wire Transfer Debit | 50,000.00- |
| | Arthur J Brass | |
| | ▮▮▮▮▮▮▮ | |
| | IBC LAREDO | |
| | 20181031MMQFMP9H001972 | |
| | 20181031K4QLE01C000775 | |
| | 10311429FT03 | |
| 10/31 | From DDA *8665,To DDA *8630,To | 92,000.00- |
| | cover 11-09-18 payroll | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 83,700.20 | 10/10 | 288,619.99 | 10/17 | 23,280.73 |
| 10/02 | 75,700.20 | 10/12 | 40,089.77 | 10/22 | 22,949.54 |
| 10/03 | 67,105.39 | 10/15 | 168,034.10 | 10/24 | 21,059.78 |
| 10/09 | 7,105.39 | 10/16 | 39,319.74 | 10/31 | 378,505.24 |

---

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000176

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                          Date 11/30/18     Page    1
   GULF COAST ASPHALT COMPANY LLC         Account Number  *******8665
   1990 POST OAK BLVD SUITE 2400
   HOUSTON TX 77056
```

```
   --------------------------- CHECKING ACCOUNT-------------------------------

   Effective Oct 2018, Earnings Credit Rate will be tiered based on balances.
   Eligible account balances above $250,000 and $1,000,000 may qualify for a
   premium Earnings Credit Rate.
   Tier 1 -  $0.00 - $249,999.99
   Tier 2 -  $250,000.00 - $999,999.99
   Tier 3 -  $1,000,000.00 and greater
```

**COMMERCIAL CHECKING ANALYSIS**                                          0

```
Account Number            *******8665   Statement Dates  11/01/18 thru 12/02/18
Previous Balance           378,505.24   Days this Statement Period         32
   3 Deposits/Credits      235,735.25   Average Ledger               82,851.08
  14 Checks/Debits         588,579.03   Average Collected            82,851.08
Service Charge                    .00
Interest Paid                     .00
Current Balance             25,661.46
```

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| 11/06 | Wire Transfer Credit | 14,491.75 |
| | THE TICKET EXPERIENCE LLC | |
| | DBA EVENTELLECT MASTER BILLING | |
| | 3311 WEST ALABAMA,SUITE 200 | |
| | HOUSTON, TX | |
| | 20181106B6B7HU2R002136 | |
| | 20181106MMQFMP9H000040 | |
| | 11060511FT03 | |
| 11/16 | Transfer Credit | 87,435.00 |
| 11/16 | Wire Transfer Credit | 133,808.50 |
| | MERCURIA ENERGY TRADING INC. | |
| | GREENWAY PLAZA | |
| | 20 EAST, SUITE 650, HOUSTON, | |
| | TEXAS 77046, USA | |
| | BANK OF AMERICA, N.A. | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000177

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING–NOT
CHARGED TO ACCOUNT

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

BANK BALANCE SHOWN
ON THIS STATEMENT                     $ _____

## ADD

DEPOSITS NOT SHOWN
ON THIS STATEMENT
(IF ANY)                                    $ _____

## TOTAL                                  $ _____

## SUBTRACT—

CHECKS OUTSTANDING                $ _____

## BALANCE                             $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE
AFTER DEDUCTING SERVICE CHARGE
(IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits. This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge." Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract. We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating). "New Balance" means the total outstanding balance of your line of credit closing date which includes principal. If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account. If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting. Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 11/30/18    Page    2
    GULF COAST ASPHALT COMPANY LLC            Account Number    *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Deposits and Additions

| Date | Description | Amount |
|------|-------------|--------|
| | 222 BROADWAY | |
| | NEW YORK,US 10038 | |
| | 552625/149791416758/14983 | |
| | 20181116B6B7HU4R006939 | |
| | 20181116MMQFMP9H000447 | |
| | 11161106FTO3 | |

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 11/01 | Wire Transfer Debit | 8,000.00- |
| | Perdido Supply & Trading | |
| | JPMCHASE TEXAS | |
| | 20181101MMQFMP9H000073 | |
| | 20181101B1QGC01R011980 | |
| | 11010837FTO3 | |
| 11/01 | Wire Transfer Debit | 9,250.00- |
| | Jason B Goldstein, Amy Goldste | |
| | IBERIABANK | |
| | 20181101MMQFMP9H000093 | |
| | 20181101MMQFMP9H000276 | |
| | 11010839FTO3 | |
| 11/02 | Wire Transfer Debit | 9,603.19- |
| | Jason B Goldstein, Amy Goldste | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000179

STATEMENT OF ACCOUNT

# iBERIABANK

```
                                          Date 11/30/18    Page    3
       GULF COAST ASPHALT COMPANY LLC     Account Number   *******8665
       1990 POST OAK BLVD SUITE 2400
       HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

### Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| | IBERIABANK<br>20181102MMQFMP9H002432<br>20181102MMQFMP9H001087<br>11021609FTO3 | |
| 11/02 | Wire Transfer Debit<br>Joseph A. Mattingly<br><br>IBERIABANK<br>20181102MMQFMP9H002429<br>20181102MMQFMP9H001086<br>11021608FTO3 | 19,681.75- |
| 11/02 | From DDA *8665,To DDA *8681,To<br> cover check run 10-31-18 | 112,000.00- |
| 11/02 | From DDA *8665,To DDA *8681 | 150,000.00- |
| 11/08 | Wire Transfer Debit<br>Martin Operating Partnership,<br><br>4200 Stone Road<br>Kilgore, Texas 75662<br>COMERICA DALLAS<br>20181108MMQFMP9H000543<br>20181108G1QG992C000232<br>11081134FTO3 | 2,260.00- |
| 11/15 | Wire Transfer Debit<br>Joseph A. Mattingly<br><br>12210 Pebblebrook<br>Houston, Texas 77024<br>IBERIABANK<br>20181115MMQFMP9H000976<br>20181115MMQFMP9H000722<br>11151246FTO3 | 1,286.04- |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000180

STATEMENT OF ACCOUNT

# IBERIABANK

```
                                              Date 11/30/18    Page    4
    GULF COAST ASPHALT COMPANY LLC           Account Number    *******8665
    1990 POST OAK BLVD SUITE 2400
    HOUSTON TX 77056
```

COMMERCIAL CHECKING ANALYSIS          *******8665   (Continued)

## Withdrawals and Deductions

| Date | Description | Amount |
|------|-------------|--------|
| 11/16 | Wire Transfer Debit | 25,000.00- |
| | SANDRA BRASS | |
| | ▮▮▮▮▮▮▮▮▮ | |
| | WELLS FARGO NA | |
| | 20181116MMQFMP9H000208 | |
| | 20181116I1B7031R005649 | |
| | 11160943FTO3 | |
| 11/16 | From DDA *8665,To DDA *8630 | 90,000.00- |
| 11/19 | From DDA *8665,To DDA *8681,To | 131,625.95- |
| | cover checks 11/19/18 | |
| 11/26 | From DDA *8665,To DDA *8673 | 301.20- |
| 11/26 | Payment    ATT | 2,070.90- |
| | PPD | |
| 11/28 | From DDA *8665,To DDA *8681,AJ | 27,500.00- |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/01 | 361,255.24 | 11/08 | 82,202.05 | 11/19 | 55,533.56 |
| 11/02 | 69,970.30 | 11/15 | 80,916.01 | 11/26 | 53,161.46 |
| 11/06 | 84,462.05 | 11/16 | 187,159.51 | 11/28 | 25,661.46 |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Debtor000181

 **IBERIABANK**

## STATEMENT OF ACCOUNT

Date 12/31/18        Page 1 of 5

GULF COAST ASPHALT COMPANY LLC
1990 POST OAK BLVD SUITE 2400
HOUSTON TX 77056

 **PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**
**1-800-968-0801**

 **24-hr Online Banking**
iberiabank.com

---

| COMMERCIAL CHECKING ANALYSIS | | ACCOUNT NUMBER *******8665 | |
|---|---|---|---|
| Previous Balance | 25,661.46 | Statement Dates | 12/03/18 thru 12/31/18 |
| 7 Deposits/Credits | 3,132,961.21 | Days this Statement Period | 29 |
| 14 Checks/Debits | 3,032,659.70 | Average Ledger Balance | 230,645.45 |
| Service Charge | .00 | Average Collected Balance | 226,335.11 |
| Interest Paid | .00 | | |
| Current Balance | 125,962.97 | | |

## Your statement now has
# A NEW LOOK!
The difference may appear subtle on this account statement.
We simply made a few visual enhancements to make it easier to read.

 **IBERIABANK**

 **GO GREEN**

**Not enrolled in e-Statements? Log in to Mobile or Online Banking to switch today!**
Receive your account information faster and more securely. In moments, you can download, print/save your statements, and access up to 18 months of statement history through Online Banking.

IBERIABANK TreasuryConnect® and BusinessConnect users:  Please contact your Branch or Treasury Management Technical Support at 1 800 778 5915 to request e Statement access.

