UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In re: | § § | Case No: 6:23-cv-00002 |
| ARTHUR JACOB BRASS, | § § | Bankruptcy Case No: 21-60025 |
| Debtor. | § § § | |
| VITOL INC. | § § § | |
| v. | § § | Adversary No. 21-06006 |
| ARTHUR JACOB BRASS | § § | |

**NOTICE OF CROSS-APPEAL**

Vitol Inc. ("Vitol") hereby files this Notice of Cross-Appeal, and would respectfully show the Court as follows:

1. Vitol is the Appellee in the above-referenced matter, and the Plaintiff in the underlying bankruptcy adversary proceeding.

2. Vitol cross-appeals the Bankruptcy Court's findings of fact with respect to Vitol's award of damages in the Court's *Judgment and Order* dated December 21, 2022 [Dkt. No. 208].

3. This cross-appeal is to the United States District Court for the Southern District of Texas.

4. The Parties to the Appeal are:

    a. **Vitol, Inc**.    Keith M. Aurzada (SBN 24009880)
    Omar J. Alaniz (SBN 24040402)
    Taylre C. Janak (SBN 24122751)
    REED SMITH LLP
    2501 Harwood, Suite 1500
    Dallas, Texas 75201
    T: 469.680.4200
    F: 469.680.4299
    kaurzada@reedsmith.com
    oalaniz@reedsmith.com
    tjanak@reedsmith.com

        -and-

Michael H. Bernick (SBN 24078277)
Mason W. Malpass (SBN 24109502)
REED SMITH LLP
811 Main Street, Suite 1700
Houston, TX 77002
T:  713.469.3834
F:  713.469.3899
mbernick@reedsmith.com
mmalpass@reedsmith.com

b. **Arthur J. Brass**:  Johnie Patterson
SBN 15601700
Miriam Goott
SBN 24048846
WALKER & PATTERSON, P.C.
4815 Dacoma
Houston, Texas 77092
713.956.5577
jjp@walkerandpatterson.com
mgoott@walkerandpatterson.com

Dated:  January 18, 2023

Respectfully Submitted,
By: */s/ Omar J. Alaniz*
Keith M. Aurzada (SBN 24009880)
Omar J. Alaniz (SBN 24040402)
Taylre C. Janak  (SBN 24122751)
**REED SMITH LLP**
2501 N. Harwood, Suite 1500
Dallas, Texas 75201
T:  469.680.4200
F:  469.680.4299
kaurzada@reedsmith.com
oalaniz@reedsmith.com
tjanak@reedsmith.com

and

2

Michael H. Bernick (SBN 24078277)
Mason W. Malpass (SBN 24109502)
**REED SMITH LLP**
811 Main Street, Suite 1700
Houston, TX 77002
T:  713.469.3834
F:  713.469.3899
mbernick@reedsmith.com
mmalpass@reedsmith.com

*Attorneys for Vitol, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2023, a true and correct copy of the forgoing document was served via the Court's Electronic Case Filing (ECF) system to all parties registered to receive electronic notices in this appeal, including counsel for Arthur J. Brass.

*/s/ Omar. J. Alaniz*
Omar J. Alaniz