*All products and services are subject to approval, including credit approval.*

---

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 12/06 | Wire Transfer Credit | 9,316.75 |
| | THE TICKET EXPERIENCE LLC | |
| | DBA EVENTELLECT MASTER BILLING | |
| | 3311 WEST ALABAMA,SUITE 200 | |
| | HOUSTON, TX | |
| | 20181206B6B7HU2R012597 | |
| | 20181206MMQFMP9H001078 | |
| | 12061613FT03 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000339

Debtor000183

# IBERIABANK

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

**BANK BALANCE SHOWN ON THIS STATEMENT**          $ _____

### ADD

**DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)**          $ _____

### TOTAL          $ _____

### SUBTRACT—

**CHECKS OUTSTANDING**          $ _____

### BALANCE          $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

### NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---


**Member FDIC**

**In Case of Errors or Questions About Your Electronic Transfers**
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**


**EQUAL HOUSING LENDER**

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account. On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have writ ten to us to dispute that we are currently investigating).  "New Balance" means the total outstanding balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly. The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time.  Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Debtor000184

 **IBERIABANK**

**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 3 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)          **Account Number \*\*\*\*\*\*\*8665**

**DEPOSITS AND CREDITS**

| Date | Description | Amount |
|------|-------------|-------:|
| 12/06 | Wire Transfer Credit<br>INVERSIONES TITANIO, S.R.L.<br>AVE. LOPE DE VEGA NO.29, EDIF.<br>CENT RO PISO 14, ENSANCHE NACO<br>BANCO DOMINICANO DEL PROGRESO<br>FX ACCOUNT<br>SANTO DOMINGO, DOMINICAN REP.<br>/RFB/PAGO FACT. NO. 14997<br>20181206B6B7001C008639<br>20181206MMQFMP9H000949<br>12061527FT03 | 2,794,425.00 |
| 12/14 | Wire Transfer Credit<br>MERCURIA ENERGY TRADING INC.<br>GREENWAY PLAZA<br>20 EAST, SUITE 650, HOUSTON,<br>TEXAS 77046, USA<br>BANK OF AMERICA, N.A.<br>222 BROADWAY<br>NEW YORK,US 10038<br>1430045/15025<br>20181214B6B7HU1R008303<br>20181214MMQFMP9H000654<br>12141143FT01 | 6,844.74 |
| 12/19 | Wire Transfer Credit<br>MERCURIA ENERGY TRADING INC.<br>GREENWAY PLAZA<br>20 EAST, SUITE 650, HOUSTON,<br>TEXAS 77046, USA<br>BANK OF AMERICA, N.A.<br>222 BROADWAY<br>NEW YORK,US 10038<br>568690/AUTOVOUCHED<br>20181219B6B7HU1R007929<br>20181219MMQFMP9H000582<br>12191158FT01 | 45,114.72 |
| 12/19 | Wire Transfer Credit<br>JOYCE M. BRASS<br>■■■■■■■■<br>■■■■■■■■■■■■<br>■■<br>SANFORD C BERNSTEIN AND CO LLC<br>CONCENTRATION ACCT<br>ONE NORTH LEXINGTON AVE FL 17<br>WHITE PLAINS NY 10601<br>20181219B1QGC01C018392<br>20181219MMQFMP9H001345 | 150,000.00 |

Please examine this statement upon receipt and report at once if you find any difference.<br>If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

00000341

Debtor000185



**STATEMENT OF ACCOUNT**

Date 12/31/18          Page 4 of 5

---

**COMMERCIAL CHECKING ANALYSIS** (continued)                    **Account Number *******8665**

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|------|-------------|-------:|
|      | 12191638FT01 | |
| 12/26 | Deposit | 125,000.00 |
| 12/27 | Wire Transfer Credit | 2,260.00 |
|      | MERCURIA ENERGY TRADING INC. | |
|      | GREENWAY PLAZA | |
|      | 20 EAST, SUITE 650, HOUSTON, | |
|      | TEXAS 77046, USA | |
|      | BANK OF AMERICA, N.A. | |
|      | 222 BROADWAY | |
|      | NEW YORK,US 10038 | |
|      | 1435952/15048 | |
|      | 20181227B6B7HU1R009332 | |
|      | 20181227MMQFMP9H000603 | |
|      | 12271213FT01 | |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|-------:|
| 12/06 | From DDA *8665,To DDA *8630,To cover payroll | 85,807.87 |
| 12/07 | Wire Transfer Debit | 9,331.75 |
|      | Joseph A. Mattingly | |
|      | IBERIABANK | |
|      | 20181207MMQFMP9H000055 | |
|      | 20181207MMQFMP9H000189 | |
|      | 12070836FT03 | |
| 12/07 | Wire Transfer Debit | 2,363,063.06 |
|      | MERCURIA ENERGY TRADING INC | |
|      | 20 GREENWAY PLAZA | |
|      | SUITE 650 | |
|      | HOUSTON, TEXAS 77046 US | |
|      | BK AMER NYC | |
|      | 20181207MMQFMP9H000985 | |
|      | 20181207B6B7HU1R007166 | |
|      | 12071226FT03 | |
| 12/11 | Wire Transfer Debit | 8,000.00 |
|      | Perdido Supply & Trading | |
|      | 11 Greenway Plaza | |
|      | Suite 2950 | |
|      | Houston, Texas 77046 | |
|      | JPMCHASE TEXAS | |
|      | 20181211MMQFMP9H000648 | |
|      | 20181211B1QGC01R026026 | |
|      | 12111155FT01 | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

00000342

Debtor000186